Sergio Parra, Esq.
Patane & Gumberg
4 Rossi Cir, Suite 231  Salinas, CA 93907

TELEPHONE NO.: (831) 755-1461   FAX NO. (Optional): (831) 755-1477
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Beatrice Gonzalez, et al
DEFENDANT (name each): VCH Salinas I LLC, et al

CASE NUMBER:
C07 05698 PVT

PROOF OF SERVICE

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND SERVED COPIES OF THE:

Summons & Complaint

ENTITY SERVED: Norm Yop Inc Realtors dba Monte Bella Realty

PERSON SERVED: Norman D Yop - Authorized Agent

PERSON LEFT WITH: Linda Lang - Bookkeeper

DATE & TIME OF DELIVERY: November 15, 2007
09:35 am

ADDRESS, CITY, AND STATE: 1418 S Main St #102
Salinas, CA 93901
(BUSINESS)

PHYSICAL DESCRIPTION:
Age: 45        Weight: 180       Hair: Blonde
Sex: F         Height: 5'8"      Eyes:
Skin: White    Marks:

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Linda Lang a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter caused copies to be mailed. A declaration of mailing is attached.

Fee for Service: 73.50
   County: Monterey
   Registration No.: 41
   Sayler Legal Service, Inc.
   455 Reservation Road, Suite E
   Marina, CA 93933
   (831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 15, 2007.

Signature: _____
LAUREL PETERSON

PROOF OF SERVICE

2(a)(23)[New July 1, 1987]                                              Order#: P107870/GProof23

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): Sergio Parra, Esq. Patane & Gumberg 4 Rossi Cir, Suite 231   Salinas, CA 93907 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(831) 755-1461**       FAX NO.: **(831) 755-1477** E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): **Plaintiff** | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN JOSE, CA 95113**
BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

PLAINTIFF/PETITIONER: **Beatrice Gonzalez, et al**

DEFENDANT/RESPONDENT: **VCH Salinas I LLC, et al**

| PROOF OF SERVICE BY MAIL | CASE NUMBER: C07 05698 PVT |
|---|---|

am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and ot a party to the within action. My business address is 455 Reservation Road, Suite E, Marina, CA 93933.

n November 15, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I ailed copies of the:

**Summons & Complaint**

the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon lly prepaid, in the United States Mail at Marina, CA, California, addressed as follows:

**Norm Yop Inc Realtors dba Monte Bella Realty
1418 S Main St #102
Salinas, CA 93901**

am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would e deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Marina, CA, alifornia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if ostal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **73.50**
County: **Monterey**
Registration No.: **41**
**Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 15, 2007**.

Signature: _____
Karisma Sigala

**PROOF OF SERVICE BY MAIL**

Order#: P107870/GProof5

Sergio Parra, Esq.
Patane & Gumberg
4 Rossi Cir, Suite 231   Salinas, CA 93907

TELEPHONE NO.: (831) 755-1461     FAX NO. (Optional): (831) 755-1477
E-MAIL ADDRESS (Optional):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Beatrice Gonzalez, et al
DEFENDANT (name each): VCH Salinas I LLC, et al

CASE NUMBER: C07 05698 PVT

**PROOF OF SERVICE**    HEARING DATE:    DAY:    TIME:    DEPT.:    Ref No. or File No.:

T THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND
ERVED COPIES OF THE:

**Summons & Complaint**

ENTITY SERVED: VCH Salinas I, LLC dba Valley Community Homes and as Monte Bella Realty

PERSON SERVED: Bradford A Smith - Authorized Agent

PERSON LEFT WITH: Nanci Hatter - Business Manager

DATE & TIME OF DELIVERY: November 15, 2007
10:03 am

DDRESS, CITY, AND STATE: 590-G Brunken Ave
Salinas, CA 93901
(BUSINESS)

PHYSICAL DESCRIPTION:
Age: 40's       Weight: 130      Hair: Black
Sex: F          Height: 5'3"     Eyes: Brown
Skin: Asian     Marks:

ANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Nanci Hatter a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter caused copies to be mailed. A declaration of mailing is attached.

Fee for Service: 73.50
County: Monterey
Registration No.: 41
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 15, 2007**.

Signature: _____
LAUREL PETERSON

**PROOF OF SERVICE**

2(a)(23)[New July 1, 1987]                                   Order#: P107874/GProof23

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): Sergio Parra, Esq.<br>Patane & Gumberg<br>4 Rossi Cir, Suite 231   Salinas, CA 93907 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(831) 755-1461**   FAX NO.: **(831) 755-1477**<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **Plaintiff** | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 280 S. 1ST ST. ROOM 2112<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: SAN JOSE/NORTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: **Beatrice Gonzalez, et al**<br>DEFENDANT/RESPONDENT: **VCH Salinas I LLC, et al** | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>**C07 05698 PVT** |

am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and
ot a party to the within action. My business address is 455 Reservation Road, Suite E, Marina, CA 93933.

n November 15, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I
ailed copies of the:

**Summons & Complaint**

the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon
lly prepaid, in the United States Mail at Marina, CA, California, addressed as follows:

**VCH Salinas I, LLC dba Valley Community Homes and as Monte Bella Realty**
**590-G Brunken Ave**
**Salinas, CA 93901**

am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would
e deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Marina, CA,
alifornia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if
ostal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **73.50**
    County: **Monterey**
    Registration No.: **41**
    Sayler Legal Service, Inc.
    455 Reservation Road, Suite E
    Marina, CA 93933
    (831) 384-4030

I declare under penalty of perjury under the laws of the
State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **November 15, 2007.**

Signature: _/s/ Karisma Sigala_
            Karisma Sigala

**PROOF OF SERVICE BY MAIL**

Order#: P107874/GProof5