

3121 Michelson Drive, Irvine, CA 92612 • (949) 517-0000 • Fax (949) 517-4053

NC

November 20, 2007



FILED

2007 NOV 26  P 4: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

**Sent via Facsimile (831) 755-1477**
Nina M. Patane, Esq.
Sergio H. Parra, Esq.
PATANE – GUMBERG, LLP
4 Rossi Circle, Suite 231
Salinas, California 93907

Re: *Beatrice Gonzalez and Jose Urtiz, Jorge Aguirre, Eleazar Becerra and Rocio Becerra, J. Guadalupe Contreras and Teresa Contreras vs VCH Salinas I LLC dba Valley Community Homes et al*
Case No. C07 05698 PVT

Dear Counsel:

We are in receipt of the Summons in connection with the above referenced matter. Please accept this letter as our response.

Please note that on April 2, 2007, New Century Financial Corporation, f/k/a New Century REIT, Inc. together with its debtor affiliates, including Defendant New Century Mortgage Corporation ("NCMC") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. A true and correct copy of the Notice of Commencement of Chapter 11 Bankruptcy Cases, Meetings of Creditors and Fixing of Certain Dates filed by NCMC is attached hereto.

11 U.S.C. § 362(a) provides for an automatic stay, applicable to all entities, of, among other things, the following:

> (1) The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

* * *

> (3) Any act to obtain possession of property of the estate or of property from the estate, or to exercise control over property of the estate; [and]

\* \* \*

(7) The setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor.

Please take further notice that the automatic stay of proceedings commenced concurrently with the filing of the bankruptcy petitions on April 2, 2007. The automatic stay prevents commencement or continuation of actions against a debtor. Plaintiff in the instant case has violated the automatic stay as to NCMC by serving NCMC with process on or about November 20, 2007. Any and all pleadings filed since April 2, 2007 constitute a continuation of a stayed suit and therefore violate the automatic stay and are void.

In light of the above, NCMC respectfully requests that all proceedings against NCMC in connection with this matter be stayed.

Sincerely,

Legal Department, New Century Financial Corporation (and subsidiaries)

Cc
Sent via Mail:

**Office of the Clerk**
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,

Debtors.

Chapter 11

Case No. 07-10416 (KJC)

Jointly Administered

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On April 2, 2007, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10416 (CSS) | 33-06... |
| New Century Financial Corporation (f/k/a New Century REIT, Inc.) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10417 (CSS) | |
| New Century Mortgage Corporation (f/k/a JBE Mortgage Corporation) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10419 (CS... | |
| NC Capital Corporation | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | | |
| Home123 Corporation (f/k/a 1800anyloan.com; Anyloan Corporation) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | | |

[1] The Debtors are the following entities: New Century TRS H... Inc.), a Maryland corporation; New Century Mortgage Delaware corporation; New Century Corporate, New Century Corporation, New Cen... Corporation, a California corporation; Home... Anyloan.com), a California corporation; N... California corporation; NC Asset Holding, NC Residual III Corporation, a Delaware co... Century R.E.O. Corp., a California corporation... Century R.E.O. III Corp., a California corporation, Lending, Total Mortgage Resource, Select Mortgage ... Midwest Home Mortgage, TRATS Financial Services, L... Delaware limited liability company; NC Deltex, LLC, a L... Delaware limited partnership

RLF1-3139522-1

---

N... (f/k...
NC Ass... (f/k/a NC...
NC Residual...
NC Residual IV C...
...w Century R.E.O. C...
...entury R.E.O. II Corp
...y R.E.O. III Corp
...ortgage Ventures, LLC
...esort Lending, Total
...e, Select Mortgage Grou...
...e Services, Ad Astra
...ome Mortgage, TRATS
...e Financial Services,
...age)

6...
Pla...
6404
Plano,...

TION OF MEETING
a meeting of the Deb...
Time) at the J. Caleb ...
...ton, Delaware 19801.

...OF CLAIM. Notice ...

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899
(302) 573-6491

COUNSEL FOR THE DEBTORS.

Suzzanne S. Uhland
Ben H. Logan
Emily R. Culler
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
(415) 984-8700

Mark D. Collins
Michael J. Merchant
Christopher M. Samis
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, will be available for inspection at the office of the clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and seek legal advice. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other

business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

PROOF OF CLAIM. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms also are available from the Court's web site at www.deb.uscourts.gov.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan.

Dated: April 17, 2007

For the Court: _____/s/ David D. Bird_____
                    Clerk of the Bankruptcy Court



# NEW CENTURY
## MORTGAGE CORPORATION

3121 Michelson Drive, Irvine, CA 92612 • (949) 517-0000 • Fax (949) 517-4053

FILED

November 20, 2007       2007 NOV 26  P 4: 26

**Sent via Facsimile (831) 755-1477**
Nina M. Patane, Esq.
Sergio H. Parra, Esq.
PATANE – GUMBERG, LLP
4 Rossi Circle, Suite 231
Salinas, California 93907

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

Re: *Beatrice Gonzalez and Jose Urtiz, Jorge Aguirre, Eleazar Becerra and Rocio Becerra, J. Guadalupe Contreras and Teresa Contreras vs VCH Salinas I LLC dba Valley Community Homes et al*
Case No. C07 05698 PVT

Dear Counsel:

We are in receipt of the Summons in connection with the above referenced matter. Please accept this letter as our response.

Please note that on April 2, 2007, New Century Financial Corporation, f/k/a New Century REIT, Inc. together with its debtor affiliates, including Defendant New Century Mortgage Corporation ("NCMC") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. A true and correct copy of the Notice of Commencement of Chapter 11 Bankruptcy Cases, Meetings of Creditors and Fixing of Certain Dates filed by NCMC is attached hereto.

11 U.S.C. § 362(a) provides for an automatic stay, applicable to all entities, of, among other things, the following:

> (1) The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

* * *

> (3) Any act to obtain possession of property of the estate or of property from the estate, or to exercise control over property of the estate; [and]

| DEBTOR (Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| New Century Credit Corporation (f/k/a Worth Funding Incorporated) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10422 (CSS) | 95-4729811 |
| NC Asset Holding, L.P (f/k/a NC Residual II Corporation) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10423 (CSS) | 90-0277171 |
| NC Residual III Corporation | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10424 (CSS) | 75-3023143 |
| NC Residual IV Corporation | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10425 (CSS) | 41-2152421 |
| New Century R E O. Corp | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10426 (CSS) | 33-0824457 |
| New Century R E O. II Corp. | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10427 (CSS) | 20-5323198 |
| New Century R.E O. III Corp | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10428 (CSS) | 65-1297602 |
| New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage) | 18400 Von Karman Ave. Suite 1000 Irvine, CA 92612 | 07-10429 (CSS) | 71-0973199 |
| NC Deltex, LLC | 6404 International Parkway Plano, TX 75093 | 07-10430 (CSS) | 33-1141691 |
| NCoral, L.P. | 6404 International Parkway Plano, TX 75093 | 07-10431 (CSS) | 20-4665740 |

<u>DATE, TIME AND LOCATION OF MEETING OF CREDITORS</u>. In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **May 8, 2007 at 10:00 a.m. (Eastern Time) at the J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, Delaware 19801**.

<u>DEADLINE TO FILE A PROOF OF CLAIM</u>. Notice of a deadline will be sent to known creditors at a later date.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
| --- | --- | --- |
| NEW CENTURY TRS HOLDINGS, INC., a Delaware corporation, et al.,[1] | : : : | Case No. 07-10416 (KJC) |
| Debtors. | : : | Jointly Administered |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On April 2, 2007, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
| --- | --- | --- | --- |
| New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation) | 18400 Von Karman Ave, Suite 1000, Irvine, CA 92612 | 07-10416 (CSS) | 33-0683629 |
| New Century Financial Corporation (f/k/a New Century REIT, Inc.) | 18400 Von Karman Ave, Suite 1000, Irvine, CA 92612 | 07-10417 (CSS) | 56-2451736 |
| New Century Mortgage Corporation (f/k/a JBE Mortgage Corporation) (d/b/a NCMC Mortgage Corporation, New Century Corporation, New Century Mortgage Ventures, LLC) | 18400 Von Karman Ave, Suite 1000, Irvine, CA 92612 | 07-10419 (CSS) | 93-1195257 |
| NC Capital Corporation | 18400 Von Karman Ave, Suite 1000, Irvine, CA 92612 | 07-10420 (CSS) | 33-0829437 |
| Home123 Corporation (f/k/a 1800anyloan.com; Anyloan.com; The Anyloan Corporation) | 18400 Von Karman Ave, Suite 1000, Irvine, CA 92612 | 07-10421 (CSS) | 33-0854965 |

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership

RLF1-3139522-1

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19899
(302) 573-6491

COUNSEL FOR THE DEBTORS.

| | |
|---|---|
| Suzzanne S. Uhland | Mark D. Collins |
| Ben H. Logan | Michael J. Merchant |
| Emily R. Culler | Christopher M. Samis |
| O'MELVENY & MYERS LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 275 Battery Street | One Rodney Square |
| San Francisco, California 94111 | 920 North King Street |
| (415) 984-8700 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, will be available for inspection at the office of the clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the cases are dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and seek legal advice. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other

business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

PROOF OF CLAIM. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms also are available from the Court's web site at www.deb.uscourts.gov.

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan.

Dated: April 17, 2007

For the Court: _____/s/ David D. Bird_____
                Clerk of the Bankruptcy Court

4

RLF1-3139522-1

* * *

(7) The setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor.

Please take further notice that the automatic stay of proceedings commenced concurrently with the filing of the bankruptcy petitions on April 2, 2007. The automatic stay prevents commencement or continuation of actions against a debtor. Plaintiff in the instant case has violated the automatic stay as to NCMC by serving NCMC with process on or about November 20, 2007. Any and all pleadings filed since April 2, 2007 constitute a continuation of a stayed suit and therefore violate the automatic stay and are void.

In light of the above, NCMC respectfully requests that all proceedings against NCMC in connection with this matter be stayed.

Sincerely,

Legal Department, New Century Financial Corporation (and subsidiaries)

Cc
Sent via Mail:

**Office of the Clerk**
United States District Court
Northern District of California
280 South First Street
San Jose, CA 95113