NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

FILED
07 DEC -4 AM 8:24
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,

Plaintiffs,

v.

VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,

Defendants.

CASE NO. CV 07 05698 PVT

PROOF OF SERVICE FOR FIRST AMENDED COMPLAINT

**PROOF OF SERVICE**

STATE OF CALIFORNIA -- COUNTY OF MONTEREY

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On November 27, 2007, I served the foregoing document(s) described as:

**PROOF OF SERVICE FOR FIRST AMENDED COMPLAINT ON ALL DEFENDANTS**

( ) BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907. The transmitting facsimile machine telephone number is 831-755-1477. A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

(X) BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) BY PERSONAL SERVICE - By personally delivering the document(s) listed above to the person(s) or other proper person(s) at the address(es) set forth below.

**See attached list**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2007, at Salinas, California.

PAM KIMBALL

Universal Mortgage/Eric Gonzales
400 Salinas St.
Salinas, CA 93901

Monica Faranda
2 Tuscany Circle
Salinas, CA 93905

IRA Mortgage
836 S. Main St.
Salinas, CA 93901

Wells Fargo Bank
Becky DeGeorge
CSC Lawyers
2730 Gateway Oaks
Sacramento, CA 95833

American Pacific Mortgage Corp.
David Mack
3000 Lava Ridge Court, Suite 200
Roseville, CA 95661

Countrywide Home Loans Inc.
Sandy Shatz, Esq.
5220 Las Virgenes Rd Mail Stop: AC-11
Calabasas, CA 91302

Old Republic Title Company
555 12th St., #2150
Oakland, CA 94607

VCH Salinas I, LLC
590-G Brunken Ave.
Salinas, CA 93901

Norman Yop Relators
1418 S. Main, #102
Salinas, CA 93901

CAMERON FINANCIAL GROUP, INC.
CHUCK OGLE JR
770 MORRO BAY BLVD
MORRO BAY, CA 93442