Sergio Parra, Patane & Gumberg
4 Rossi Cir, Suite 231  Salinas, CA 93907

TELEPHONE NO.: (831) 755-1461
FAX NO. (Optional): (831) 755-1477
E-MAIL ADDRESS (Optional):

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Beatrice Gonzalez, et al

DEFENDANT (name each): VCH Salinas I LLC, et al

FOR COURT USE ONLY

ORIGINAL FILED
07 DEC -4 AM 8: 24
RICHARD W. WIEKING
U.S. DISTRICT COURT

CASE NUMBER: C07 05698 PVT

## PROOF OF SERVICE

HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**Summons & Complaint**

PARTY SERVED: Monica Faranda, dba Monte Bella Realty dba Monte Bella Realty

DATE & TIME OF DELIVERY: 11/20/2007  01:50 pm

ADDRESS, CITY, AND STATE: 2 Tuscany Cir  Salinas, CA 93905

PHYSICAL DESCRIPTION:
Age: 30          Weight: 140         Hair: Brown
Sex: F           Height: 5'5"        Eyes: Brown
Skin: Hispanic   Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: 68.50
County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 21, 2007.

Signature: _____
RAYMOND PETERSON

982(a)(23)[New July 1, 1987]                **PROOF OF SERVICE**

Order#: P108230/GProof1