ROGER D. WINTLE - (State Bar #142484)
THE HERITAGE LAW GROUP
99 Almaden Boulevard, Suite 710
San Jose, California 95113
Telephone: (408) 925-0146
Facsimile: (408) 923-2100
Email: rdw@hlgusa.com

Attorneys for Defendants:
IRA MORTGAGE & HOME SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA, AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS, dba MONTE BELLA REALTY, MOINICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP, INC., WELLS FARGO BANK, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No C0705698 PVT<br><br>**ANSWER OF DEFENDANT IRA MORTGAGE TO PLAINTIFFS' UNVERIFIED COMPLAINT**<br><br>JURY DEMANDED |

**ANSWER OF DEFENDANT IRA MORTGAGE TO PLAINTIFFS' UNVERIFIED COMPLAINT**
Page 1

COMES NOW Defendant, IRA MORTGAGE & HOME SALES, INC., ("Defendant") answering for itself only, in answer to the unverified complaint of Plaintiffs BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA, AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public ("Plaintiffs"), on file herein now files this general denial thereto;

AS FURTHER, SEPARATE, AND AFFIRMATIVE DEFENSES TO THE COMPLAINT AND EACH AND EVERY CAUSE OF ACTION ASSERTED THEREUNDER, DEFENDANT ALLEGES AS FOLLOWS:

### FIRST AFFIRMATIVE DEFENSE

### (INSUFFICIENT PLEADING)

1. The Complaint and each and every cause of action thereof, fails to state facts sufficient to constitute a cause of action upon which relief may be granted against this Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

2. The Complaint and all the alleged causes of action set forth therein, are barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

### (STATUTE OF FRAUDS)

3. Each cause of action based on or arising from alleged oral or written agreements, representations, or statements are barred by the applicable statute of frauds.

---

ANSWER OF DEFENDANT IRA MORTGAGE TO PLAINTIFFS' UNVERIFIED COMPLAINT
Page 2

## FOURTH AFFIRMATIVE DEFENSE

## (WAIVER)

4. The relief sought is barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

5. The relief sought is barred by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

6. Plaintiffs have unclean hands with respect to the matters at issue and relief sought, and are therefore barred from recovery by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

## (LACHES)

7. Plaintiffs have unreasonably delayed in bringing this action, and this delay has unfairly prejudiced Defendant, such that Plaintiffs should be barred from recovery under the Doctrine of Laches.

## EIGHTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

8. To the extent that Plaintiffs have suffered any loss or damage, such loss or damage should be barred or offset by Plaintiffs' failure to mitigate their damages.

THE HERITAGE LAW GROUP
A PROFESSIONAL CORPORATION

## NINTH AFFIRMATIVE DEFENSE

## (COMPARATIVE NEGLIGENCE)

9. Plaintiffs are barred from any and all recovery on any alleged cause of action by reason of their own negligence in and about the matters of which they complain, which negligence contributed substantially to any harm Plaintiffs may have suffered, and Defendant is entitled to have any liability that might be found against her offset by the comparative negligence of Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

## (COMPARATIVE NEGLIGENCE OF OTHERS)

10. If Plaintiffs suffered any loss or harm, such loss or harm was caused by the acts or omissions of Plaintiffs and other persons and was not caused by any act or omission of Defendant, and therefore Defendant is entitled to have any liability that might be found against her offset by the comparative negligence and fault of such other persons.

## ELEVENTH AFFIRMATIVE DEFENSE

## (PROXIMATE CAUSE)

11. Any injury or damages to Plaintiffs herein was proximately caused by Plaintiffs' own conduct.

## TWELFTH AFFIRMATIVE DEFENSE

## (PRIVILEGE)

12. All acts of Defendant were privileged, as they were performed with a reasonable belief in the facts and Defendant had a right to act as it did.

### THIRTEENTH AFFIRMATIVE DEFENSE

### (NO DAMAGES)

13. Plaintiffs have not sustained damages as a result of any acts of Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (ASSUMPTION OF THE RISK)

14. Plaintiffs knowingly assumed the risks incidental to the matters set forth in the Complaint.

### FIFTEENTH AFFIRMATIVE DEFENSE

### (NO RELIANCE)

15. Plaintiffs did not rely on information given to them on the loan applications since Plaintiffs were responsible for verifying all information prior to signing the loans.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (IMMUNITY)

16. Defendants acted reasonably and in good faith at all times, and are therefore entitled to qualified and absolute immunity.

### SEVENTHEETH AFFIRMATIVE DEFENSE

### (NO VIOLATION OF CIVIL RIGTS)

ANSWER OF DEFENDANT IRA MORTGAGE TO PLAINTIFFS' UNVERIFIED COMPLAINT
Page 5

17. Defendants did not violate the civil rights of the Plaintiffs.

### EIGHTEENTH AFFIRMATIVE DEFENSE

### (NO RACIAL DISCRIMINATION)

18. Defendants committed no act that can be considered racial discrimination.

### NINETEENTH AFFIRMATIVE DEFENSE

### (GOOD FAITH)

19. At all times relevant to this lawsuit, Defendants, acted in good faith with respect to Plaintiffs, and it had reasonable grounds for believing that its actions were not in violation of any law.

### TWENTEETH AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM FOR WHICH PUNITIVES CAN BE GRANTED)

20. Defendant avers that the Complaint fails to state a claim upon which punitive damages may be awarded to Plaintiffs.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (PUNITIVE DAMAGES REQUESTED VIOLATES THE U.S. CONSTITUTION)

21. Defendant avers that any award of punitive damages to Plaintiffs in this case will be violative of the constitutional safeguards provided to Defendant under the Sixth Amendment to the Constitution of the United States of America

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (PUNITIVE DAMAGES VIOLATES PROCEDURAL SAFEGUARDS IN THE U.S. CONSTITUTION)

22. Defendant avers that any award of punitive damages to Plaintiff in this case will be violative of the procedural safeguards provided to Defendant under the Sixth Amendment to the Constitution of the United States in that punitive damages are penal in nature and consequently, Defendant is entitled to the same procedural safeguards accorded to a criminal defendant.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
### (PUNITIVE DAMAGES VIOLATES DUE PROCESS)

23. An award of punitive damages to the Plaintiffs in this action would constitute a deprivation of property without due process of law as required by the Fifth and Fourteenth Amendments of the United States Constitution.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (PUNITIVE DAMAGES VIOLATES U.S. CONSTITUTION)

24. Plaintiffs seek to impose punitive damages on Defendants for the conduct of others, which violates the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution.

. WHEREFORE, Defendant prays that:

1. Plaintiffs takes nothing by the Complaint;
2. Defendant be awarded its reasonable attorney's fees incurred herein; and
3. Defendant be awarded its costs of suit incurred herein.
4. Defendant be granted such other and further relief as the court deems just and proper.

Dated: 12/5/07

Respectfully Submitted,
THE HERITAGE LAW GROUP

_____
Roger D. Wintle
Attorneys for Defendant:
IRA MORTGAGE & HOME SALES, INC.

ANSWER OF DEFENDANT IRA MORTGAGE TO PLAINTIFFS' UNVERIFIED COMPLAINT
Page 7