Mark D. Petersen (State Bar No. 111956)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
mpetersen@fbm.com

Attorneys for Defendants
VCH SALINAS I LLC, NORM YOP, INC.
REALTORS, and MONICA FARANDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.  C 07-05698 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Complaint Filed:  November 8, 2007 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE/REQUEST FOR
REASSIGNMENT TO A U.S. DISTRICT JUDGE

22757\1404615.1

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a
United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
this case to a United States District Judge.

Dated: December 12, 2007                    FARELLA BRAUN & MARTEL LLP

By: /s/ Frank J. Riebli
    Frank J. Riebli

    Attorneys for Defendants
    VCH SALINAS I LLC, NORM YOP, INC.
    REALTORS, and MONICA FARANDA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE/REQUEST FOR         - 2 -                                22757\1404615.1
REASSIGNMENT TO A U.S. DISTRICT JUDGE