Mark D. Petersen (State Bar No. 111956)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
mpetersen@fbm.com
friebli@fbm.com

Attorneys for Defendants
VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.  C 07-05698 JW<br><br>**DECLARATION OF FRANK J. RIEBLI IN SUPPORT OF DEFENDANTS' NOTICE OF MOTIONS, MOTIONS AND BRIEF IN SUPPORT OF MOTIONS TO STAY, DISMISS AND STRIKE**<br><br>Date:      Monday, March 24, 2008<br>Time:      9:00 a.m.<br>Judge:     Hon. James Ware<br>Dept.:     Courtroom 8, Fourth Floor |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Decl. of F. Riebli In Support of Defendants' Motions and Brief in Support of Motions to Stay, Dismiss and Strike    (Case # C07-05698 JW)

22757\1409270.1

I, Frank J. Riebli, hereby declare as follows,

1. I am licensed to practice law in California and am an associate attorney employed at Farella Braun & Martel LLP, attorneys for defendants VCH Salinas I, LLC, Norm Yop Inc. and Monica Faranda (the "Developer Defendants"). I have personal knowledge of the following facts and could and would testify competently thereto if called as a witness:

2. On Wednesday, December 12, 2007, I telephoned Plaintiffs' counsel, Sergio Parra, to inquire whether Plaintiffs were aware of the alternative dispute resolution provisions in their respective purchase agreements and, if so, why they had pursued litigation against the Developer Defendants instead of initiating proceedings under the ADR provisions. Mr. Parra indicated he was aware of the provisions, and said he thought they did not apply in this case, though he asked for more time to prepare a response for why they did not apply. I sent Mr. Parra a letter, attached hereto as Exhibit A, confirming our conversation, re-stating my formal request that Plaintiffs submit to ADR, and asking for Plaintiffs reasons for eschewing ADR.

3. On December 20, 2007, Mr. Parra responded to my letter, formally refusing to submit this dispute to ADR and setting forth Plaintiffs' position. A true and correct copy of that letter is attached hereto as Exhibit B.

4. Attached hereto as Exhibit C is a true and correct copy of the home purchase agreement, dated November 20, 2005, between VCH Salinas I, LLC and Eleazar and Rocio Becerra.

6. Attached hereto as Exhibit D is a true and correct copy of the home purchase agreement, dated October 21, 2005, between VCH Salinas I, LLC and Jose Urtiz and Berenice Gonzalez.

7. Attached hereto as Exhibit E is a true and correct copy of the home purchase agreement, dated October 22, 2005, between VCH Salinas I, LLC and J. Guadalupe Contreras and Teresa Contreras.

8. Attached hereto as Exhibit F is a true and correct copy of the home purchase agreement, dated February 11, 2006, between VCH Salinas I, LLC and Jorge Aguirre.

I declare under penalty of perjury under the laws of the State of California that the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Decl. of F. Riebli In Support of Defendants' Motions and Brief in Support of Motions to Stay, Dismiss and Strike   (Case # C07-05698 JW)

- 2 -

22757\1409270.1

1  foregoing is true and correct.  Executed this 2nd day of January, 2008, in San Francisco,
2  California.
3
4  _____
   Frank J. Riebli
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Decl. of F. Riebli In Support of Defendants' Motions
and Brief in Support of Motions to Stay, Dismiss and
Strike   (Case # C07-05698 JW)

- 3 -

22757\1409270.1