Jeffrey H. Lowenthal  (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Jayne A. Peeters (State Bar No. 108052)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California  94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendant Old Republic Title Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP, INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. C07 05698 JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)<br><br>DATE:　March 24, 2008<br>TIME:　9:00 a.m.<br>CTRM:　8 |

---

[PROPOSED] ORDER GRANTING  DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)
S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Proposed Order - motion - definite statement.wpd

IT IS HEREBY ORDERED that defendant Old Republic Title Company's motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure is GRANTED. Plaintiffs' claims for violations of the Fair Housing Act (first claim), RICO (third claim), RESPA (fourth claim), Unruh Civil Rights Act (seventh claim), FEHA (eighth claim) and Unfair Business Practices Law (ninth claim), intentional misrepresentation (tenth claim), negligent misrepresentation (eleventh claim), fraudulent concealment (twelfth claim), breach of fiduciary trust (thirteenth claim) and negligence (fourteenth claim) are dismissed with _____ days leave to amend to comply with Rules 9 and 12 (e) of the Federal Rules of Civil Procedure.

Dated: _____

Honorable Judge James Ware
Superior Court Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e)
S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Proposed Order - motion - definite statement.wpd