Jeffrey H. Lowenthal (State Bar No. 111763)
Edward Egan Smith (State Bar No. 169792)
Jayne A. Peeters (State Bar No. 108052)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorneys for Defendant Old Republic Title Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP, INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. C07 05698 JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO DISMISS CLAIMS PURSUANT TO RULE 12(b)(6)<br><br>DATE:   March 24, 2008<br>TIME:    9:00 a.m.<br>CTRM:   8 |

---

[PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO
DISMISS CLAIMS PURSUANT TO RULE 12(b)(6)
S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Proposed Order - motion to dismiss.wpd

IT IS HEREBY ORDERED that defendant Old Republic Title Company's motion to dismiss claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED.  Plaintiffs' claims against Old Republic for violations of the Fair Housing Act (first), RICO (third), RESPA (fourth), Unruh Civil Rights Act (seventh), FEHA (eighth) and Unfair Business Practices Law (ninth), intentional misrepresentation (tenth), negligent misrepresentation (eleventh), fraudulent concealment (twelfth), breach of fiduciary trust (thirteenth) and negligence (fourteenth) are dismissed because they fail to state claims upon which relief may be granted.

Dated: _____

                                                  Honorable Judge James Ware
U.S. District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO DISMISS CLAIMS PURSUANT TO RULE 12(b)(6)
S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Proposed Order - motion to dismiss.wpd