1  Jeffrey H. Lowenthal  (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Jayne A. Peeters (State Bar No. 108052)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California  94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Defendant Old Republic Title Company

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            (SAN JOSE)

11

12  BERENICE GONZALEZ AND JOSE URTIZ, )    CASE NO. C07 05698 JW
    JORGE AGUIRRE, ELEAZAR BECERRA    )
13  AND ROCIO BECERRA, J. GUADALUPE   )    [PROPOSED] ORDER GRANTING
    CONTRERAS AND TERESA CONTRERAS,   )    DEFENDANT OLD REPUBLIC TITLE
    all individually and on behalf of the general )    COMPANY'S MOTION TO STAY
14  public,                           )    PENDING OUTCOME OF THE
                                      )    JUDICIAL REFERENCE BETWEEN
15              Plaintiffs,           )    PLAINTIFFS AND DEFENDANT VCH-
                                      )    SALINAS I, LLC
16        vs.                         )

17  VCH SALINAS I LLC dba VALLEY      )    DATE:  March 24, 2008
    COMMUNITY HOMES and as MONTE      )    TIME:   9:00 a.m.
18  BELLA REALTY, NORM YOP INC.       )    CTRM:  8
    REALTORS dba MONTE BELLA REALTY,  )
19  MONICA FARANDA dba MONTE BELLA    )
    REALTY, UNIVERSAL MORTGAGE &      )
20  SALES INC., IRA MORTGAGE & HOME   )
    SALES, INC., AMERICAN PACIFIC     )
21  MORTGAGE CORP. dba CREATIVE       )
    MORTGAGE, OLD REPUBLIC TITLE CO., )
22  COUNTRYWIDE HOME LOANS INC. dba   )
    AMERICA'S WHOLESALE LENDER,       )
23  COUNTRYWIDE FINANCIAL CORP., NEW  )
    CENTURY MORTGAGE CORP., HOMEQ     )
24  SERVICING CORP., CAMERON          )
    FINANCIAL GROUP, INC., WELLS FARGO )
25  BANK, and DOES 1 TO 100, inclusive, )
                                      )
26              Defendants.           )
    ──────────────────────────────── )

27

28  ──────────────────────────────────────────────
    [PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO
    STAY PENDING OUTCOME OF THE JUDICIAL REFERENCE BETWEEN PLAINTIFFS AND
    DEFENDANT VCH-SALINAS I, LLC
    S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Proposed Order - motion to stay.wpd

1         IT IS HEREBY ORDERED that defendant Old Republic Title Company's motion for

2    stay pending outcome of the judicial reference between plaintiffs and defendant VCH-Salinas

3    I, LLC is GRANTED.

4

5    Dated:    _____

6                    Honorable Judge James Ware
                U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 1 -

28
[PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO
STAY PENDING OUTCOME OF THE JUDICIAL REFERENCE BETWEEN PLAINTIFFS AND
DEFENDANT VCH-SALINAS I, LLC
S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Proposed Order - motion to stay.wpd