1  Jeffrey H. Lowenthal (State Bar No. 111763)
   Edward Egan Smith (State Bar No. 169792)
2  Jayne A. Peeters (State Bar No. 108052)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234

6  Attorneys for Defendant Old Republic Title Company

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            (SAN JOSE)

11

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>    Plaintiffs,<br><br>  vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP, INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>    Defendants. | CASE NO. C07 05698 JW<br><br>CERTIFICATE OF SERVICE<br><br>DATE:  March 24, 2008<br>TIME:  9:00 a.m.<br>CTRM:  8 |

CERTIFICATE OF SERVICE
S:\OLDREP\GONZALEZ\Pleadings\MotStayOrDismiss\Certificate of Service.wpd

<u>PROOF OF SERVICE (1013A(3) C.C.P.)</u>

I declare that I am over the age of eighteen years and that I am not a party to this action. I am an employee of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and my business address is One California Street, Suite 300, San Francisco, CA 94111.

On the date set forth below, I served the following document(s):

(1) DEFENDANT OLD REPUBLIC TITLE COMPANY'S NOTICE OF MOTION AND MOTION: (1) FOR STAY PENDING OUTCOME OF THE JUDICIAL REFERENCE PROCEEDING BETWEEN PLAINTIFFS AND DEFENDANT VCH-SALINAS I, LLC; OR ALTERNATIVELY, (2) TO DISMISS CLAIMS PURSUANT TO RULE 12(b)(6); OR ALTERNATIVELY, (3) FOR MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JEFFREY H. LOWENTHAL;

(2) [PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(e);

(3) [PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO DISMISS CLAIMS PURSUANT TO RULE 12(b)(6); and

(4) [PROPOSED] ORDER GRANTING DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION TO STAY PENDING OUTCOME OF THE JUDICIAL REFERENCE BETWEEN PLAINTIFFS AND DEFENDANT VCH-SALINAS I, LLC

[x]   by sending the true copies thereof as designated below:
[x]   by placing [ ] the original [x] a true copy thereof enclosed in sealed envelopes addressed as follows:

Sergio H. Parra
Patane · Gumberg, LLP
4 Rossi Circle, Ste. 231
Salinas, CA 93907
Telephone (831) 755-1461
Fax (831) 755-1477
*[Attorneys for Plaintiffs]*

[x]   **BY MAIL.** I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, to wit, that correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 2, 2008 at San Francisco, California.

                                          /s/ Elizabeth R. Costiniano
                                        Elizabeth R. Costiniano

- 1 -