Mark D. Petersen (State Bar No. 111956)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
mpetersen@fbm.com
friebli@fbm.com

Attorneys for Defendants
VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.  C 07-05698 JW<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANTS VCH SALINAS I LLC, NORM YOP INC., AND MONICA FARANDA'S MOTIONS TO DISMISS AND STRIKE** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTIONS
TO DISMISS AND STRIKE

22757\1411708.1

1  On March 24, 2008, defendants VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda's Motion to Stay Litigation and Compel Arbitration came on for hearing. Having considered the parties' written submissions, and the arguments raised during the hearing, the Court hereby orders as follows:

    1.  Claim Two is dismissed WITH/WITHOUT PREJUDICE for failure to state a claim;

    2.  Claim Three is dismissed WITH/WITHOUT PREJUDICE for failure to state a claim;

    3.  Claim Four is dismissed WITH/WITHOUT PREJUDICE for failure to state a claim;

    4.  Claim Six is dismissed WITH/WITHOUT PREJUDICE for failure to state a claim;

    5.  Claim Thirteen is dismissed WITH/WITHOUT PREJUDICE for failure to state a claim;

    6.  Claim Fourteen is WITH/WITHOUT PREJUDICE dismissed for failure to state a claim;

    7.  Claim Twelve is stricken from the complaint as surplusage;

    8.  Paragraph 141 is stricken from the complaint as impertinent; and,

    9.  Plaintiffs' jury trial demand is stricken as waived.

IT IS SO ORDERED

March _____, 2008

                                                                         Honorable James Ware
                                                                         United States District Judge