Mark D. Petersen (State Bar No. 111956)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
mpetersen@fbm.com
friebli@fbm.com

Attorneys for Defendants
VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.  C 07-05698 JW<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANTS VCH SALINAS I LLC, NORM YOP INC., AND MONICA FARANDA'S MOTION TO STAY THE LITIGATION AND COMPEL ARBITRATION** |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO STAY THE LITIGATION AND COMPEL ARBITRATION

22757\1411687.1

1    On March 24, 2008, defendants VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda's Motion to Stay Litigation and Compel Arbitration came on for hearing.  Having considered the parties' written submissions, and the arguments raised during the hearing, and having satisfied itself that there is a written agreement to submit to alternative dispute resolution the disputes between Plaintiffs and defendants VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda, as described in the First Amended Complaint, the Court hereby:

1.    Stays the above-captioned litigation for all purposes as to Plaintiffs and defendants VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda; and,

2.    Directs Plaintiffs and defendants VCH Salinas I LLC, Norm Yop Inc. and Monica Faranda to submit the disputes described in the First Amended Complaint to a neutral referee, as described in the written agreements.

IT IS SO ORDERED.

March ____, 2008

_____
Honorable James Ware
United States District Judge