Mark D. Petersen (State Bar No. 111956)
Frank J. Riebli (State Bar No. 221152)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
mpetersen@fbm.com

Attorneys for Defendants
VCH SALINAS I LLC, NORM YOP, INC.
REALTORS, and MONICA FARANDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. C 07-05698 JW<br><br>**PROOF OF SERVICE**<br><br>Date:    March 24, 2008<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 8, Fourth Floor<br>Judge:   Honorable James Ware |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE

22757\1404605.1

# PROOF OF SERVICE

I, Deborah Lynch, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On **January 2, 2008**, I served a copy of the within document(s):

> NOTICE OF MOTIONS, MOTIONS AND BRIEF IN SUPPORT OF MOTIONS TO STAY AND COMPEL ARBITRATION, OR IN THE ALTERNATIVE, TO DISMISS AND STRIKE
>
> DECLARATION OF FRANK J. RIEBLI IN SUPPORT OF DEFENDANTS' NOTICE OF MOTIONS, MOTIONS AND BRIEF IN SUPPORT OF MOTIONS TO STAY, DISMISS AND STRIKE
>
> [PROPOSED] ORDER GRANTING DEFENDANTS VCH SALINAS I LLC, NORM YOP INC., AND MONICA FARANDA'S MOTION TO STAY THE LITIGATION AND COMPEL ARBITRATION
>
> [PROPOSED] ORDER GRANTING DEFENDANTS VCH SALINAS I LLC, NORM YOP INC., AND MONICA FARANDA'S MOTIONS TO DISMISS AND STRIKE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Sergio H. Parra, Esq.  *Counsel for Plaintiffs*
Patane Gumberg, LLP
4 Rossi Circle, Suite 231
Salinas, CA 93907
Facsimile (831) 755-1477
sparra@pglawfirm.com

Gonzalez et al. v. VCH Salinas I, et al.
Case No. 5:07-CV-05698-PVT

22757\1411598.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1   I am readily familiar with the firm's practice of collection and processing correspondence
2   for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
3   day with postage thereon fully prepaid in the ordinary course of business.
4   I declare under penalty of perjury that the foregoing is true and correct.
5   Executed on January 3, 2008, at San Francisco, California.

_____
Deborah Lynch

Farella Braun & Martel LLP
235 Montgomery Street. 17th Floor
San Francisco, CA 94104
(415) 954-4400

Gonzalez et al. v. VCH Salinas I, et al.
Case No. 5:07-CV-05698-PVT

- 2 -

22757\1411598.1