CHARLES W. NUGENT, State Bar No. 179756
AMERICAN PACIFIC MORTGAGE
Legal Department
3000 Lava Ridge Court, Suite 200
Roseville, CA 95661
Telephone: (916) 303.3335
Facsimile: (916) 780.0270
Email: cnugent@apmortgage.com

Attorney for Defendant
AMERICAN PACIFIC MORTGAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC, dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS, dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES, INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP., dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC., dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC.; WELLS FARGO BANK, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C07 05698 PVT<br><br>DEFENDANT AMERICAN PACIFIC MORTGAGE'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DECLARATORY RELIEF |

Defendant AMERICAN PACIFIC MORTGAGE CORPORATION, dba CREATIVE MORTGAGE ("Defendant"), hereby answers the allegations set forth in Plaintiffs' First

DEFENDANT AMERICAN PACIFIC                -1-                              {00032279.2}
MORTGAGE CORPORATION'S
ANSWER TO COMPLAINT

Amended Complaint for Damages, Injunctive Relief and Declaratory Relief (the "Complaint") as follows:

## I. INTRODUCTION

1. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

2. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

3. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

4. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

5. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

6. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

7. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

8. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

## II. JURISDICTION AND VENUE

9. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

10. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

11. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

### III. INTRADISTRICT ASSIGNMENT

12. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

### IV. PARTIES

13. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

14. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

15. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

16. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

17. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

18. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

19. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

20. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

21. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

22. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

23. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

24. Defendant admits that it is a California corporation, admits that it has engaged in business in Monterey County under the fictitious business name "Creative Mortgage," and admits that it is a residential mortgage broker. Except as so expressly admitted, Defendant denies each and every allegation set forth in this paragraph.

25. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

26. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

27. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

28. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

29. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

30. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

31. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

## V.   FACTS

32. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

33. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

34. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

35. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

1  36.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

3  37.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

5  38.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

7  39.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

9  40.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

11  41.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

13  42.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

15  43.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

17  44.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

19  45.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

21  46.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

23  47.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

25  48.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

27  49.    Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

1  50.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
2  and on that basis denies these allegations.
3  51.   Defendant admits that Plaintiff JORGE AGUIRRE pursued a loan with CREATIVE
4  MORTGAGE. Except as so expressly admitted, Defendant denies the each and every allegation
5  set forth in this paragraph.
6  52.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
7  and on that basis denies these allegations.
8  53.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
9  and on that basis denies these allegations.
10 54.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
11 and on that basis denies these allegations.

## VI. INJURIES

13 55.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
14 and on that basis denies these allegations.
15 56.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
16 and on that basis denies these allegations.
17 57.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
18 and on that basis denies these allegations.
19 58.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
20 and on that basis denies these allegations.
21 59.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
22 and on that basis denies these allegations.
23 60.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
24 and on that basis denies these allegations.
25 61.   Defendant lacks information to admit or deny the allegations set forth in this paragraph,
26 and on that basis denies these allegations.
27 ///
28 ///

## VII. CLAIMS

### CLAIM ONE

62. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

63. Defendant denies each and every allegation set forth in this paragraph.

64. Defendant denies each and every allegation set forth in this paragraph.

65. Defendant denies each and every allegation set forth in this paragraph.

66. Defendant denies each and every allegation set forth in this paragraph.

67. Defendant denies each and every allegation set forth in this paragraph.

68. Defendant denies each and every allegation set forth in this paragraph.

### CLAIM TWO

69. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

70. Defendant denies each and every allegation set forth in this paragraph.

71. Defendant denies each and every allegation set forth in this paragraph.

72. Defendant denies each and every allegation set forth in this paragraph.

### CLAIM THREE

73. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

74. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

75. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

76. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

77. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

78. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

79. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

80. Defendant lacks information to admit or deny the allegations set forth in this paragraph, and on that basis denies these allegations.

## CLAIM FOUR

81. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

82. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

83. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

84. Defendant denies each and every allegation set forth in this paragraph.

85. Defendant denies each and every allegation set forth in this paragraph.

86. Defendant denies each and every allegation set forth in this paragraph.

87. Defendant denies each and every allegation set forth in this paragraph.

88. Defendant denies each and every allegation set forth in this paragraph.

89. Defendant denies each and every allegation set forth in this paragraph.

90. Defendant denies each and every allegation set forth in this paragraph.

91. Defendant denies each and every allegation set forth in this paragraph.

92. Defendant denies each and every allegation set forth in this paragraph.

## CLAIM FIVE

93. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

94. The allegations set forth in this paragraph set forth a statement of opinion and/or legal conclusion that requires no response.

95. Defendant denies each and every allegation set forth in this paragraph.

1  96.  Defendant denies each and every allegation set forth in this paragraph.
2  97.  Defendant denies each and every allegation set forth in this paragraph.
3  98.  Defendant denies each and every allegation set forth in this paragraph.
4  99.  Defendant denies each and every allegation set forth in this paragraph.

### CLAIM SIX

6  100.  Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.
8  101.  Defendant denies each and every allegation set forth in this paragraph.
9  102.  Defendant denies each and every allegation set forth in this paragraph.
10 103.  Defendant denies each and every allegation set forth in this paragraph.
11 104.  Defendant denies each and every allegation set forth in this paragraph.

### CLAIM SEVEN

13 105.  Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.
15 106.  Defendant denies each and every allegation set forth in this paragraph.
16 107.  Defendant denies each and every allegation set forth in this paragraph.
17 108.  Defendant denies each and every allegation set forth in this paragraph.

### CLAIM EIGHT

19 109.  Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.
21 110.  Defendant denies each and every allegation set forth in this paragraph.
22 111.  Defendant denies each and every allegation set forth in this paragraph.
23 112.  Defendant denies each and every allegation set forth in this paragraph.

### CLAIM NINE

25 113.  Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.
27 114.  Defendant denies each and every allegation set forth in this paragraph.
28 115.  Defendant denies each and every allegation set forth in this paragraph.

116. Defendant denies each and every allegation set forth in this paragraph.

117. Defendant denies each and every allegation set forth in this paragraph.

118. Defendant denies each and every allegation set forth in this paragraph.

119. Defendant denies each and every allegation set forth in this paragraph.

120. Defendant denies each and every allegation set forth in this paragraph.

121. Defendant denies each and every allegation set forth in this paragraph.

122. Defendant denies each and every allegation set forth in this paragraph.

123. Defendant denies each and every allegation set forth in this paragraph.

124. Defendant denies each and every allegation set forth in this paragraph.

## CLAIM TEN

125. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

126. Defendant denies each and every allegation set forth in this paragraph.

127. Defendant denies each and every allegation set forth in this paragraph.

128. Defendant denies each and every allegation set forth in this paragraph.

129. Defendant denies each and every allegation set forth in this paragraph.

130. Defendant denies each and every allegation set forth in this paragraph.

131. Defendant denies each and every allegation set forth in this paragraph.

132. Defendant denies each and every allegation set forth in this paragraph.

133. Defendant denies each and every allegation set forth in this paragraph.

134. Defendant denies each and every allegation set forth in this paragraph.

135. Defendant denies each and every allegation set forth in this paragraph.

## CLAIM ELEVEN

136. Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

137. Defendant denies each and every allegation set forth in this paragraph.

138. Defendant denies each and every allegation set forth in this paragraph.

139. Defendant denies each and every allegation set forth in this paragraph.

1  140.   Defendant denies each and every allegation set forth in this paragraph.
2  141.   Defendant denies each and every allegation set forth in this paragraph.

### CLAIM TWELVE

142.   Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

143.   Defendant denies each and every allegation set forth in this paragraph.
144.   Defendant denies each and every allegation set forth in this paragraph.
145.   Defendant denies each and every allegation set forth in this paragraph.
146.   Defendant denies each and every allegation set forth in this paragraph.
147.   Defendant denies each and every allegation set forth in this paragraph.
148.   Defendant denies each and every allegation set forth in this paragraph.
149.   Defendant denies each and every allegation set forth in this paragraph.
150.   Defendant denies each and every allegation set forth in this paragraph.

### CLAIM THIRTEEN

151.   Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

152.   Defendant denies each and every allegation set forth in this paragraph.
153.   Defendant denies each and every allegation set forth in this paragraph.
154.   Defendant denies each and every allegation set forth in this paragraph.
155.   Defendant denies each and every allegation set forth in this paragraph.
156.   Defendant denies each and every allegation set forth in this paragraph.

### CLAIM FOURTEEN

157.   Defendant incorporates its responses to each and every paragraph set forth above as though fully set forth in this paragraph.

158.   Defendant denies each and every allegation set forth in this paragraph.
159.   Defendant denies each and every allegation set forth in this paragraph.
160.   Defendant denies each and every allegation set forth in this paragraph.
161.   Defendant denies each and every allegation set forth in this paragraph.

## VIII. AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The complaint fails to state a claim on which an award of compensatory or statutory damages can be granted.

### THIRD AFFIRMATIVE DEFENSE

The complaint is barred in whole or in part by the applicable federal and/or state statutes of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to punitive damages because at all relevant times, Defendant engaged in good faith efforts to comply with the laws prohibiting discrimination in residential mortgage loan transactions.

### FIFTH AFFIRMATIVE DEFENSE

At all relevant times hereto, Defendant exercised reasonable care to prevent and correct promptly any alleged discrimination in its residential mortgage loan transactions, and Plaintiffs unreasonably failed to take advantage of the preventative and/or corrective measures provided by the Defendant and/or avoid harm.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs did not suffer any damages attributable to any actions of this answering Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part, or their recoverable damages should be reduced, because they failed to take reasonable steps to mitigate their damages.

### EIGHTH AFFIRMATIVE DEFENSE

This Defendant is not liable for any acts or omissions of its employees that were beyond the scope of his or her employment.

///

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part by the doctrines of estoppel, waiver, misrepresentation and/or unclean hands.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' recovery in this action, if any, must be diminished by the amount of Plaintiff's comparative fault.

### ELEVENTH AFFIRMATIVE DEFENSE

The losses incurred, if any there were, and the damages sought by Plaintiffs in the Complaint, which are denied, were caused directly and proximately by persons other than this answering Defendant, whether individual, corporate or otherwise, and whether named or unnamed in the Complaint.

### TWELFTH AFFIRMATIVE DEFENSE

This Defendant expressly reserves the right to rely upon such other and further affirmative defenses as may be supported by facts to be determined through further discovery in this proceeding. The Defendant also expressly reserves the right to assert such counterclaims as may be supported by the facts and evidence.

Dated: January 1, 2008                     AMERICAN PACIFIC MORTGAGE

By: _____
    Charles W. Nugent
    GENERAL COUNSEL

Attorney for Defendant
American Pacific Mortgage Corporation, a
California Corporation

# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Berenice Gonzalez, et al. vs. VCH Salinas I LLC, et al.*, U.S. District Court, Northern District Court Case No. C07-05698, that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On January 3, 2008, I served a true and accurate copy of the document(s) entitled:

**DEFENDANT AMERICAN PACIFIC MORTGAGE'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DECLARATORY RELIEF**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Roger D. Wintle, Esq.<br>The Heritage Law Group<br>99 Almaden Boulevard, Suite 710<br>San Jose, CA 95113 | New Century Mortgage Corporation<br>Legal Department<br>3121 Michelson Drive<br>Irvine, CA 92612 |
| Attorneys for Def. IRA MORTAGE & HOME SALES, INC. | Attorneys for Def. NEW CENTURY MORTGAGE CORPORATION |

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on January 3, 2008 at Sacramento, California.

_____
Kim L. Hering

1401923.1