1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                            (SAN JOSE)

11 | BERENICE GONZALEZ AND JOSE URTIZ, | Case No.: C07 05698 JW
   | JORGE AGUIRRE, ELEAZAR BECERRA |
12 | AND ROCIO BECERRA, J. GUADALUPE | **WELLS FARGO BANK'S NOTICE OF**
   | CONTRERAS AND TERESA CONTRERAS, | **MOTION AND MOTION TO STAY OR,**
13 | all individually and on behalf of the general | **ALTERNATIVELY, 12(B)(6) MOTION TO**
   | public, | **DISMISS, 12(F) MOTION TO STRIKE**
14 | | **AND 12(E) MOTION FOR A MORE**
   | Plaintiffs, | **DEFINITE STATEMENT**
15 |
   | vs. | Date:      March 24, 2008
16 | | Time:      9:00 a.m.
   | VCH SALINAS I LLC dba VALLEY | Dept.:     Courtroom 8, 4th Floor
17 | COMMUNITY HOMES and as MONTE | Judge:     Hon. James Ware
   | BELLA REALTY, NORM YOP INC. |
18 | REALTORS dba MONTE BELLA REALTY, | Trial Date:    Not Set
   | MONICA FARANDA dba as MONTE |
19 | BELLA REALTY, UNIVERSAL | **Accompanying Documents:**
   | MORTGAGE & SALES INC., IRA | Memorandum of Points and Authorities
20 | MORTGAGE & HOME SALES, INC., |
   | AMERICAN PACIFIC MORTGAGE CORP. |
21 | dba as CREATIVE MORTGAGE, OLD |
   | REPUBLIC TITLE CO., COUNTRYWIDE |
22 | HOME LOANS INC. dba AMERICA'S |
   | WHOLESALE LENDER, COUNTRYWIDE |
23 | FINANCIAL CORP., NEW CENTURY |
   | MORTGAGE CORP., HOMEQ SERVICING |
24 | CORP., CAMERON FINANCIAL GROUP |
   | INC., WELLS FARGO BANK, and DOES 1 |
25 | TO 100, inclusive, |
26 | Defendants. |
27

28 07725/0082/653520.1                    WELLS FARGO'S NOTICE OF MOTIONS AND
                                          MOTIONS TO STAY OR, ALTERNATIVELY,
                                          TO DISMISS AND STRIKE
                                          Case No.: C07 05698 JW

PLEASE TAKE NOTICE that, on March 24, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above entitled Court, located at 280 South 1st Street, San Jose, California, defendant Wells Fargo Bank ("Wells Fargo") will and hereby does move, pursuant to 9 U.S.C. § 3, to stay the action pending the outcome of judicial reference/arbitration between Plaintiffs and defendants VCH Salinas 1 LLC, Norm Yop, Inc. and Monica Faranda.

Alternatively, Wells Fargo will and hereby does move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' First Amended Complaint on the following grounds:

1. Claim Six for violation of California Civil Code § 1632, et seq., fails to state a claim upon which relief can be granted;

2. Claim Seven for violation of California Unruh Civil Rights Act, Cal. Govt. Code § 51, et seq., fails to state a claim upon which relief can be granted;

3. Claim Ten for Intentional Misrepresentation fails to state a claim upon which relief can be granted;

4. Claim Eleven for Negligent Misrepresentation fails to state a claim upon which relief can be granted;

5. Claim Twelve for Concealment fails to state a claim upon which relief can be granted;

6. Claim Thirteen for Breach of Fiduciary Trust fails to state a claim upon which relief can be granted; and

7. Claim Fourteen for Negligence fails to state a claim upon which relief can be granted.

In addition, Wells Fargo will and hereby does move, pursuant to Federal Rule of Civil Procedure 12(f), to strike the following allegations in Plaintiffs' First Amended Complaint:

1. Caption: "and on behalf of general public"

2. The following words of paragraph 31: "and the general public."

3. Paragraph 98 alleging: "As a proximate result of Defendants' violation of this Act, Plaintiffs are entitled to rescission of the loan contracts . . ."

4. Paragraph 114 alleging: "Such conduct also presents an ongoing harm and threat of harm to the public."

5. Paragraph 124 alleging: "Since Plaintiffs bring this action on their behalf, on behalf of each other as members of the public and on behalf of the general public, they are entitled to attorneys' fees pursuant to Cal. Civ. Code § 1021.5."

6. The following words of paragraph 141: "punitive damages"

7. The following words of paragraph 164: "and/or the loans"

Wells Fargo also will and hereby does move, pursuant to Federal Rule of Civil Procedure 12(e), for a more definite statement of the Plaintiffs' allegations of intentional and negligent misrepresentation against Wells Fargo, contained in paragraphs 126, 129, 130, 137, 138, as required by Federal Rule of Civil Procedure 9 and for a more definite statement of Plaintiffs' allegations of TILA violations contained in paragraphs 95 and 96.

The motions to stay or, alternatively, to dismiss, strike and for more definite statement are based on this notice of motions, the accompanying memorandum of points and authorities, the first amended complaint, and all other papers on file in this action.

DATED: January 4, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____/S/_____
Michael J. Steiner

Attorneys for Defendant
WELLS FARGO BANK

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 2 -