| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
| | mjs@severson.com |
| 2 | JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| | jew@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendant |
| | WELLS FARGO BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public, <br><br>          Plaintiffs, <br><br>  vs. <br><br> VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive, <br><br>          Defendants. | Case No.:  C07 05698 JW <br><br> **[PROPOSED] ORDER GRANTING WELLS FARGO BANK'S MOTION TO STAY** |

---

07725/0082/653863.1     [PROPOSED] ORDER GRANTING WELLS FARGO'S
MOTION TO STAY
Case No.:  C07 05698 JW

1  The Motion of defendant Wells Fargo Bank for an order to stay this action pending the
2  outcome of outcome of judicial reference/arbitration between Plaintiffs and defendants VCH
3  Salinas 1 LLC, Norm Yop, Inc. and Monica Faranda, having been duly noticed and served on all
4  interested parties, came on regularly for hearing before this Court, on March 24, 2008, at 9:00
5  a.m., the Honorable James A. Ware, presiding.
6  All arguments, papers and evidence considered and good cause appearing, Wells Fargo
7  Bank's Motion to Stay is GRANTED.
8  IT IS SO ORDERED.
9  DATED: _____                                    _____

- 1 -

07725/0082/653863.1                    [PROPOSED] ORDER GRANTING WELLS FARGO'S
                                        MOTION TO STAY
                                        Case No.: C07 05698 JW