1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6

7  Attorneys for Defendant
   WELLS FARGO BANK

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

(SAN JOSE)

11

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.:  C07 05698 JW<br><br>**[PROPOSED] ORDER GRANTING WELLS FARGO BANK'S 12(B)(6) MOTION TO DISMISS, 12(F) MOTION TO STRIKE AND 12(E) MOTION FOR A MORE DEFINITE STATEMENT** |

07725/0082/653868.1

[PROPOSED] ORDER GRANTING WELLS FARGO'S
MOTIONS TO DISMISS, STRIKE AND FOR MORE
DEFINITE STATEMENT
Case No.:  C07 05698 JW

1   The Motions of defendant Wells Fargo Bank ("Wells Fargo") for an order dismissing claims, strike allegations and requiring a more definite statement, having been duly noticed and served on all interested parties, came on regularly for hearing before this Court, on March 24, 2008, at 9:00 a.m., the Honorable James A. Ware, presiding.

All arguments, papers and evidence considered and good cause appearing, the Court hereby orders that:

1. Wells Fargo's 12(b)(6) Motion to Dismiss is GRANTED WITHOUT LEAVE TO AMEND as to Claims Six, Seven, Twelve, Thirteen and Fourteen and GRANTED WITH LEAVE TO AMEND as to Claims Ten and Eleven.

2. Wells Fargo's 12(f) Motion to Strike is GRANTED, the following allegations in Plaintiffs' First Amended Complaint are STRICKEN:

   a. Caption: "and on behalf of general public"

   b. The following words of paragraph 31: "and the general public."

   c. Paragraph 98 alleging: "As a proximate result of Defendants' violation of this Act, Plaintiffs are entitled to rescission of the loan contracts . . ."

   d. Paragraph 114 alleging: "Such conduct also presents an ongoing harm and threat of harm to the public."

   e. Paragraph 124 alleging: "Since Plaintiffs bring this action on their behalf, on behalf of each other as members of the public and on behalf of the general public, they are entitled to attorneys' fees pursuant to Cal. Civ. Code § 1021.5."

   f. The following words of paragraph 141: "punitive damages"

   g. The following words of paragraph 164: "and/or the loans"

3. Wells Fargo's 12(e) Motion for a More Definite Statement is GRANTED. Plaintiffs will file a Second Amended Complaint pleading their intentional and negligent misrepresentation claims against Wells Fargo, contained in paragraphs 126, 129, 130, 137, 138, with the requisite specificity required by Federal Rule of Civil Procedure 9. Plaintiffs will further specify their allegations of TILA violations contained in paragraphs 95 and 96.

07725/0082/653868.1                    [PROPOSED] ORDER GRANTING WELLS FARGO'S MOTIONS TO DISMISS, STRIKE AND FOR MORE DEFINITE STATEMENTt

- 2 -

**1**   IT IS SO ORDERED.

**2**   DATED: _____        _____