1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California  93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage and Sales, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  BERENICE  GONZALEZ  AND  JOSE  URTIZ,        CASE NO. C07 05698 PVT
    JORGE AGUIRRE, ELEAZAR BECERRA AND
11  ROCIO BECERRA, J. GUADALUPE CONTRERAS       **DEFENDANT UNIVERSAL**
    AND TERESA CONTRERAS, all individually and  **MORTGAGE & SALES INC.'S**
12  on behalf of the general public,             **ANSWER TO FIRST AMENDED**
                                                 **COMPLAINT FOR DAMAGES,**
13                          Plaintiffs,          **INJUNCTIVE RELIEF, AND**
                                                 **DECLARATORY RELIEF;**
14  v.                                           **DEMAND FOR JURY TRIAL**

15  VCH SALINAS I LLC dba VALLEY COMMUNITY
    HOMES and MONTE BELLA REALTY, NORM
16  YOP INC. REALTORS dba MONTE BELLA
    REALTY, MONICA FARANDA dba MONTE
17  BELLA REALTY, UNIVERSAL MORTGAGE &
    SALES INC., IRA MORTGAGE & HOME SALES,
18  INC., AMERICAN PACIFIC MORTGAGE CORP.
    dba CREATIVE MORTGAGE, OLD REPUBLIC
19  TITLE CO., COUNTRYWIDE HOME LOANS INC.
    dba AMERICA'S WHOLESALE LENDER,
20  COUNTRYWIDE FINANCIAL CORP., NEW
    CENTURY MORTGAGE CORP., HOMEQ
21  SERVICING CORP., CAMERON FINANCIAL
    GROUP INC., WELLS FARGO BANK, and DOES
22  1 TO 100, inclusive,

23                          Defendants.
    _____/

24          Defendant Universal Mortgage and Sales, Inc. (hereinafter "Defendant") is filing this

25  Answer concurrently with a Joinder in Defendant Old Republic Title Company's Motion for Stay

26  Pending Outcome of the Judicial Reference Proceeding Between Plaintiffs and Defendant VCH-

27  Salinas I, LLC. If the Motion for Stay is granted and/or the outcome of the Motion results in the

28  amendment of the Complaint, Defendant reserves its right to amend this Answer. With this

reservation, Defendant answers the First Amended Complaint on file herein as follows:

1.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

2.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

3.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

4.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 4 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

5.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 5 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

6.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 6 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

7.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 7 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and

every allegation thereof.

8.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 8 of the Amended Complaint against other defendants herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 8 of the Amended Complaint herein which pertains to Defendant.

9.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 9 of the Amended Complaint as they call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.

10.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10 of the Amended Complaint as they call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.

11.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11 of the Amended Complaint as they call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.

12.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12 of the Amended Complaint as they call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.

13.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof except that Defendant admits that Berenice Gonzalez and Jose Urtiz are over the age of 18.

14.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

15.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

16.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

17.     Defendant denies the allegations in paragraph 17 of the Amended Complaint that Plaintiffs Berenice Gonzalez and Jose Urtiz spoke a nominal amount of English and could not competently read or write in the English language and that all communications alleged in the Complaint occurred in Spanish. As to all other allegations in paragraph 17 of the Amended Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

18.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

19.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

20.     Defendant is without sufficient knowledge or information to form a belief as to the

1 truth of the allegations contained in paragraph 20 of the Amended Complaint herein and, basing

2 its denial on that ground, denies each and every, all and singular, generally and specifically, each

3 and every allegation thereof.

4      21.     Defendant is without sufficient knowledge or information to form a belief as to the

5 truth of the allegations contained in paragraph 21 of the Amended Complaint herein and, basing

6 its denial on that ground, denies each and every, all and singular, generally and specifically, each

7 and every allegation thereof except that Defendant believes that Old Republic Title Company is a

8 licensed California corporation which provides escrow services.

9      22.     In answer to the allegations of paragraph 22 of the Amended Complaint herein,

10 Defendant admits that it is a California corporation which is doing business in Monterey County

11 and is a licensed mortgage broker.

12      23.     Defendant is without sufficient knowledge or information to form a belief as to the

13 truth of the allegations contained in paragraph 23 of the Amended Complaint herein and, basing

14 its denial on that ground, denies each and every, all and singular, generally and specifically, each

15 and every allegation thereof except that Defendant believes that Countrywide is a licensed

16 corporation which provides residential real estate loans.

17      24.     Defendant is without sufficient knowledge or information to form a belief as to the

18 truth of the allegations contained in paragraph 24 of the Amended Complaint herein and, basing

19 its denial on that ground, denies each and every, all and singular, generally and specifically, each

20 and every allegation thereof.

21      25.     Defendant is without sufficient knowledge or information to form a belief as to the

22 truth of the allegations contained in paragraph 25 of the Amended Complaint herein and, basing

23 its denial on that ground, denies each and every, all and singular, generally and specifically, each

24 and every allegation thereof.

25      26.     Defendant is without sufficient knowledge or information to form a belief as to the

26 truth of the allegations contained in paragraph 26 of the Amended Complaint herein and, basing

27 its denial on that ground, denies each and every, all and singular, generally and specifically, each

28 and every allegation thereof.

1       27.    Defendant is without sufficient knowledge or information to form a belief as to the

2   truth of the allegations contained in paragraph 27 of the Amended Complaint herein and, basing

3   its denial on that ground, denies each and every, all and singular, generally and specifically, each

4   and every allegation thereof.

5       28.    Defendant is without sufficient knowledge or information to form a belief as to the

6   truth of the allegations contained in paragraph 28 of the Amended Complaint herein and, basing

7   its denial on that ground, denies each and every, all and singular, generally and specifically, each

8   and every allegation thereof.

9       29.    Defendant is without sufficient knowledge or information to form a belief as to the

10  truth of the allegations against other defendants contained in paragraph 29 of the Amended

11  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

12  generally and specifically, each and every of these allegations.  Defendant denies each and every,

13  all and singular, generally and specifically, each and every allegation contained in paragraph 29 of

14  the Amended Complaint herein which pertains to Defendant.

15      30.    Defendant is without sufficient knowledge or information to form a belief as to the

16  truth of the allegations contained in paragraph 30 of the Amended Complaint herein and, basing

17  its denial on that ground, denies each and every, all and singular, generally and specifically, each

18  and every allegation thereof.

19      31.    Defendant is without sufficient knowledge or information to form a belief as to the

20  truth of the allegations contained in paragraph 31 of the Amended Complaint herein and, basing

21  its denial on that ground, denies each and every, all and singular, generally and specifically, each

22  and every allegation thereof.

23      32.    Defendant is without sufficient knowledge or information to form a belief as to the

24  truth of the allegations contained in paragraph 32 of the Amended Complaint herein and, basing

25  its denial on that ground, denies each and every, all and singular, generally and specifically, each

26  and every allegation thereof.

27      33.    Defendant is without sufficient knowledge or information to form a belief as to the

28  truth of the allegations contained in paragraph 33 of the Amended Complaint herein and, basing

1  its denial on that ground, denies each and every, all and singular, generally and specifically, each

2  and every allegation thereof.

3       34.    Defendant is without sufficient knowledge or information to form a belief as to the

4  truth of the allegations contained in paragraph 34 of the Amended Complaint herein and, basing

5  its denial on that ground, denies each and every, all and singular, generally and specifically, each

6  and every allegation thereof.

7       35.    Defendant is without sufficient knowledge or information to form a belief as to the

8  truth of the allegations contained in paragraph 35 of the Amended Complaint herein and, basing

9  its denial on that ground, denies each and every, all and singular, generally and specifically, each

10  and every allegation thereof.

11      36.    Defendant is without sufficient knowledge or information to form a belief as to the

12  truth of the allegations contained in paragraph 36 of the Amended Complaint herein and, basing

13  its denial on that ground, denies each and every, all and singular, generally and specifically, each

14  and every allegation thereof.

15      37.    Defendant is without sufficient knowledge or information to form a belief as to the

16  truth of the allegations contained in paragraph 37 of the Amended Complaint herein and, basing

17  its denial on that ground, denies each and every, all and singular, generally and specifically, each

18  and every allegation thereof.

19      38.    Defendant is without sufficient knowledge or information to form a belief as to the

20  truth of the allegations contained in paragraph 38 of the Amended Complaint herein and, basing

21  its denial on that ground, denies each and every, all and singular, generally and specifically, each

22  and every allegation thereof.

23      39.    Defendant is without sufficient knowledge or information to form a belief as to the

24  truth of the allegations contained in paragraph 39 of the Amended Complaint herein and, basing

25  its denial on that ground, denies each and every, all and singular, generally and specifically, each

26  and every allegation thereof.

27      40.    Defendant is without sufficient knowledge or information to form a belief as to the

28  truth of the allegations contained in paragraph 40 of the Amended Complaint herein and, basing

1   its denial on that ground, denies each and every, all and singular, generally and specifically, each

2   and every allegation thereof.

3           41.    Defendant is without sufficient knowledge or information to form a belief as to the

4   truth of the allegations contained in paragraph 41 of the Amended Complaint herein and, basing

5   its denial on that ground, denies each and every, all and singular, generally and specifically, each

6   and every allegation thereof.

7           42.    Defendant is without sufficient knowledge or information to form a belief as to the

8   truth of the allegations contained in paragraph 42 of the Amended Complaint herein and, basing

9   its denial on that ground, denies each and every, all and singular, generally and specifically, each

10  and every allegation thereof.

11          43.    Defendant is without sufficient knowledge or information to form a belief as to the

12  truth of the allegations contained in paragraph 43 of the Amended Complaint herein and, basing

13  its denial on that ground, denies each and every, all and singular, generally and specifically, each

14  and every allegation thereof.

15          44.    Defendant is without sufficient knowledge or information to form a belief as to the

16  truth of the allegations contained in paragraph 44 of the Amended Complaint herein and, basing

17  its denial on that ground, denies each and every, all and singular, generally and specifically, each

18  and every allegation thereof.

19          45.    Defendant is without sufficient knowledge or information to form a belief as to the

20  truth of the allegations contained in paragraph 45 of the Amended Complaint herein and, basing

21  its denial on that ground, denies each and every, all and singular, generally and specifically, each

22  and every allegation thereof.

23          46.    Defendant is without sufficient knowledge or information to form a belief as to the

24  truth of the allegations contained in paragraph 46 of the Amended Complaint herein and, basing

25  its denial on that ground, denies each and every, all and singular, generally and specifically, each

26  and every allegation thereof.

27          47.    Defendant is without sufficient knowledge or information to form a belief as to the

28  truth of the allegations contained in paragraph 47 of the Amended Complaint herein and, basing

1   its denial on that ground, denies each and every, all and singular, generally and specifically, each

2   and every allegation thereof except that Defendant admits that Plaintiffs Berenice Gonzalez and

3   Jose Urtiz contacted Defendant to seek a loan to finance the purchase of a home.

4           48.     Defendant denies each and every, all and singular, generally and specifically, each

5   and every allegation contained in paragraph 48 of the Amended Complaint herein except that

6   Defendant admits that Plaintiffs Berenice Gonzalez and Jose Urtiz contacted Defendant to seek a

7   loan to finance the purchase of a home and that the loan documents were in English.

8           49.     Defendant is without sufficient knowledge or information to form a belief as to the

9   truth of the allegations contained in paragraph 49 of the Amended Complaint herein and, basing

10  its denial on that ground, denies each and every, all and singular, generally and specifically, each

11  and every allegation thereof.

12          50.     Defendant is without sufficient knowledge or information to form a belief as to the

13  truth of the allegations contained in paragraph 50 of the Amended Complaint herein and, basing

14  its denial on that ground, denies each and every, all and singular, generally and specifically, each

15  and every allegation thereof.

16          51.     Defendant is without sufficient knowledge or information to form a belief as to the

17  truth of the allegations contained in paragraph 51 of the Amended Complaint herein and, basing

18  its denial on that ground, denies each and every, all and singular, generally and specifically, each

19  and every allegation thereof.

20          52.     Defendant is without sufficient knowledge or information to form a belief as to the

21  truth of the allegations contained in paragraph 52 of the Amended Complaint herein and, basing

22  its denial on that ground, denies each and every, all and singular, generally and specifically, each

23  and every allegation thereof.

24          53.     Defendant is without sufficient knowledge or information to form a belief as to the

25  truth of the allegations contained in paragraph 53 of the Amended Complaint herein and, basing

26  its denial on that ground, denies each and every, all and singular, generally and specifically, each

27  and every allegation thereof.

28          54.     Defendant is without sufficient knowledge or information to form a belief as to the

1    truth of the allegations contained in paragraph 54 of the Amended Complaint against other

2    defendants herein and, basing its denial on that ground, denies each and every, all and singular,

3    generally and specifically, each and every of these allegations.  Defendant denies each and every,

4    all and singular, generally and specifically, each and every allegation contained in paragraph 54 of

5    the Amended Complaint herein which pertains to Defendant.

6        55.    Defendant is without sufficient knowledge or information to form a belief as to the

7    truth of the allegations contained in paragraph 55 of the Amended Complaint against other

8    defendants herein and, basing its denial on that ground, denies each and every, all and singular,

9    generally and specifically, each and every of these allegations.  Defendant denies each and every,

10   all and singular, generally and specifically, each and every allegation contained in paragraph 55 of

11   the Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled

12   to any recovery against Defendant.

13       56.    Defendant is without sufficient knowledge or information to form a belief as to the

14   truth of the allegations contained in paragraph 56 of the Amended Complaint herein and, basing

15   its denial on that ground, denies each and every, all and singular, generally and specifically, each

16   and every allegation thereof except that Defendant admits that Plaintiffs Berenice Gonzalez and

17   Jose Urtiz made a down payment on the home they purchased.

18       57.    Defendant is without sufficient knowledge or information to form a belief as to the

19   truth of the allegations against other defendants contained in paragraph 57 of the Amended

20   Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

21   generally and specifically, each and every of these allegations.  Defendant denies each and every,

22   all and singular, generally and specifically, each and every allegation contained in paragraph 57 of

23   the Amended Complaint herein which pertains to Defendant.

24       58.    Defendant is without sufficient knowledge or information to form a belief as to the

25   truth of the allegations against other defendants contained in paragraph 58 of the Amended

26   Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

27   generally and specifically, each and every of these allegations.  Defendant denies each and every,

28   all and singular, generally and specifically, each and every allegation contained in paragraph 58 of

1    the Amended Complaint herein which pertains to Defendant.

2        59.    Defendant is without sufficient knowledge or information to form a belief as to the

3    truth of the allegations against other defendants contained in paragraph 59 of the Amended

4    Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

5    generally and specifically, each and every of these allegations.  Defendant denies each and every,

6    all and singular, generally and specifically, each and every allegation contained in paragraph 59 of

7    the Amended Complaint herein which pertains to Defendant.

8        60.    Defendant is without sufficient knowledge or information to form a belief as to the

9    truth of the allegations contained in paragraph 60 of the Amended Complaint herein and, basing

10   its denial on that ground, denies each and every, all and singular, generally and specifically, each

11   and every allegation thereof.

12       61.    Defendant is without sufficient knowledge or information to form a belief as to the

13   truth of the allegations contained in paragraph 61 of the Amended Complaint herein and, basing

14   its denial on that ground, denies each and every, all and singular, generally and specifically, each

15   and every allegation thereof.

16       62.    Defendant incorporates its responses to paragraphs 1 through 61 of the Amended

17   Complaint above as if fully set forth herein and denies all allegations except those which are

18   expressly admitted.

19       63.    Defendant is without sufficient knowledge or information to form a belief as to the

20   truth of the allegations contained in paragraph 63 of the Amended Complaint herein related to the

21   Fair Housing Act which call for conclusions of law and/or pertain to other defendants and, basing

22   its denial on that ground, denies each and every, all and singular, generally and specifically, each

23   and every of these allegations.  Defendant denies each and every, all and singular, generally and

24   specifically, each and every allegation in paragraph 63 of the Amended Complaint herein which

25   pertains to Defendant.

26       64.    Defendant is without sufficient knowledge or information to form a belief as to the

27   truth of the allegations against other defendants contained in paragraph 64 of the Amended

28   Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

1    generally and specifically, each and every of these allegations.  Defendant denies each and every,

2    all and singular, generally and specifically, each and every allegation contained in paragraph 64 of

3    the Amended Complaint herein which pertains to Defendant.

4         65.    Defendant is without sufficient knowledge or information to form a belief as to the

5    truth of the allegations against other defendants contained in paragraph 65 of the Amended

6    Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

7    generally and specifically, each and every of these allegations.  Defendant denies each and every,

8    all and singular, generally and specifically, each and every allegation contained in paragraph 65 of

9    the Amended Complaint herein which pertains to Defendant.

10        66.    Defendant is without sufficient knowledge or information to form a belief as to the

11   truth of the allegations against other defendants contained in paragraph 66 of the Amended

12   Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

13   generally and specifically, each and every of these allegations.  Defendant denies each and every,

14   all and singular, generally and specifically, each and every allegation contained in paragraph 66 of

15   the Amended Complaint herein which pertains to Defendant.

16        67.    Defendant is without sufficient knowledge or information to form a belief as to the

17   truth of the allegations against other defendants contained in paragraph 67 of the Amended

18   Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

19   generally and specifically, each and every of these allegations.  Defendant denies each and every,

20   all and singular, generally and specifically, each and every allegation contained in paragraph 67 of

21   the Amended Complaint herein which pertains to Defendant.

22        68.    Defendant is without sufficient knowledge or information to form a belief as to the

23   truth of the allegations against other defendants or which call for conclusions of law contained in

24   paragraph 68 of the Amended Complaint herein and, basing its denial on that ground, denies each

25   and every, all and singular, generally and specifically, each and every of these allegations.

26   Defendant denies each and every, all and singular, generally and specifically, each and every

27   allegation contained in paragraph 68 of the Amended Complaint herein which pertains to

28   Defendant.

69.     Defendant incorporates its responses to paragraphs 1 through 68 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

70.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 70 of the Amended Complaint which call for conclusions of law herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof except that Defendant admits that it obtained a home mortgage loan for Plaintiffs Berenice Gonzalez and Jose Urtiz.

71.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 71 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 71 of the Amended Complaint herein which pertains to Defendant.

72.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 72 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 72 of the Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to any recovery against Defendant.

73.     Defendant incorporates its responses to paragraphs 1 through 72 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

74.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 74 of the Amended Complaint herein related to the RICO Act which call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant

1   denies each and every, all and singular, generally and specifically, each and every allegation of the

2   remaining allegations contained in paragraph 74 of the Amended Complaint herein which pertain

3   to Defendant.

4        75.     Defendant is without sufficient knowledge or information to form a belief as to the

5   truth of the allegations against other defendants contained in paragraph 75 of the Amended

6   Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

7   generally and specifically, each and every of these allegations.  Defendant denies each and every,

8   all and singular, generally and specifically, each and every allegation contained in paragraph 75 of

9   the Amended Complaint herein which pertains to Defendant.

10       76.     Defendant is without sufficient knowledge or information to form a belief as to the

11  truth of the allegations against other defendants contained in paragraph 76 of the Amended

12  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

13  generally and specifically, each and every of these allegations.  Defendant denies each and every,

14  all and singular, generally and specifically, each and every allegation contained in paragraph 76 of

15  the Amended Complaint herein which pertains to Defendant.

16       77.     Defendant is without sufficient knowledge or information to form a belief as to the

17  truth of the allegations against other defendants contained in paragraph 77 of the Amended

18  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

19  generally and specifically, each and every of these allegations.  Defendant denies each and every,

20  all and singular, generally and specifically, each and every allegation contained in paragraph 77 of

21  the Amended Complaint herein which pertains to Defendant.

22       78.     Defendant is without sufficient knowledge or information to form a belief as to the

23  truth of the allegations against other defendants contained in paragraph 78 of the Amended

24  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

25  generally and specifically, each and every of these allegations.  Defendant denies each and every,

26  all and singular, generally and specifically, each and every allegation contained in paragraph 78 of

27  the Amended Complaint herein which pertains to Defendant.

28       79.     Defendant is without sufficient knowledge or information to form a belief as to the

truth of the allegations against other defendants contained in paragraph 79 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 79 of the Amended Complaint herein which pertains to Defendant.

80.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 80 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 80 of the Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to any recovery against Defendant.

81.     Defendant incorporates its responses to paragraphs 1 through 80 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

82.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 82 of the Amended Complaint herein which call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

83.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 83 of the Amended Complaint herein which call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

84.     Defendant admits it received payment for the services it provided Plaintiffs Berenice Gonzalez and Jose Urtiz. Defendant is without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in paragraph 84 of the Amended Complaint herein which pertain to other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.

85.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 85 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 85 of the Amended Complaint herein which pertains to Defendant.

86.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 86 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 86 of the Amended Complaint herein which pertains to Defendant.

87.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 87 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 87 of the Amended Complaint herein which pertains to Defendant.

88.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 88 of the Amended Complaint herein as these allegations all relate to other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

89.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 89 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

90.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 90 of the Amended

Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 90 of the Amended Complaint herein which pertains to Defendant.

91.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 91 of the Amended Complaint herein as these allegations all relate to other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

92.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 92 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 92 of the Amended Complaint herein which pertains to Defendant.

93.    Defendant incorporates its responses to paragraphs 1 through 92 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

94.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 94 of the Amended Complaint herein which call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

95.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 95 of the Amended Complaint herein which all relate to other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

96.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 96 of the Amended Complaint herein which all relate to other defendants and, basing its denial on that ground, denies each and every, all and singular,

generally and specifically, each and every allegation thereof.

97.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 97 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 97 of the Amended Complaint herein which pertains to Defendant.

98.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 98 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 98 of the Amended Complaint herein which pertains to Defendant except that Defendant admits that it contends that Plaintiffs Berenice Gonzalez and Jose Urtiz are not entitled to rescission of any contract entered into with Defendant.

99.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 99 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 99 of the Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to any recovery against Defendant.

100.    Defendant incorporates its responses to paragraphs 1 through 99 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

101.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 58 of the Amended Complaint herein as they call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular,

1  generally and specifically, each and every allegation thereof.

2      102.    Defendant is without sufficient knowledge or information to form a belief as to the

3  truth of the allegations against other defendants contained in paragraph 102 of the Amended

4  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

5  generally and specifically, each and every of these allegations.  Defendant denies each and every,

6  all and singular, generally and specifically, each and every allegation contained in paragraph 102

7  of the Amended Complaint herein which pertains to Defendant.

8      103.    Defendant is without sufficient knowledge or information to form a belief as to the

9  truth of the allegations contained in paragraph 103 of the Amended Complaint herein which all

10  relate to other defendants and, basing its denial on that ground, denies each and every, all and

11  singular, generally and specifically, each and every allegation thereof.

12      104.    Defendant is without sufficient knowledge or information to form a belief as to the

13  truth of the allegations against other defendants contained in paragraph 104 of the Amended

14  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

15  generally and specifically, each and every of these allegations.  Defendant denies each and every,

16  all and singular, generally and specifically, each and every allegation contained in paragraph 104

17  of the Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are

18  entitled to rescission of any contract entered into with Defendant.

19      105.    Defendant incorporates its responses to paragraphs 1 through 104 of the Amended

20  Complaint above as if fully set forth herein and denies all allegations except those which are

21  expressly admitted.

22      106.    Defendant is without sufficient knowledge or information to form a belief as to the

23  truth of the allegations contained in paragraph 106 of the Amended Complaint herein which call

24  for legal conclusions and, basing its denial on that ground, denies each and every, all and singular,

25  generally and specifically, each and every allegation thereof.

26      107.    Defendant is without sufficient knowledge or information to form a belief as to the

27  truth of the allegations against other defendants contained in paragraph 107 of the Amended

28  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 107 of the Amended Complaint herein which pertains to Defendant.

108.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 108 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 108 of the Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to any recovery against Defendant.

109.    Defendant incorporates its responses to paragraphs 1 through 108 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

110.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 110 of the Amended Complaint herein which call for legal conclusions and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.

111.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 111 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 111 of the Amended Complaint herein which pertains to Defendant.

112.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations against other defendants contained in paragraph 112 of the Amended Complaint herein and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 112

1   of the Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are

2   entitled to any recovery against Defendant.

3          113.    Defendant incorporates its responses to paragraphs 1 through 112 of the Amended

4   Complaint above as if fully set forth herein and denies all allegations except those which are

5   expressly admitted.

6          114.    Defendant is without sufficient knowledge or information to form a belief as to the

7   truth of the allegations contained in paragraph 114 of the Amended Complaint herein against other

8   defendants and those which call for legal conclusions and, basing its denial on that ground, denies

9   each and every, all and singular, generally and specifically, each and every allegation thereof.

10  Defendant denies each and every, all and singular, generally and specifically, each and every

11  allegation contained in paragraph 114 of the Amended Complaint herein which pertains to

12  Defendant.

13         115.    Defendant is without sufficient knowledge or information to form a belief as to the

14  truth of the allegations contained in paragraph 115 of the Amended Complaint herein against other

15  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

16  and specifically, each and every allegation thereof.  Defendant denies each and every, all and

17  singular, generally and specifically, each and every allegation contained in paragraph 115 of the

18  Amended Complaint herein which pertains to Defendant.

19         116.    Defendant is without sufficient knowledge or information to form a belief as to the

20  truth of the allegations contained in paragraph 116 of the Amended Complaint herein against other

21  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

22  and specifically, each and every allegation thereof.  Defendant denies each and every, all and

23  singular, generally and specifically, each and every allegation contained in paragraph 116 of the

24  Amended Complaint herein which pertains to Defendant.

25         117.    Defendant is without sufficient knowledge or information to form a belief as to the

26  truth of the allegations contained in paragraph 117 of the Amended Complaint herein which all

27  pertain to other defendants and, basing its denial on that ground, denies each and every, all and

28  singular, generally and specifically, each and every allegation thereof.

1     118.    Defendant is without sufficient knowledge or information to form a belief as to the

2 truth of the allegations contained in paragraph 118 of the Amended Complaint herein which all

3 pertain to other defendants and, basing its denial on that ground, denies each and every, all and

4 singular, generally and specifically, each and every allegation thereof.

5     119.    Defendant is without sufficient knowledge or information to form a belief as to the

6 truth of the allegations contained in paragraph 119 of the Amended Complaint herein against other

7 defendants and, basing its denial on that ground, denies each and every, all and singular, generally

8 and specifically, each and every allegation thereof.  Defendant denies each and every, all and

9 singular, generally and specifically, each and every allegation contained in paragraph 119 of the

10 Amended Complaint herein which pertains to Defendant.

11     120.    Defendant is without sufficient knowledge or information to form a belief as to the

12 truth of the allegations contained in paragraph 120 of the Amended Complaint herein which all

13 pertain to other defendants and, basing its denial on that ground, denies each and every, all and

14 singular, generally and specifically, each and every allegation thereof.

15     121.    Defendant is without sufficient knowledge or information to form a belief as to the

16 truth of the allegations contained in paragraph 121 of the Amended Complaint herein which all

17 pertain to other defendants and, basing its denial on that ground, denies each and every, all and

18 singular, generally and specifically, each and every allegation thereof.

19     122.    Defendant is without sufficient knowledge or information to form a belief as to the

20 truth of the allegations contained in paragraph 122 of the Amended Complaint herein against other

21 defendants and, basing its denial on that ground, denies each and every, all and singular, generally

22 and specifically, each and every allegation thereof.  Defendant denies each and every, all and

23 singular, generally and specifically, each and every allegation contained in paragraph 122 of the

24 Amended Complaint herein which pertains to Defendant.

25     123.    Defendant is without sufficient knowledge or information to form a belief as to the

26 truth of the allegations contained in paragraph 123 of the Amended Complaint herein against other

27 defendants and, basing its denial on that ground, denies each and every, all and singular, generally

28 and specifically, each and every of these allegations.  Defendant denies each and every, all and

1    singular, generally and specifically, each and every allegation contained in paragraph 123 of the

2    Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to any

3    recovery against Defendant.

4         124.    Defendant is without sufficient knowledge or information to form a belief as to the

5    truth of the allegations contained in paragraph 124 of the Amended Complaint herein against other

6    defendants and, basing its denial on that ground, denies each and every, all and singular, generally

7    and specifically, each and every allegation thereof.  Defendant denies each and every, all and

8    singular, generally and specifically, each and every allegation contained in paragraph 124 of the

9    Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to recover

10   any attorney's fees against Defendant.

11        125.    Defendant incorporates its responses to paragraphs 1 through 125 of the Amended

12   Complaint above as if fully set forth herein and denies all allegations except those which are

13   expressly admitted.

14        126.    Defendant is without sufficient knowledge or information to form a belief as to the

15   truth of the allegations contained in paragraph 126 of the Amended Complaint herein against other

16   defendants and/or call for legal conclusions and, basing its denial on that ground, denies each and

17   every, all and singular, generally and specifically, each and every of these allegations.  Defendant

18   denies each and every, all and singular, generally and specifically, each and every allegation

19   contained in paragraph 126 of the Amended Complaint herein which pertains to Defendant.

20        127.    Defendant is without sufficient knowledge or information to form a belief as to the

21   truth of the allegations contained in paragraph 127 of the Amended Complaint herein which all

22   pertain to other defendants and, basing its denial on that ground, denies each and every, all and

23   singular, generally and specifically, each and every allegation thereof.

24        128.    Defendant is without sufficient knowledge or information to form a belief as to the

25   truth of the allegations contained in paragraph 128 of the Amended Complaint herein which all

26   pertain to other defendants and, basing its denial on that ground, denies each and every, all and

27   singular, generally and specifically, each and every allegation thereof.

28        129.    Defendant is without sufficient knowledge or information to form a belief as to the

1   truth of the allegations contained in paragraph 129 of the Amended Complaint herein against other

2   defendants and, basing its denial on that ground, denies each and every, all and singular, generally

3   and specifically, each and every of these allegations.  Defendant denies each and every, all and

4   singular, generally and specifically, each and every allegation contained in paragraph 129 of the

5   Amended Complaint herein which pertains to Defendant.

6          130.    Defendant is without sufficient knowledge or information to form a belief as to the

7   truth of the allegations contained in paragraph 130 of the Amended Complaint herein all of which

8   pertain to other defendants and, basing its denial on that ground, denies each and every, all and

9   singular, generally and specifically, each and every allegation thereof.

10         131.    Defendant is without sufficient knowledge or information to form a belief as to the

11  truth of the allegations contained in paragraph 131 of the Amended Complaint herein against other

12  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

13  and specifically, each and every of these allegations.  Defendant denies each and every, all and

14  singular, generally and specifically, each and every allegation contained in paragraph 131 of the

15  Amended Complaint herein which pertains to Defendant.

16         132.    Defendant is without sufficient knowledge or information to form a belief as to the

17  truth of the allegations contained in paragraph 132 of the Amended Complaint herein against other

18  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

19  and specifically, each and every of these allegations.  Defendant denies each and every, all and

20  singular, generally and specifically, each and every allegation contained in paragraph 132 of the

21  Amended Complaint herein which pertains to Defendant.

22         133.    Defendant is without sufficient knowledge or information to form a belief as to the

23  truth of the allegations contained in paragraph 133 of the Amended Complaint herein against other

24  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

25  and specifically, each and every of these allegations.  Defendant denies each and every, all and

26  singular, generally and specifically, each and every allegation contained in paragraph 133 of the

27  Amended Complaint herein which pertains to Defendant.

28         134.    Defendant is without sufficient knowledge or information to form a belief as to the

1   truth of the allegations contained in paragraph 134 of the Amended Complaint herein against other

2   defendants and, basing its denial on that ground, denies each and every, all and singular, generally

3   and specifically, each and every of these allegations.  Defendant denies each and every, all and

4   singular, generally and specifically, each and every allegation contained in paragraph 134 of the

5   Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to

6   any recovery against Defendant.

7   135.   Defendant is without sufficient knowledge or information to form a belief as to the

8   truth of the allegations contained in paragraph 135 of the Amended Complaint herein against other

9   defendants and, basing its denial on that ground, denies each and every, all and singular, generally

10  and specifically, each and every of these allegations.  Defendant denies each and every, all and

11  singular, generally and specifically, each and every allegation contained in paragraph 135 of the

12  Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to any

13  recovery against Defendant.

14  136.   Defendant incorporates its responses to paragraphs 1 through 135 of the Amended

15  Complaint above as if fully set forth herein and denies all allegations except those which are

16  expressly admitted.

17  137.   Defendant is without sufficient knowledge or information to form a belief as to the

18  truth of the allegations contained in paragraph 137 of the Amended Complaint herein against other

19  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

20  and specifically, each and every of these allegations.  Defendant denies each and every, all and

21  singular, generally and specifically, each and every allegation contained in paragraph 137 of the

22  Amended Complaint herein which pertains to Defendant.

23  138.   Defendant is without sufficient knowledge or information to form a belief as to the

24  truth of the allegations contained in paragraph 138 of the Amended Complaint herein against other

25  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

26  and specifically, each and every of these allegations.  Defendant denies each and every, all and

27  singular, generally and specifically, each and every allegation contained in paragraph 138 of the

28  Amended Complaint herein which pertains to Defendant.

139.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 139 of the Amended Complaint herein against other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every allegation thereof.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 139 of the Amended Complaint herein which pertains to Defendant.

140.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 140 of the Amended Complaint herein against other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 140 of the Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to any recovery against Defendant.

141.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 141 of the Amended Complaint herein against other defendants and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations.  Defendant denies each and every, all and singular, generally and specifically, each and every allegation contained in paragraph 141 of the Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to any recovery against Defendant.

142.    Defendant incorporates its responses to paragraphs 1 through 141 of the Amended Complaint above as if fully set forth herein and denies all allegations except those which are expressly admitted.

143.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 143 of the Amended Complaint herein against other defendants and/or which call for conclusions of law and, basing its denial on that ground, denies each and every, all and singular, generally and specifically, each and every of these allegations. Defendant denies each and every, all and singular, generally and specifically, each and every

1   allegation contained in paragraph 143 of the Amended Complaint herein which pertains to

2   Defendant.

3       144.   Defendant is without sufficient knowledge or information to form a belief as to the

4   truth of the allegations contained in paragraph 144 of the Amended Complaint herein which all

5   pertain to other defendants and, basing its denial on that ground, denies each and every, all and

6   singular, generally and specifically, each and every allegation thereof.

7       145.   Defendant is without sufficient knowledge or information to form a belief as to the

8   truth of the allegations contained in paragraph 145 of the Amended Complaint herein  which all

9   pertain to other defendants and, basing its denial on that ground, denies each and every, all and

10  singular, generally and specifically, each and every allegation thereof.

11      146.   Defendant is without sufficient knowledge or information to form a belief as to the

12  truth of the allegations contained in paragraph 146 against other defendants of the Amended

13  Complaint herein and, basing its denial on that ground, denies each and every, all and singular,

14  generally and specifically, each and every of these allegations.  Defendant denies each and every,

15  all and singular, generally and specifically, each and every allegation contained in paragraph 146

16  of the Amended Complaint herein which pertains to Defendant.

17      147.   Defendant is without sufficient knowledge or information to form a belief as to the

18  truth of the allegations contained in paragraph 147 of the Amended Complaint herein  which all

19  pertain to other defendants  and, basing its denial on that ground, denies each and every, all and

20  singular, generally and specifically, each and every allegation thereof.

21      148.   Defendant is without sufficient knowledge or information to form a belief as to the

22  truth of the allegations contained in paragraph 148 of the Amended Complaint herein against other

23  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

24  and specifically, each and every of these allegations.  Defendant denies each and every, all and

25  singular, generally and specifically, each and every allegation contained in paragraph 148 of the

26  Amended Complaint herein which pertains to Defendant.

27      149.   Defendant is without sufficient knowledge or information to form a belief as to the

28  truth of the allegations contained in paragraph 149 of the Amended Complaint herein against other

1   defendants and, basing its denial on that ground, denies each and every, all and singular, generally

2   and specifically, each and every of these allegations.  Defendant denies each and every, all and

3   singular, generally and specifically, each and every allegation contained in paragraph 149 of the

4   Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to

5   any recovery against Defendant.

6        150.    Defendant is without sufficient knowledge or information to form a belief as to the

7   truth of the allegations contained in paragraph 150 of the Amended Complaint herein against other

8   defendants and, basing its denial on that ground, denies each and every, all and singular, generally

9   and specifically, each and every of these allegations.  Defendant denies each and every, all and

10  singular, generally and specifically, each and every allegation contained in paragraph 150 of the

11  Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to

12  any recovery against Defendant.

13       151.    Defendant incorporates its responses to paragraphs 1 through 150 of the Amended

14  Complaint above as if fully set forth herein and denies all allegations except those which are

15  expressly admitted.

16       152.    Defendant is without sufficient knowledge or information to form a belief as to the

17  truth of the allegations contained in paragraph 151 of the Amended Complaint herein against other

18  defendants and/or which call for a legal conclusion, and basing its denial on that ground, denies

19  each and every, all and singular, generally and specifically, each and every of these allegations.

20       153.    Defendant is without sufficient knowledge or information to form a belief as to the

21  truth of the allegations contained in paragraph 153 of the Amended Complaint herein against other

22  defendants and, basing its denial on that ground, denies each and every, all and singular, generally

23  and specifically, each and every of these allegations.  Defendant denies each and every, all and

24  singular, generally and specifically, each and every allegation contained in paragraph 153 of the

25  Amended Complaint herein which pertains to Defendant.

26       154.    Defendant is without sufficient knowledge or information to form a belief as to the

27  truth of the allegations contained in paragraph 154 of the Amended Complaint herein which all

28  pertain to other defendants and, basing its denial on that ground, denies each and every, all and

1    singular, generally and specifically, each and every allegation thereof.

2    155.    Defendant is without sufficient knowledge or information to form a belief as to the

3    truth of the allegations contained in paragraph 155 of the Amended Complaint herein against other

4    defendants and, basing its denial on that ground, denies each and every, all and singular, generally

5    and specifically, each and every of these allegations.  Defendant denies each and every, all and

6    singular, generally and specifically, each and every allegation contained in paragraph 155 of the

7    Amended Complaint herein which pertains to Defendant.

8    156.    Defendant is without sufficient knowledge or information to form a belief as to the

9    truth of the allegations contained in paragraph 156 of the Amended Complaint herein against other

10    defendants and, basing its denial on that ground, denies each and every, all and singular, generally

11    and specifically, each and every of these allegations.  Defendant denies each and every, all and

12    singular, generally and specifically, each and every allegation contained in paragraph 156 of the

13    Amended Complaint herein which pertains to Defendant and denies Plaintiffs are entitled to any

14    recovery against Defendant.

15    157.    Defendant incorporates its responses to paragraphs 1 through 156 of the Amended

16    Complaint above as if fully set forth herein and denies all allegations except those which are

17    expressly admitted.

18    158.    Defendant is without sufficient knowledge or information to form a belief as to the

19     truth of the allegations contained in paragraph 158 of the Amended Complaint herein and, basing

20    its denial on that ground, denies each and every, all and singular, generally and specifically, each

21    and every allegation thereof. .

22    159.    Defendant is without sufficient knowledge or information to form a belief as to the

23     truth of the allegations contained in paragraph 159 of the Amended Complaint herein against other

24    defendants and, basing its denial on that ground, denies each and every, all and singular, generally

25    and specifically, each and every of these allegations.  Defendant denies each and every, all and

26    singular, generally and specifically, each and every allegation contained in paragraph 159 of the

27    Amended Complaint herein which pertains to Defendant.

28    160.    Defendant is without sufficient knowledge or information to form a belief as to the

1    truth of the allegations contained in paragraph 160 of the Amended Complaint herein against other

2    defendants and, basing its denial on that ground, denies each and every, all and singular, generally

3    and specifically, each and every of these allegations.  Defendant denies each and every, all and

4    singular, generally and specifically, each and every allegation contained in paragraph 160 of the

5    Amended Complaint herein which pertains to Defendant.

6        161.    Defendant is without sufficient knowledge or information to form a belief as to the

7    truth of the allegations contained in paragraph 161 of the Amended Complaint herein against other

8    defendants and, basing its denial on that ground, denies each and every, all and singular, generally

9    and specifically, each and every of these allegations.  Defendant denies each and every, all and

10   singular, generally and specifically, each and every allegation contained in paragraph 161 of the

11   Amended Complaint herein which pertains to Defendant and denies that Plaintiffs are entitled to

12   any recovery against Defendant.

13       162.    In answer to the allegations of paragraphs 162 through 172, Defendant denies that

14   Plaintiffs are entitled to any relief whatsoever against Defendant.

15                              **FIRST AFFIRMATIVE DEFENSE**

16       Plaintiff have  failed to state facts sufficient to state a cause of action against the Defendant.

17                             **SECOND AFFIRMATIVE DEFENSE**

18       The Amended Complaint and all the alleged causes of action set forth therein, are barred

19   by the applicable statute of limitations.

20                              **THIRD AFFIRMATIVE DEFENSE**

21       Each cause of action set forth in the Amended Complaint based on or arising from alleged

22   oral agreements, representations, or statements is barred by the applicable statute of frauds.

23                             **FOURTH AFFIRMATIVE DEFENSE**

24       The relief sought in the Amended Complaint is barred by the doctrine of waiver.

25                              **FIFTH AFFIRMATIVE DEFENSE**

26       Plaintiffs are estopped from asserting any and all claims upon which Plaintiffs' Amended

27   Complaint in each purported cause of action thereof is based.

28   *///*

1

**SIXTH AFFIRMATIVE DEFENSE**

2          Plaintiffs have unclean hands with respect to the matters at issue and relief sought and are

3    therefore barred from recovery by the doctrine of unclean hands.

4

**SEVENTH AFFIRMATIVE DEFENSE**

5          Plaintiffs have unreasonably delayed in bringing this action and this delay has unfairly

6    prejudiced Defendant such that Plaintiffs should be barred from every recovery under the Doctrine

7    of Laches.

8

**EIGHTH AFFIRMATIVE DEFENSE**

9          To the extent that Plaintiffs have suffered any loss or damage such loss or damage should

10   be barred or offset by Plaintiffs' failure to mitigate their damages.

11

**NINTH AFFIRMATIVE DEFENSE**

12         The losses incurred, if any there were, and the damages sought by Plaintiffs in the

13   Complaint, which are denied, were caused directly and proximately by persons other than

14   Defendant, whether individual, corporate or otherwise, and whether named or unnamed in the

15   Amended Complaint.

16

**TENTH AFFIRMATIVE DEFENSE**

17         If Plaintiffs suffered any loss or harm, such loss or harm was caused by the acts or

18   omissions of Plaintiffs and/or other persons and was not caused by any act or omission of

19   Defendant, and therefore Defendant is entitled to have any liability that might be found against it

20   offset by the comparative negligence and fault of such other person an/or of Plaintiffs.

21

**ELEVENTH AFFIRMATIVE DEFENSE**

22         Any injury or damages to Plaintiffs herein was proximately caused by Plaintiffs' own

23   conduct.

24

**TWELFTH AFFIRMATIVE DEFENSE**

25         All acts of Defendant were privileged, as they were performed with a reasonable belief in

26   the facts and Defendant had a right to act as it did.

27

**THIRTEENTH AFFIRMATIVE DEFENSE**

28         Plaintiffs have not sustained damages as a result of any acts of Defendant.

1

**FOURTEENTH AFFIRMATIVE DEFENSE**

2        Plaintiffs knowingly assumed the risk incidental to the matter set forth in the Amended

3    Complaint.

4

**FIFTEENTH AFFIRMATIVE DEFENSE**

5        Plaintiffs did not rely on information given to them on the loan applications since Plaintiffs

6    were responsible for verifying all information prior to signing the loans.

7

**SIXTEENTH AFFIRMATIVE DEFENSE**

8        Defendant acted reasonably and in good faith at all times and is, therefore, entitled to

9    qualified and absolute immunity.

10

**SEVENTEENTH AFFIRMATIVE DEFENSE**

11        Defendant did not violate any civil rights of the Plaintiffs and did not commit any acts of

12    racial discrimination.

13

**EIGHTEENTH AFFIRMATIVE DEFENSE**

14        At all times relevant to this lawsuit, Defendant acted in good faith with respect to Plaintiffs,

15    and it had reasonable grounds for believing that its actions were not in violation of any law.

16

**NINETEENTH AFFIRMATIVE DEFENSE**

17        The Amended Complaint fails to state a cause of action upon which punitive damages may

18    be awarded to Plaintiffs.

19

**TWENTIETH AFFIRMATIVE DEFENSE**

20        Defendant avers that any award of punitive damages to Plaintiffs in this case will be

21    violative of the constitutional safeguards provided to Defendant under the Sixth Amendment to the

22    Constitution of the United States of America  in that punitive damages are penal in nature and

23    consequently, Defendant is entitled to the same procedural safeguards accorded to a criminal

24    defendant.  Moreover, an award of punitive damages to the Plaintiffs in this action would constitute

25    a deprivation of property without due process of law as required by the Fifth and Fourteenth

26    Amendments of the United States Constitution.

27

28

1

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

2

Plaintiffs seek to impose punitive damages on Defendant for the conduct of others, which

3

violates the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution.

4

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

5

The Amended Complaint fails to state a claim on which an award of compensatory or

6

statutory damages can be granted.

7

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

8

Defendant is not liable for any acts or omissions of its employees that were beyond the

9

scope of his or her employment or for any acts or omissions of independent contractors.

10

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

11

Defendant expressly reserves the right to amend this Answer to allege other and further

12

affirmative defenses as may be determined through further discovery in this proceeding as well as

13

the right to assert such counterclaims as may be supported by the facts and evidence.

14

WHEREFORE, Defendant prays that:

15

1.      Plaintiffs take nothing by way of the Amended Complaint;

16

2.      Defendant be awarded its costs of suit incurred herein; and

17

3.      Defendant be granted such other and further relief as the Court deems just and

18

proper.

19

20

Dated: January 4, 2008                    HORAN, LLOYD LAW OFFICES

21

By:___/s/___Elizabeth C. Gianola_____
Elizabeth C. Gianola

22

Attorneys for Defendant Universal Mortgage and
Sales, Inc.

23

24

25

26

27

28