1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California  93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage and Sales, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>                    Defendants.<br>_____/ | CASE NO. C07 05698 PVT<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:  March 24, 2008<br>TIME:  9:00 a.m.<br>CTRM:  8 |

## PROOF OF SERVICE

I am employed by HORAN, LLOYD LAW OFFICES in the County of Monterey, California. I am over the age of 18 and not a party to the within action. My business address is 499 Van Buren Street, Post Office Box 3350, Monterey, California, 93942-3350.

On this date I caused to be served the within **DEFENDANT UNIVERSAL MORTGAGE & SALES INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF; DEMAND FOR JURY TRIAL** on the parties in this action, by placing copies of same in envelopes, addressed as follows and delivered in the manner indicated:

Nina M. Patane
Sergio H. Parra
Patane & Gumberg
4 Rossi Circle, Suite 231
Salinas, CA 93907-2358

__X__ (By Mail)  I caused each envelope, with postage prepaid to be placed in the United States mail at Monterey, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

____ (By Courier)  I delivered the envelopes to _____ who contracted to deliver the envelope to the addressee on the ____ same day _____ next day.

____ (By Hand)  I delivered the envelope to addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Monterey, California on January 4, 2008.

                    /s/   Richard Lumley, Jr.
                    Richard Lumley, Jr.