Elizabeth C. Gianola (SBN 142522)
HORAN, LLOYD LAW OFFICES
499 Van Buren Street
P. O. Box 3350
Monterey, California 93942-3350
Tel: (831) 373-4131
Fax: (831) 373-8302

Attorneys for Defendant Universal Mortgage and Sales, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C07 05698 PVT<br><br>**JOINDER IN DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR STAY PENDING OUTCOME OF THE JUDICIAL REFERENCE PROCEEDING BETWEEN PLAINTIFFS AND DEFENDANT VCH-SALINAS I, LLC**<br><br>DATE:    March 24, 2008<br>TIME:    9:00 a.m.<br>CTRM:    8 |

Defendant Universal Mortgage and Sales, Inc. (hereinafter "Defendant") hereby joins in Defendant Old Republic Title Company's Motion for Stay Pending Outcome of the Judicial Reference Proceeding Between Plaintiffs and Defendant VCH-Salinas I, LLC (hereinafter "VCH") and requests that the Court stay this action pending the outcome of the judicial reference

1  proceeding between Plaintiffs and VCH pursuant to the parties' written agreement. Plaintiffs'
2  claims against VCH in numerous causes of action are based on the same set of facts as those alleged
3  against Defendant, the claims depend on proof of the same underlying facts, and Plaintiffs' theories
4  of recovery are derivative of their claims against VCH. Defendant has filed an Answer to Plaintiffs'
5  First Amended Complaint (hereinafter the "Complaint") concurrently herewith. If the Motion for
6  Stay is granted and/or the outcome of the Motion results in the amendment of the Amended
7  Complaint, Defendant, by filing said Answer, is not waiving and reserves its right to amend said
8  Answer.

10  Dated: January 4, 2008                HORAN, LLOYD LAW OFFICES

11                                        By:   /s/   Elizabeth C. Gianola
                                                Elizabeth C. Gianola
12                                              Attorneys for Defendant Universal Mortgage and
                                                Sales, Inc.