1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California  93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage and Sales, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10 BERENICE  GONZALEZ  AND  JOSE  URTIZ,    CASE NO. C07 05698 PVT
   JORGE  AGUIRRE,  ELEAZAR  BECERRA  AND
   ROCIO BECERRA, J. GUADALUPE CONTRERAS    **CERTIFICATE OF SERVICE**
11 AND TERESA CONTRERAS, all individually and
   on behalf of the general public,
12                                          DATE:      March 24, 2008
                      Plaintiffs,           TIME:      9:00 a.m.
13                                          CTRM:      8
   v.
14
   VCH SALINAS I LLC dba VALLEY COMMUNITY
15 HOMES and MONTE BELLA REALTY, NORM
   YOP INC. REALTORS dba MONTE BELLA
16 REALTY, MONICA FARANDA dba MONTE
   BELLA REALTY, UNIVERSAL MORTGAGE &
17 SALES INC., IRA MORTGAGE & HOME SALES,
   INC., AMERICAN PACIFIC MORTGAGE CORP.
18 dba CREATIVE MORTGAGE, OLD REPUBLIC
   TITLE CO., COUNTRYWIDE HOME LOANS INC.
19 dba  AMERICA'S  WHOLESALE  LENDER,
   COUNTRYWIDE  FINANCIAL  CORP.,  NEW
20 CENTURY  MORTGAGE  CORP.,  HOMEQ
   SERVICING  CORP.,  CAMERON  FINANCIAL
21 GROUP INC., WELLS FARGO BANK, and DOES
   1 TO 100, inclusive,
22
                      Defendants.
23 _____/

24

25

26

27

28
   *Gonzalez, et al. v. VCH Salinas I LLC, et al.*                    CERTIFICATE OF SERVICE
   USDC CASE NO. C07 05698 PVT

1          <u>PROOF OF SERVICE</u>

2          I am employed by HORAN, LLOYD LAW OFFICES in the County of Monterey,
California. I am over the age of 18 and not a party to the within action. My business address is 499
3   Van Buren Street, Post Office Box 3350, Monterey, California, 93942-3350.

4          On this date I caused to be served the within **JOINDER IN DEFENDANT OLD
REPUBLIC TITLE COMPANY'S MOTION FOR STAY PENDING OUTCOME OF THE**
5   **JUDICIAL REFERENCE PROCEEDING BETWEEN PLAINTIFFS AND DEFENDANT
VCH-SALINAS I, LLC** on the parties in this action, by placing copies of same in envelopes,
6   addressed as follows and delivered in the manner indicated:

7   Nina M. Patane
    Sergio H. Parra
8   Patane & Gumberg
    4 Rossi Circle, Suite 231
9   Salinas, CA 93907-2358

10   _X_ (By Mail) I caused each envelope, with postage prepaid to be placed in the United States
    mail at Monterey, California. I am readily familiar with the business practices of the firm regarding
11   the collection and processing of correspondence for mailing with the United States Postal Service.
    Pursuant to such business practices, and in the ordinary course of business, all correspondence is
12   deposited with the United States Postal Service on the same day it is placed for collection and
    mailing.

13
    ____ (By Courier) I delivered the envelopes to_____
14   who contracted to deliver the envelope to the addressee on the_____ same day _____ next day.

15   ____ (By Hand) I delivered the envelope to addressee.

16          I declare under penalty of perjury under the laws of the State of California that the foregoing
    is true and correct. Executed at Monterey, California on January 4, 2008.

17

18
                                    /s/    Richard Lumley, Jr.
19                                  Richard Lumley, Jr.

20

21

22

23

24

25

26

27

28