**United States District Court**
For the Northern District of California

1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7  BEATRICE GONZALEZ, ET AL.,                    No. C 07-05698 JW
8            Plaintiff(s),
                                                 CLERK'S NOTICE CONTINUING MOTION
9       v.                                       HEARING
10 VCH SALINAS I LLC, ET AL.,
11           Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT the MOTION to Dismiss Plaintiffs' First Amended Complaint before
16
   Judge James Ware previously noticed for March 3, 2008 has been reset to **March 24, 2008 at 9:00**
17
   **AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.
18
   Dated: January 22, 2008
19
                                                 FOR THE COURT,
                                                 Richard W. Wieking, Clerk
20
21
                                                 by:  _____/s/_____
22                                                    Elizabeth Garcia
                                                      Courtroom Deputy
23
24
25
26
27
28