1  Sanford Shatz          State Bar No. 127229
   Attorney at Law
2  5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6062
4  Fax: (818) 871-4669

5
   Attorneys for Defendant Countrywide Home Loans, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BEATRICE GONZALEZ AND JOSE URTIZ, )  Case No.: C07 05698 JW
   JORGE AGUIRRE, ELEAZAR BECERRA     )
12 AND ROCIO BECERRA, J. GUADALUPE    )  File Date: November 8, 2007
13 CONTRERAS AND TERESA CONTRERAS,)  Trial Date: Not Assigned
   all individually and on behalf of the general )
14 public,                           )  NOTICE OF INTERESTED PARTIES
                                     )
15           Plaintiff,              )
                                     )
16                                   )
       vs.                          )
17                                   )
18 VCH SALINAS I LLC dba VALLEY      )
   COMMUNITY HOMES and as MONTE      )
19 BELLA REALTY, NORM YOP INC.       )
   REALTORS dba MONTE BELLA REALTY, )
20 MONICA FARANDA dba as MONTE       )
   BELLA REALTY, UNIVERSAL           )
21 MORTGAGE & SALES INC., IRA        )
22 MORTGAGE & HOME SALES, INC.,      )
   AMERICAN PACIFIC MORTGAGE CORP. )
23 dba as CREATIVE MORTGAGE, OLD     )
   REPUBLIC TITLE CO., COUNTRYWIDE   )
24 FINANCIAL CORP. dba AMERICA'S     )
25 WHOLESALE LENDER, NEW CENTURY     )
   MORTGAGE CORP., CAMERON           )
26 FINANCIAL GROUP INC., WELLS FARGO )
27 BANK, and DOES 1 TO 100, inclusive, )
                                     )
28 _____Defendants._____)

1       The undersigned, counsel for Defendants Countrywide Financial Corporation and

2 Countrywide Home Loans, Inc. dba America's Wholesale Lender, certify that the following listed

3 parties may have a pecuniary interest in the outcome of this case.  These representations are made

4 to enable the Court to evaluate possible disqualification or recusal.

5       1.     Plaintiffs Beatrice Gonzalez and Jose Urtiz

6       2.     Plaintiff Jorge Aguirre

7       3.     Defendant VCH Salinas I LLC dba Valley Community Homes and dba Monte

8              Bella Realty

9       4.     Defendant Norm Yop Inc. Realtors dba Monte Bella Realty

10      5.     Defendant Monica Faranda dba Monte Bella Realty

11      6.     Defendant Universal Mortgage & Sales, Inc.

12      7.     Defendant IRA Mortgage & Home Sales, Inc.

13      8.     Defendant American Pacific Mortgage Corp. dba Creative Mortgage

14      9.     Defendant Old Republic Title Co.

15      10.    Defendant New Century Mortgage Corp.

16      11.    Defendant Cameron Financial Group, Inc.

17      12.    Defendant Wells Fargo Bank

18      13.    Defendant Homeq Servicing Corp.

19      14.    Defendant Countrywide Home Loans, Inc., individually and dba America's

20              Wholesale Lender,  is a wholly-owned subsidiary of Countrywide Financial

21              Corporation, a Delaware corporation which is publicly traded on the New York

22              Stock Exchange.

23

24 DATED:  January 23 2008           By: _____

25                              SANFORD SHATZ

26                              Attorneys for Defendants

                                Countrywide Financial Corporation

27                              and Countrywide Home Loans, Inc.

28

NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

(C.C.P. section 1013a(3))

STATE OF CALIFORNIA          )
                             )    SS.
COUNTY OF LOS ANGELES        )

   I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

   On January 23, 2008, I served NOTICE OF INTERESTED PARTIES on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

See attached Mailing List

[X]    **(BY MAIL)** On January 23, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY OVERNIGHT DELIVERY)** On January ___, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY HAND DELIVERY)**

[ ]    **(BY FACSIMILE)** On January ___, 2008, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

   I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on January 23, 2008, at Calabasas, California.

                                   _____
                                        Desiree Rais

MAILING LIST

1

Sergio H. Parra
Nina Michele Patane
Patane Gumberg, LLP
4 Rossi Circle, Suite 231
Salinas, CA  93907

Frank J. Riebli
Mark Dean Peterson
Farella Braun & Martel
235 Montgomery Street
Russ Building
San Francisco, CA  94104

Elizabeth Catherine Gianola
Horan Lloyd Law Offices
499 Van Buren Street
Monterey, CA  93940

Roger Dean Wintle
The Heritage Law Group
99 Almaden Blvd. Suite 710
San Jose, CA  95113

Charles William Nugent
American Pacific Mortgage
3000 Lava Ridge Court, Suite 200
Roseville, CA  95661

Edward Egan Smith
Steyer Lowenthal Boodrookas Alvarez
One California Street, Third Floor
San Francisco, CA  94111

Joshua Eric Whitehair
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA  94111

NOTICE OF INTERESTED PARTIES