1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                          (SAN JOSE)

11 | BERENICE GONZALEZ AND JOSE URTIZ, | Case No.: C07 05698 JW
   | JORGE AGUIRRE, ELEAZAR BECERRA    |
12 | AND ROCIO BECERRA, J. GUADALUPE   | **WELLS FARGO BANK'S**
   | CONTRERAS AND TERESA CONTRERAS,   | **CERTIFICATION OF INTERESTED**
13 | all individually and on behalf of the general | **ENTITIES OR PERSONS**
   | public,
14 |
   |          Plaintiffs,
15 |
   |   vs.
16 |
   | VCH SALINAS I LLC dba VALLEY
17 | COMMUNITY HOMES and as MONTE
   | BELLA REALTY, NORM YOP INC.
18 | REALTORS dba MONTE BELLA REALTY,
   | MONICA FARANDA dba as MONTE
19 | BELLA REALTY, UNIVERSAL
   | MORTGAGE & SALES INC., IRA
20 | MORTGAGE & HOME SALES, INC.,
   | AMERICAN PACIFIC MORTGAGE CORP.
21 | dba as CREATIVE MORTGAGE, OLD
   | REPUBLIC TITLE CO., COUNTRYWIDE
22 | HOME LOANS INC. dba AMERICA'S
   | WHOLESALE LENDER, COUNTRYWIDE
23 | FINANCIAL CORP., NEW CENTURY
   | MORTGAGE CORP., HOMEQ SERVICING
24 | CORP., CAMERON FINANCIAL GROUP
   | INC., WELLS FARGO BANK, and DOES 1
25 | TO 100, inclusive,
   |
26 |          Defendants.

27

28

07725/0082/656220.1                    Wells Fargo's Certification of Interested Entities or Persons
                                                              Case No.:  C07 05698 JW

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed entities have a financial and non-financial interest in the subject matter in controversy or in a party to the proceeding:

Wells Fargo Bank, N.A. a subsidiary of Wells Fargo & Company.

DATED: January 24, 2008         SEVERSON & WERSON
                                A Professional Corporation


                                By:  _____/S/_____
                                        Michael J. Steiner

                                Attorneys for Defendant
                                WELLS FARGO BANK

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.