1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   jew@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN JOSE)

| | |
|---|---|
| 11  BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No.:  C07 05698 JW<br><br>**WELLS FARGO BANK'S CORPORATE DISCLOSURE STATEMENT** |

1  The undersigned certifies the following:

2  Wells Fargo Bank is a national association and wholly owned subsidiary of Wells Fargo

3  & Company, a publicly-held company whose shares are traded on the New York Stock Exchange

4  under the symbol "WFC."

5  DATED: January 24, 2008                      SEVERSON & WERSON
                                                A Professional Corporation

6

7
                                                By:        /S/
8                                                       Michael J. Steiner

9                                               Attorneys for Defendant
                                                WELLS FARGO BANK
10

11 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -