| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
| | mjs@severson.com |
| 2 | JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| | jew@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 6 | |
| | Attorneys for Defendant |
| 7 | WELLS FARGO BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>                    Defendants. | Case No.:  C07 05698 JW<br><br>CERTIFICATE OF SERVICE |

07725/0082/653863.1

CERTIFICATE OF SERVICE
Case No.:  C07 05698 JW

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

WELLS FARGO BANK'S CORPORATE DISCLOSURE STATEMENT

WELLS FARGO BANK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on all interested parties in said case addressed as follows:

Sergio H Parra, Esq.
Nina Michele Patane, Esq.
Patane and Gumberg
4 Rossi Circle
Suite 231
Salinas, CA 93907

**Attorneys for Plaintiffs**

✗ (**BY MAIL**) By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on January 24, 2008.

/s/ Marilyn Li
Marilyn C. Li

- 1 -

07725/0082/653863.1

CERTIFICATE OF SERVICE
Case No.: C07 05698 JW