| Sergio Parra, Esq. Patane & Gumberg<br>4 Rossi Cir, Suite 231   Salinas, CA 93907 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(831) 755-1461**   FAX NO. *(Optional):* **(831) 755-1477**<br>E-MAIL ADDRESS *(Optional):* | |

Case 5:07-cv-05698-JW   Document 32   Filed 02/04/2008   Page 1 of 10

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **SAN JOSE, CA 95113**<br>BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT** |

| PLAINTIFF *(name each):* **Beatrice Gonzalez, et al** | |
|---|---|
| DEFENDANT *(name each):* **VCH Salinas I LLC, et al** | CASE NUMBER:<br>**C07 05698 PVT** |

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint

| PARTY SERVED: | New Century Mortgage Corporation |
|---|---|
| PERSON SERVED: | Margaret Wilson - Authorized Agent |
| DATE & TIME OF DELIVERY: | November 16, 2007<br>02:30 pm |
| ADDRESS, CITY, AND STATE: | 818 West 7th St<br>Los Angeles, CA 90017<br>(BUSINESS) |

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: **110.00**
County: **Los Angeles**
Registration No.: **140**
**Sayler Legal Service, Inc.**
**455 Reservation Road, Suite E**
**Marina, CA 93933**
**(831) 384-4030**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2007.**

Signature: _____
Paul Nagle

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: **P107877/GProof3**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Sergio Parra, Esq.<br>Patane & Gumberg<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | |
| Telephone No: (831) 755-1461 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: BEATRICE GONZALEZ; ET AL
Defendant: VCH SALINAS I LLC, ET AL

| **PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0705698PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:        CAMERON FINANCIAL GROUP, INC.
   b. Person served:       CHUCK P. OGLE, AGENT FOR SERVICE

4. Address where the party was served:    770 MORRO BAY BLVD.
                                          Morro Bay, CA 93442

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 19, 2007 (2) at: 11:58AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVIS BEST                                  d. *The Fee for Service was:* $121.50
   b. **SAYLER LEGAL SERVICE (E-009)**            e. I am: (3) registered California process server
      455 RESERVATION RD., SUITE E                      (i)   Employee
      Marina, CA 93933                                  (ii)  Registration No.:    154
   c. 831.384.4030                                      (iii) County:              San Luis Obispo
                                                        (iv)  Expiration Date:     Mon, Dec. 29, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Nov. 19, 2007

Judicial Council Form                  PROOF OF SERVICE                        (DAVIS BEST)
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL CASE                                    say.10469

Sergio Parra, Esq
Patane & Gumberg
4 Rossi Cir, Suite 231   Salinas, CA 93907

TELEPHONE NO.: **(831) 755-1461**   FAX NO. (Optional): **(831) 755-1477**
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN JOSE, CA 95113**
BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

PLAINTIFF (name each): **Beatrice Gonzalez, et al**
DEFENDANT (name each): **VCH Salinas I LLC, et al**

CASE NUMBER: **C07 05698 PVT**

**PROOF OF SERVICE**

| HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND SERVED COPIES OF THE:

**Summons & Complaint**

ENTITY SERVED: Universal Mortgage & Sales, Inc

PERSON SERVED: Erik S Gonzales - Authorized Agent

PERSON LEFT WITH: Mina DOE - Personal Assistant

DATE & TIME OF DELIVERY: November 19, 2007
10:54 am

ADDRESS, CITY, AND STATE: 400 Salinas St
Salinas, CA 93901
(BUSINESS)

PHYSICAL DESCRIPTION:
Age: 20's    Weight: 130    Hair: Blonde
Sex: F       Height: 5'5"   Eyes: Brown
Skin: Hispanic    Marks:

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Mina DOE a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter caused copies to be mailed. A declaration of mailing is attached.

Fee for Service: **165.50**
County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 20, 2007.

Signature: RAYMOND PETERSON

**PROOF OF SERVICE**

2(a)(23)[New July 1, 1987]    Order#: P108021/GProof23

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Sergio Parra, Esq<br>Patane & Gumberg<br>4 Rossi Cir, Suite 231   Salinas, CA 93907<br>TELEPHONE NO.: **(831) 755-1461**   FAX NO.: **(831) 755-1477**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Plaintiff** | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **SAN JOSE, CA 95113**<br>BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT** | |
| PLAINTIFF/PETITIONER: **Beatrice Gonzalez, et al**<br>DEFENDANT/RESPONDENT: **VCH Salinas I LLC, et al** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**C07 05698 PVT** |

I received the within process on November 16, 2007 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **Universal Mortgage & Sales, Inc**

Documents: **Summons & Complaint**

As enumerated below:

**11/16/2007 -- 10:53 am**         44 E Romie Ln
                                   Salinas, CA 93901
Bad address - spoke to a man who said subject is not at this location

**11/16/2007 -- 11:12 am**         221 Main St #201
                                   Salinas, CA 93901
Bad address per male employee. Defendant moved to 400 Salinas St, Salinas

**11/16/2007 -- 11:18 am**         400 Salinas St
                                   Salinas, CA 93901
Per Mina, Erik Gonzales is out of town for 2 weeks. She also said the address on San Juan Grade Rd that we have is not a valid address

**11/16/2007 -- 02:00 pm**

Per client (Sergio) okay to sub serve documents

County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 20, 2007 at Marina, California.

Signature: *[signed]* RAYMOND PETERSON

**DECLARATION OF DILIGENCE**

Order#: P108021/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Sergio Parra, Esq<br>Patane & Gumberg<br>4 Rossi Cir, Suite 231   Salinas, CA 93907 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (831) 755-1461    FAX NO.: (831) 755-1477 | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **Beatrice Gonzalez, et al**

DEFENDANT/RESPONDENT: **VCH Salinas I LLC, et al**

| PROOF OF SERVICE BY MAIL | CASE NUMBER: C07 05698 PVT |
|---|---|

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action. My business address is 455 Reservation Road, Suite E, Marina, CA 93933.

On November 20, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Summons & Complaint**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Marina, CA, California, addressed as follows:

**Universal Mortgage & Sales, Inc
400 Salinas St
Salinas, CA 93901**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Marina, CA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **165.50**
County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 20, 2007**.

Signature: *[signature]* Karisma Sigala

**PROOF OF SERVICE BY MAIL**

Order#: P108021/GProof5

Sergio Parra, Esq.
Patane & Gumberg
4 Rossi Cir, Suite 231   Salinas, CA 93907

TELEPHONE NO.: (831) 755-1461   FAX NO. (Optional): (831) 755-1477
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Beatrice Gonzalez, et al
DEFENDANT (name each): VCH Salinas I LLC, et al

CASE NUMBER: C07 05698 PVT

**PROOF OF SERVICE**

HEARING DATE:   DAY:   TIME:   DEPT.:   Ref No. or File No.:

T THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED OPIES** OF THE:

Summons & Complaint

PARTY SERVED: IRA Mortgage & Home Sales, Inc

PERSON SERVED: Cesar Iracheta - Authorized Agent

DATE & TIME OF DELIVERY: November 16, 2007
11:02 am

DDRESS, CITY, AND STATE: 836 S Main St
Salinas, CA 93901
(BUSINESS)

PHYSICAL DESCRIPTION:
Age: 30's   Weight: 175   Hair: Brown
Sex: M      Height: 5'6"  Eyes: Brown
Skin: Hispanic   Marks:

ANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: 68.50
County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 20, 2007.

Signature: RAYMOND PETERSON

**PROOF OF SERVICE**

2(a)(23)[New July 1, 1987]   Order#: P108022/GProof3

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Sergio Parra<br>Patane & Gumberg<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907<br>Telephone No: (831) 755-1461 | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: Beatrice Gonzalez, et al. | | | | |
| Defendant: Wells Fargo Bank National Association, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0705698PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint Office Of The Clerk United States District Court Norther District Of California Court Guidelines; Norther District Of California San Jose Division Criminal And Civil Law And Motion Trial Settlement Case Management Dismissal Hearing Schedules; General Order Number 40 Prohibition Of Bias; U.S. District Court Of Northern California Ecf Registration Information Handout; General Order Number 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; General Order Number 53 Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons (Blank); Waiver Of Service Of Summons (Blank); Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Stipulation And Proposed Order Selecting Adr Process (Blank); Adr Certification By Parties And Counsel (Blank); Notice Of Need For Adr Phone Conference (Blank); In Re: Electronic Filing In Cases With Unrepresented Parties; Civil Case Cover Sheet; Order Setting Initial Cae Managment Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Contents Of Joint Case Managment Statement; Standing Order Regarding Case Management In Civil Cases; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank)

3. a. Party served: Wells Fargo Bank, National Association
   b. Person served: Becky DeGeorge, Person Authorized to Accept
4. Address where the party was served: CSC Lawyers
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA 95833
5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 16, 2007 (2) at: 12:34PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant
7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason
   b. Sayler Legal Service
      455 Reservation Road, Suite E
      Marina, CA  93933
   c. 831-384-4030
   d. *The Fee for Service was:* $72.50
   e. I am: (3) registered California process server
      (i) Employee
      (ii) *Registration No.:* 03-007
      (iii) *County:* Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Sat, Nov. 17, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(Robert J. Mason)

sa02.81185

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Sergio Parra<br>Patane & Gumberg<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907<br>*Telephone No:* (831) 755-1461 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Northern District Of California

*Plaintiff:* Beatrice Gonzalez, et al.
*Defendant:* VCH Salinas I LLC, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0705698PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint Office Of The Clerk United States District Court Norther District Of California Court Guidelines; Norther District Of California San Jose Division Criminal And Civil Law And Motion Trial Settlement Case Management Dismissal Hearing Schedules; General Order Number 40 Prohibition Of Bias; U.S. District Court Of Northern California Ecf Registration Information Handout; General Order Number 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; General Order Number 53 Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons (Blank); Waiver Of Service Of Summons (Blank); Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Stipulation And Proposed Order Selecting Adr Process (Blank); Adr Certification By Parties And Counsel (Blank); Notice Of Need For Adr Phone Conference (Blank); In Re: Electronic Filing In Cases With Unrepresented Parties; Civil Case Cover Sheet; Order Setting Initial Cae Managment Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Contents Of Joint Case Managment Statement; Standing Order Regarding Case Management In Civil Cases; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank)

3. a. *Party served:* American Pacific Mortgage Corporation, dba Creative Mortgage
   b. *Person served:* David Mack, Person Authorized to Accept Service

4. *Address where the party was served:* 3000 Lava Ridge Court, Suite #200
   Roseville, CA 95661

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 16, 2007 (2) at: 3:17PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: American Pacific Mortgage Corporation, dba Creative Mortgage
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason                                             d. **The Fee for Service was:** $124.00
   b. **Sayler Legal Service**                                    e. I am: (3) registered California process server
      455 Reservation Road, Suite E                                  (i) Employee
      Marina, CA 93933                                               (ii) *Registration No.:* 03-007
   c. 831-384-4030                                                   (iii) *County:* Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Sat, Nov. 17, 2007

Judicial Council Form POS-010           PROOF OF SERVICE           (Robert J. Mason)
Rule 982.9.(a)&(b) Rev January 1, 2007                                                    sa02.81186

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Sergio Parra<br>Patane & Gumberg<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | | | | |
| Telephone No: (831) 755-1461 | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Northern District Of California | | | | |
| Plaintiff: Beatrice Gonzalez, et al. | | | | |
| Defendant: VCH Salinas I LLC, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0705698 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Office Of The Clerk United States District Court Norther District Of California Court Guidelines; Norther District Of California San Jose Division Criminal And Civil Law And Motion Trial Settlement Case Management Dismissal Hearing Schedules; General Order Number 40 Prohibition Of Bias; U.S. District Court Of Northern California Ecf Registration Information Handout; General Order Number 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; General Order Number 53 Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons (Blank); Waiver Of Service Of Summons (Blank); Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Stipulation And Proposed Order Selecting Adr Process (Blank); Adr Certification By Parties And Counsel (Blank); Notice Of Need For Adr Phone Conference (Blank); In Re: Electronic Filing In Cases With Unrepresented Parties; Civil Case Cover Sheet; Order Setting Initial Cae Managment Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Contents Of Joint Case Managment Statement; Standing Order Regarding Case Management In Civil Cases; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank)

3. a. Party served: Countrywide Financial Corporation, dba America's Wholesale Lender
   b. Person served: Becky DeGeorge, Person Authorized to Accept Service

4. Address where the party was served: CSC Lawyers
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 16, 2007 (2) at: 12:34PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Countrywide Financial Corporation

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason
   b. **Sayler Legal Service**
      455 Reservation Road, Suite E
      Marina, CA 93933
   c. 831-384-4030
   d. **The Fee** for Service was: $110.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 03-007
      (iii) County: Placer

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Nov. 19, 2007

   (Robert J. Mason)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

sa02.81184

| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| Sergio Parra<br>Patane & Gumberg<br>4 Rossi Cir, Suite 231, Salinas, CA 93907 | (831) 755-1461 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>P107872 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Of Northern District Of California

Plaintiff: BEATRICE GONZALEZ, et al.
Defendant: VCH SALINAS I LLC, et al.

| PROOF OF SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07 05698PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons And Complaint; See Attached List.

3. a. Party Served:       OLD REPUBLIC TITLE COMPANY (Defendant)

   b. Person Served:      ALICE STRAYER, VICE PRESIDENT

4. Address where the party was served:    555 12TH ST
                                          #2150
                                          OAKLAND, CA 94607

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Nov. 16, 2007 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of: OLD REPUBLIC TITLE COMPANY
                    Under CCP 416.10 (corporation)

7. Person who served the papers:                          Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. DAMON PULIDO                       d. **The Fee** for service was:   $124.00
   b. **SAYLER LEGAL SERVICE**           e. I am: (3) Registered California process server.
      455 RESERVATION RD                       (i) Employee
      SUITE E                                  (ii) Registration No.: 672
      MARINA, CA 93933                         (iii) County: CONTRA COSTA
   c. (831) 384-4030

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Nov. 16, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007                PROOF OF SERVICE      (DAMON PULIDO)       SAYLER.114458