# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatrice Gonzalez, Jose Urtiz, Jorge Aguirre, Elaar Becerra, Rocio Becerra, J. Guadalupe Contreras and Teresa Contreras | **SUMMONS IN A CIVIL CASE** <br> CASE NUMBER: C07 05698 PVT |
| V. | |
| VCH Salinas I, LLC, Norm Yop, Realty, Monica Faranda, Universal Mort & Sales, Ira Mortgage & Home Sales, Amercian Pacific Mort. Corp, et al | |

TO: (Name and address of defendant)

HOMEQ SERVICNG CORPORATION
AGENT FOR SERVICE
CSC
2730 Gateway Oaks Drive, Ste.100
Sacramento, CA  95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SERGIO PARRA, ESQ.
NINA M. PATANE, ESQ.
PATANE GUMBERG, LLP
4 ROSSI CIRCLE, SUITE 231
SALINAS, CA 93907
(831) 755-1461

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                                                                            DATE_____


_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |
| *Check one box below to indicate appropriate method of service* |

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                   *Date*                                  *Signature of Server*

                                                                                    _____
                                                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure