UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gonzalez, et al.

          Plaintiff(s),

v.

VCH SALINAS I LLC, et al.

          Defendant(s).
_____/

Case No. C07 05698 PVT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb. 4, 2008

Universal Mortgage and Sales, Inc.

[Facsimile signature attached]
By:[Party] Eric Gonzales, CFO

Dated: Feb. 4, 2008

Horan, Lloyd Law Offices

_E.C. Gianola_
By:[Counsel] Elizabeth C. Gianola

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gonzalez, et al.

          Plaintiff(s),

  v.

VCH SALINAS I LLC, et al.

          Defendant(s).

Case No. C07 05698 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb. 4, 2008

Universal Mortgage and Sales, Inc.

By:[Party] Eric Gonzales, CFO

Horan, Lloyd Law Offices

Dated: Feb. 4, 2008

By:[Counsel] Elizabeth C. Gianola