1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California 93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage and Sales, Inc.

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 BERENICE GONZALEZ AND JOSE URTIZ, )   CASE NO. C07 05698 PVT
   JORGE AGUIRRE, ELEAZAR BECERRA AND )
   ROCIO BECERRA, J. GUADALUPE        )
11 CONTRERAS AND TERESA CONTRERAS, all )  **CERTIFICATE OF SERVICE**
   individually and on behalf of the general public, )
12                                    )
                 Plaintiffs,           )   DATE:   March 24, 2008
13                                    )   TIME:   9:00 a.m.
   v.                                  )   CTRM:   8
14                                    )
   VCH SALINAS I LLC dba VALLEY        )
15 COMMUNITY HOMES and MONTE BELLA    )
   REALTY, NORM YOP INC. REALTORS dba )
16 MONTE BELLA REALTY, MONICA FARANDA )
   dba MONTE BELLA REALTY, UNIVERSAL  )
17 MORTGAGE & SALES INC., IRA MORTGAGE )
   & HOME SALES, INC., AMERICAN PACIFIC )
18 MORTGAGE CORP. dba CREATIVE         )
   MORTGAGE, OLD REPUBLIC TITLE CO.,   )
19 COUNTRYWIDE HOME LOANS INC. dba     )
   AMERICA'S WHOLESALE LENDER,         )
20 COUNTRYWIDE FINANCIAL CORP., NEW    )
   CENTURY MORTGAGE CORP., HOMEQ       )
21 SERVICING CORP., CAMERON FINANCIAL  )
   GROUP INC., WELLS FARGO BANK, and DOES )
22 1 TO 100, inclusive,                )
                                        )
23               Defendants.            )
   _____/
24

25

26

27

28

# PROOF OF SERVICE

I am employed by HORAN, LLOYD LAW OFFICES in the County of Monterey, California. I am over the age of 18 and not a party to the within action. My business address is 499 Van Buren Street, Post Office Box 3350, Monterey, California, 93942-3350.

On this date I caused to be served the within **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the parties in this action, by placing copies of same in envelopes, addressed as follows and delivered in the manner indicated:

Nina M. Patane
Sergio H. Parra
Patane & Gumberg
4 Rossi Circle, Suite 231
Salinas, CA 93907-2358

__X__ (By Mail) I caused each envelope, with postage prepaid to be placed in the United States mail at Monterey, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

____ (By Courier) I delivered the envelopes to_____
who contracted to deliver the envelope to the addressee on the_____ same day _____ next day.

____ (By Hand) I delivered the envelope to addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Monterey, California on February 4, 2008.


           /s/    Sarah Welsh
           Sarah Welsh