Michael L. Smith  SBN: 160305
Madonna A. Herman SBN: 230743
MANNING & MARDER, KASS, ELLROD, RAMIREZ
One California St., Ste. #1100
San Francisco, CA  94111
Ph. (415) 217-6990  Fax. (415) 217-6999
Email:  mls@mmker.com/mah@mmker.com

## UNITED STATES DISTRICT COURT
### NORTHERN **DISTRICT OF CALIFORNIA**

Beatrice Gonzalez, et al.

|  |  |
|---|---|
| v. | **Plaintiff(s)** |

CASE NUMBER:

C07 05698 PVT

VCH Salinas I LLC, et al.

**SUBSTITUTION OF ATTORNEY**

**Defendant(s)**

American Pacific Mortgage Corp.
dba Creative Mortgage
_Name of Party_
[ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  Michael L. Smith, of Manning & Marder, Kass, et al.  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  One California St., Ste. 1100
_Street Address_

San Francisco, CA  94111   (415) 217-6990   (415) 217-6999   160305
_City, State, Zip Code_     _Telephone Number_     _Facsimile Number_     _State Bar Number_

as attorney of record in the place and stead of Chuck Nugent, General Counsel
_Present Attorney_
AMERICAN PACIFIC MORTGAGE CORP.

Dated: February 5, 2008 _____

_Signature of Party_

By:  Chuck Nugent, General Counsel

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 5, 2008 _____

_Signature of Present Attorney_

By:  Chuck Nugent, General Counsel

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8. MANNING & MARDER, et al.

Dated: February 5, 2008 _____

_Signature of New Attorney_

By:  Michead L. Smith, Esq.

Substitution of Attorney is hereby  [ ] Approved.  [ ] Denied.

Dated: _____

**United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:**  _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)

G01