UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Berenice Gonzalez et al.,

                Plaintiff(s),

v.

VCH Salinas I LLC, et al.,

                Defendant(s).
_____/

CASE NO. CV 07-05698-JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Mediation, JAMS

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 2/4/08

                                                              Attorney for Plaintiff

Dated: 2/4/08

                                                              [see Attached List]
                                                              Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

DEFENDANTS' SIGNATURE PAGE

| Dated | Attorneys for Defendants |
|---|---|
| 02/4/08 | /s<br>Elizabeth C. Gianola<br>**Universal Mortgage** |
| 02/4/08 | /s<br>Frank J. Riebli<br>**VCH Salinas I, LLC**<br>**Norman Yop Realtors**<br>**Monica Faranda** |
| 02/4/08 | /s<br>John Blackman<br>**IRA Mortgage** |
| 02/4/08 | /s<br>Joshua Whitehair.<br>**Wells Fargo Bank** |
| 02/4/08 | /s<br>Michael Smith<br>**American Pacific Mortgage Corp.** |
| 02/4/08 | /s<br>Sandy Shatz<br>**Countrywide Home Loans Inc.**<br>**Countrywide Financial Corp.** |
| 02/4/08 | /s<br>Carlos Alvarez<br>**Old Republic Title Co.** |

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
✓       90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____                          _____

                                              UNITED STATES MAGISTRATE JUDGE