UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Berenice Gonzalez, et al.,

          Plaintiff(s),

v.

VCH Salinas I LLC, et al.,

          Defendant(s).

Case No. CV 07-05698-JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) ~~Read~~ *Discussed* the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/4/08

Dated: 2/4/08

[SEE ATTACHED LIST].
[Party]

[signature]
[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR CERTIFICATION BY PARTIES AND COUNSEL

PLAINTIFFS' SIGNATURE PAGE

| Dated | Plaintiffs |
|---|---|
| 02/4/08 | *Berenice gonzalez* |
| | *Berenice gonzalez* on behalf of |
| | Berenice Gonzalez<br>Jose Urtiz |
| 02/4/08 | *J. Guadalupe Contreras* |
| | *J. Guadalupe Contreras* on behalf of |
| | J. Guadalupe Contreras<br>Teresa Contreras |
| 02/4/08 | *Rocio Becerra* |
| | *Rocio Becerra.* on behalf of |
| | Eleazar Becerra<br>Rocio Becerra |
| 02/4/08 | *[signature]* |
| | *Jorge Aguirre* on behalf of |
| | Jorge Aguirre |

CV 07-05698-JW
ADR CERTIFICATION BY PARTIES AND COUNSEL