1  Benjamin R. Ehrhart (State Bar No. 241483)
   STEYER LOWENTHAL BOODROOKAS
2   ALVAREZ & SMITH LLP
   One California Street, Third Floor
3  San Francisco, California 94111
   Telephone: (415) 421-3400
4  Facsimile: (415) 421-2234

5  Attorneys for Defendant Old Republic Title Company

6

                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                              (SAN JOSE)
9

10

11 | BERENICE GONZALEZ AND JOSE          )  CASE NO. C07 05698 JW
    URTIZ, JORGE AGUIRRE, ELEAZAR        )
12 | BECERRA AND ROCIO BECERRA, J.       )
    GUADALUPE CONTRERAS AND              )
13 | TERESA CONTRERAS, all individually  )
    and on behalf of the general public, )
14 |                                     )  **NOTICE OF SUBSTITUTION OF**
                 Plaintiffs,             )  **COUNSEL FOR E-FILING**
15 |                                     )  **NOTIFICATION**
             vs.                         )
16 |                                     )
    VCH SALINAS I LLC dba VALLEY         )
17 | COMMUNITY HOMES and as MONTE        )
    BELLA REALTY, NORM YOP INC.          )
18 | REALTORS dba MONTE BELLA            )
    REALTY, MONICA FARANDA dba           )
19 | MONTE BELLA REALTY, UNIVERSAL       )
    MORTGAGE & SALES INC., IRA           )
20 | MORTGAGE & HOME SALES, INC.,        )
    AMERICAN PACIFIC MORTGAGE            )
21 | CORP. dba CREATIVE MORTGAGE,        )
    OLD REPUBLIC TITLE CO.,              )
22 | COUNTRYWIDE HOME LOANS INC.         )
    dba AMERICA'S WHOLESALE              )
23 | LENDER, COUNTRYWIDE FINANCIAL       )
    CORP., NEW CENTURY MORTGAGE          )
24 | CORP., HOMEQ SERVICING CORP.,       )
    CAMERON FINANCIAL GROUP, INC.,       )
25 | WELLS FARGO BANK, and DOES 1 TO     )
    100, inclusive,                      )
26 |                                     )
                 Defendants.
27

28

NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT the following counsel from the law firm Steyer Lowenthal Boodrookas Alvarez & Smith LLP will be substituted in the above matter in place of Edward E. Smith:

Benjamin R. Ehrhart       behehrhart@steyerlaw.com

Dated: February 5, 2008        Respectfully submitted,

*/s/ Benjamin R. Ehrhart*
Benjamin R. Ehrhart
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorney for Defendant
Old Republic Title Company

Dated: February 5, 2008

*/s/ Edward E. Smith*
Edward E. Smith
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

NOTICE OF SUBSTITUTION OF COUNSEL