Carlos A. Alvarez (State Bar No. 143839)
Benjamin R. Ehrhart (State Bar No. 241483)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorney for Defendant Old Republic Title Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP, INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. C07 05698 JW<br><br><br>**NOTICE OF APPEARANCE OF CARLOS A. ALVAREZ ON BEHALF OF OLD REPUBLIC TITLE COMPANY** |

NOTICE OF APPEARANCE OF CARLOS A. ALVAREZ ON BEHALF OF OLD REPUBLIC TITLE COMPANY

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance on behalf of defendant Old Republic Title Company, while reserving all rights and defenses. including those relating to jurisdiction.

Dated: February 5, 2008

Carlos A. Alvarez
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, Ste. 300
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

Attorney for Defendant
Old Republic Title Company