```
Michael L. Smith  SBN: 160305
Madonna A. Herman SBN: 230743
MANNING & MARDER, KASS, ELLROD, RAMIREZ
One California St., Ste. #1100
San Francisco, CA  94111
Ph. (415) 217-6990  Fax. (415) 217-6999
Email:  mls@mmker.com/mah@mmker.com
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Beatrice Gonzalez, et al. | CASE NUMBER: |
| v. | C07 05698 JW (PVT) |
| Plaintiff(s) | |
| VCH Salinas I LLC, et al. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

American Pacific Mortgage Corp.
dba Creative Mortgage
*Name of Party*          [ ] Plaintiff  [X] Defendant  [ ] Other _____

hereby substitutes  Michael L. Smith, of Manning & Marder, Kass, et al.  who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   One California St., Ste. 1100
*Street Address*

San Francisco, CA  94111      (415) 217-6990   (415) 217-6999    160305
*City, State, Zip Code*       *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Chuck Nugent, General Counsel
*Present Attorney*

AMERICAN PACIFIC MORTGAGE CORP.

Dated: February 5, 2008

_____
*Signature of Party*
By: Chuck Nugent, General Counsel

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 5, 2008

_____
*Signature of Present Attorney*
By: Chuck Nugent, General Counsel

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8. MANNING & MARDER, et al.

Dated: February 5, 2008

_____
*Signature of New Attorney*
By: Micheal L. Smith, Esq.

---

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: February 7, 2008

_____
United States District Judge, James Ware

---

NOTICE TO COUNSEL:  If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address.  This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

## SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                 G01