UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE GONZALEZ, ET AL., | No. C 07-05698 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE |
| VCH SALINAS I LLC, ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for February 25, 2008 at 10:00 AM before Judge James Ware has been VACATED. The Court will set a further case management conference date, if necessary, in its Order following the various Motions to Dismiss set for March 24, 2008 at 9:00 AM.

Dated:  February 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy