1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                            (SAN JOSE)
11

12  BERENICE GONZALEZ AND JOSE URTIZ,        Case No.: C07 05698 JW
    JORGE AGUIRRE, ELEAZAR BECERRA
    AND ROCIO BECERRA, J. GUADALUPE         **ADR CERTIFICATION BY PARTIES**
13  CONTRERAS AND TERESA CONTRERAS,         **AND COUNSEL**
    all individually and on behalf of the general
14  public,                                 Hearing Date:
                                            Time:
15           Plaintiffs,                    Dept.:         Courtroom 8, 4th Floor
                                            Judge:         Hon. James Ware
16      vs.                                 Complaint Date:
                                            Trial Date:    Not Set
17  VCH SALINAS I LLC dba VALLEY
    COMMUNITY HOMES and as MONTE
18  BELLA REALTY, NORM YOP INC.
    REALTORS dba MONTE BELLA REALTY,
19  MONICA FARANDA dba as MONTE
    BELLA REALTY, UNIVERSAL
20  MORTGAGE & SALES INC., IRA
    MORTGAGE & HOME SALES, INC.,
21  AMERICAN PACIFIC MORTGAGE CORP.
    dba as CREATIVE MORTGAGE, OLD
22  REPUBLIC TITLE CO., COUNTRYWIDE
    HOME LOANS INC. dba AMERICA'S
23  WHOLESALE LENDER, COUNTRYWIDE
    FINANCIAL CORP., NEW CENTURY
24  MORTGAGE CORP., HOMEQ SERVICING
    CORP., CAMERON FINANCIAL GROUP
25  INC., WELLS FARGO BANK, and DOES 1
    TO 100, inclusive,
26
             Defendants.
27

28

07725/0082/657660.1                          ADR Certification By Parties and Counsel
                                                         Case No.: C07 05698 JW

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2  he or she has:
3      1.    Read the handbook entitled *"Dispute Resolution Procedures in the Northern*
4  *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited*
5  *printed copies are available from the clerk's office for parties in cases not subject to the court's*
6  *Electronic Case Filing program (ECF) under General Order 45*);
7      2.    Discussed the available dispute resolution options provided by the Court and
8  private entities; and
9      3.    Considered whether this case might benefit from any of the available dispute
10 resolution options.

DATED: February 2, 2008        By: /S/
                                         Denise Peters Brennan
                                         Wells Fargo Bank, N.A.

DATED: February 8, 2008        By: /S/
                                         Michael J. Steiner
                                         Counsel for Defendant Wells Fargo Bank, N.A.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.