1  Sanford Shatz        State Bar No. 127229
   Sandy_Shatz@Countrywide.com
2  5220 Las Virgenes Road, MS:  AC-11
   Calabasas, California 91302
3  Telephone:  (818) 871-6062
   Fax:  (818) 871-4669
4
5
   Attorneys for Defendants Countrywide Home Loans, Inc. and
6  Countrywide Financial Corporation

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BEATRICE GONZALEZ AND JOSE URTIZ, )  Case No.:  C07 05698 JW
   JORGE AGUIRRE, ELEAZAR BECERRA   )
12 AND ROCIO BECERRA, J. GUADALUPE  )  Hon. James Ware
   CONTRERAS AND TERESA CONTRERAS,  )  Courtroom 8, 4ᵗʰ Floor
13 all individually and on behalf of the general )
14 public,                           )  File Date:  November 8, 2007
                                     )  Trial Date:  Not Assigned
15           Plaintiff,              )
                                     )
16                                   )  ADR CERTIFICATION BY PARTIES AND
      vs.                            )  COUNSEL
17                                   )
18 VCH SALINAS I LLC dba VALLEY      )
   COMMUNITY HOMES and as MONTE      )
19 BELLA REALTY, NORM YOP INC.       )
   REALTORS dba MONTE BELLA REALTY,  )
20 MONICA FARANDA dba as MONTE       )
   BELLA REALTY, UNIVERSAL           )
21 MORTGAGE & SALES INC., IRA        )
22 MORTGAGE & HOME SALES, INC.,      )
   AMERICAN PACIFIC MORTGAGE CORP.   )
23 dba as CREATIVE MORTGAGE, OLD     )
24 REPUBLIC TITLE CO., COUNTRYWIDE   )
   FINANCIAL CORP. dba AMERICA'S     )
25 WHOLESALE LENDER, NEW CENTURY     )
   MORTGAGE CORP., CAMERON           )
26 FINANCIAL GROUP INC., WELLS FARGO )
27 BANK, and DOES 1 TO 100, inclusive, )
                                     )
28           Defendants.             )

s:\ss\lc\Gonzalez-Urtiz\ADR-Cert                – 1 –

ADR CERTIFICATION BY PARTIES AND COUNSEL

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

2  that he or she has:

3        1.    Read the handbook entitled "Dispute Resolution Procedures In the Northern

4  District of California" on the Court's Internet site www.adr.cand.uscourts.gov (limited printed

5  copies are available from the clerk's office for parties in case to subject to the court's Electronic

6  Case Filing program (ECF) under General Order 45);

7        2.    Discussed the available dispute resolution options provided by the Court and

8  private entities; and

9        3.    Considered whether this case might benefit from any of the available dispute

10  resolution options.

11

12  DATED:  February 11 , 2008          By: _____
                                              JACQUI WHITNEY

13                                            Countrywide Home Loans, Inc. and
                                              Countrywide Financial Corporation
14

15

16

17  DATED:  February 11 , 2008          By: _____
                                              SANFORD SHATZ
18                                            Attorneys for Defendant
                                              Countrywide Home Loans, Inc. and
19                                            Countrywide Financial Corporation

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE
(C.C.P. section 1013a(3))

STATE OF CALIFORNIA          )
                             )   SS.
COUNTY OF LOS ANGELES        )

      I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

      On February 11, 2008, I served ADR CERTIFICATION BY PARTIES AND COUNSEL on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

See attached Mailing List

[X]    (BY MAIL) On February 11, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY OVERNIGHT DELIVERY) On February ___, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY HAND DELIVERY)

[ ]    (BY FACSIMILE) On February ___, 2008, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

      I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on February 11, 2008, at Calabasas, California.

_____
              Desiree Rais

s:\ss\lc\Gonzalez-Urtiz\ADR-Cert          – 3 –

ADR CERTIFICATION BY PARTIES AND COUNSEL

1

<u>MAILING LIST</u>

2
3
4
5

Sergio H. Parra
Nina Michele Patane
Patane Gumberg, LLP
4 Rossi Circle, Suite 231
Salinas, CA  93907

6
7
8

Frank J. Riebli
Mark Dean Peterson
Farella Braun & Martel
235 Montgomery Street
Russ Building
San Francisco, CA  94104

9
10
11

Elizabeth Catherine Gianola
Horan Lloyd Law Offices
499 Van Buren Street
Monterey, CA  93940

12
13
14

Roger Dean Wintle
The Heritage Law Group
99 Almaden Blvd. Suite 710
San Jose, CA  95113

15
16
17

Charles William Nugent
American Pacific Mortgage
3000 Lava Ridge Court, Suite 200
Roseville, CA  95661

18
19
20

Edward Egan Smith
Steyer Lowenthal Boodrookas Alvarez
One California Street, Third Floor
San Francisco, CA  94111

21
22
23

Joshua Eric Whitehair
Michael Jan Steiner
Severson & Werson
One Embarcadero Center, 26th Floor
San Francisco, CA  94111

24
25
26
27
28

ADR CERTIFICATION BY PARTIES AND COUNSEL