1  JOHN S. BLACKMAN (SB#114654)
   DEIRDRE O'REILLY MARBLESTONE (SB#08808)
2  MARGARET A. BURTON (SB#193386)
   FARBSTEIN & BLACKMAN
3  A Professional Corporation
   411 Borel Avenue, Suite 425
4  San Mateo, California 94402-3518

5  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
6
   Attorneys for Defendant
7  IRA MORTGAGE & HOME SALES, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| BERNICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP, INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES, INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP, INC., WELLS FARGO BANK, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. C07-05698 JW<br><br>DEFENDANT IRA MORTGAGE & HOME SALE'S JOINDER IN DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR STAY PENDING OUTCOME OF JUDICIAL REFERENCE PROCEEDING BETWEEN PLAINTIFFS AND DEFENDANT VCH SALINAS I LLC<br><br><br>Date: March 24, 2008<br>Time: 09:00 a.m.<br>Location: Courtroom 8, 4th Fl., San Jose<br><br>Complaint Filed: November 21, 2007<br>Trial Date: None Set |

1

DEFT IRA MORTGAGE'S JOINDER IN
ORTC'S MOTION FOR STAY PENDING
JUDICIAL REFERENCE PROCEEDING

Defendant IRA Mortgage & Home Sales, Inc. (hereinafter "Defendant") hereby joins in Defendant Old Republic Title Company's Motion for Stay Pending Outcome of the Judicial Reference Proceeding Between Plaintiffs and Defendant VCH Salinas I LLC (hereinafter "VCH"), and requests that the Court stay this action pending the outcome of the judicial reference proceeding between Plaintiffs and VCH pursuant to the parties' written agreement. Plaintiffs' claims against VCH in numerous causes of action are based on the same set of facts as those alleged against Defendant, the claims depend on proof of the same underlying facts, and Plaintiffs' theories of recovery are derivative of their claims against VCH. Defendant has filed an Answer to Plaintiffs' First Amended Complaint (hereinafter "Complaint") concurrently herewith. If the Motion for Stay is granted and/or the outcome of the Motion results in an Amendment of the Complaint, Defendant, by filing said Answer, is not waiving and reserves its right to amend said Answer.

February 14, 2008                                     FARBSTEIN & BLACKMAN, APC

                                                      _____
                                                      JOHN S. BLACKMAN
                                                      Attorneys for Defendant IRA Mortgage
                                                      and Home Sales, Inc.

PROOF OF SERVICE
Gonzalez v. VCH Salinas I LLC, et al.
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On February 14, 2008, I served the following document(s):

**DEFENDANT IRA MORTGAGE & HOME SALE'S JOINDER IN DEFENDANT OLD REPUBLIC TITLE COMPANY'S MOTION FOR STAY PENDING OUTCOME OF JUDICIAL REFERENCE PROCEEDING BETWEEN PLAINTIFFS AND DEFENDANT VCH SALINAS I LLC**

on the following person(s) by the method(s) indicated below:

**SEE ATTACHED SERVICE LIST**

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[xx]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[xx]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

    I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on February 14, 2008.

                                                                    */s/ Suzanne Farbstein*
                                                                     SUZANNE T. FARBSTEIN

<u>SERVICE LIST</u>
<u>Gonzalez v. VCH Salinas I LLC, et al.</u>
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

| | |
|---|---|
| James K. Gumberg, Esq.<br>Nina M. Patane, Esq.<br>Sergio H. Parra, Esq.<br>Patane Gumberg LLP<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | Attorneys for Plaintiffs<br>Tel: (831) 755-1461<br>Fax: 1-831-755-1477<br>email: jgumberg@pglawfirm.com |
| Frank J. Riebli, Esq.<br>Mark Dean Petersen, Esq.<br>Farella Braun & Martel<br>235 Montgomery Street, Suite 3000<br>San Francisco, CA 94104 | Attorneys for defendants VCH Salinas I LLC, Norm Yop, Inc. Realtors, Monica Faranda dba Monte Bella Realty<br>Riebli Tel: (415) 954-4946<br>Petersen Tel: (415) 954-4406<br>Fax: 1-415-954-4480<br>email: friebli@fbm.com<br>email: mpetersen@fbm.com |
| Elizabeth C. Gianola, Esq.<br>Horan Lloyd Law Offices<br>499 Van Buren Street<br>Monterey, CA 93940 | Attorneys for defendant Universal Mortgage & Sales Inc.<br>Tel: (831) 373-4131<br>email: gianola@horanlegal.com |
| Michael L. Smith, Esq.<br>Madonna A. Herman, Esq.<br>Manning & Marder, Kass Ellrod, Ramirez<br>One California Street, Suite 1100<br>San Francisco, CA 94111 | Attorneys for American Pacific Mortgage dba Creative Mortgage<br>Tel: (415) 217-6990<br>Fax: 1-415-217-6999<br>email: mls@mmker.com<br>and mak@mmker.com |
| Carlos A. Alvarez, Esq.<br>Benjamin R. Ehrhart, Esq.<br>Steyer Lowenthal Boodrookas Alvarez<br>One California Street, Third Floor<br>San Francisco, CA 94111 | Attorneys for defendant Old Republic Title Company<br>Tel: (415) 421-3400<br>Fax: 1-415-421-2234<br>email: calvarez@steyerlaw.com<br>and behrhart@steyerlaw.com |
| Sanford P. Shatz, Esq.<br>Countrywide Home Loans, Inc.<br>5220 Las Virgenes Road<br>MS AC-11<br>Calabasas, CA 91302 | Attorneys for defendant Countrywide Financial Corporation dba American Wholesale Lender<br>Tel: (818) 871-6062<br>Fax: 1-818-871-4669<br>email: sandy_shatz@countrywide.com |

4

DEFT IRA MORTGAGE'S JOINDER IN
ORTC'S MOTION FOR STAY PENDING
JUDICIAL REFERENCE PROCEEDING

| Joshua E. Whitehair, Esq.<br>Michael Jan Steiner, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Attorneys for defendant Wells Fargo Bank<br>Tel: (415) 398-3344 (Steiner)<br>Tel: (415) 677-5631 (Whitehair)<br>Fax: 1-415-956-0439<br>email: jew@severson.com<br>email: mjs@severson.com |
|---|---|

5

DEFT IRA MORTGAGE'S JOINDER IN
ORTC'S MOTION FOR STAY PENDING
JUDICIAL REFERENCE PROCEEDING