1  JOHN S. BLACKMAN (SB#114654)
   DEIRDRE O'REILLY MARBLESTONE (SB#08808)
2  MARGARET A. BURTON (SB#193386)
   FARBSTEIN & BLACKMAN
3  A Professional Corporation
   411 Borel Avenue, Suite 425
4  San Mateo, California 94402-3518

5  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
6
   Attorneys for Defendant
7  IRA MORTGAGE & HOME SALES, INC.

8

9                UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

11 BERNICE GONZALEZ AND JOSE            ) CASE NO. C07 05698 JW
   URTIZ, JORGE AGUIRRE, ELEAZAR        )
12 BECERRA AND ROCIO BECERRA, J.        )
   GUADALUPE CONTRERAS AND              )
13 TERESA CONTRERAS, all individually   )
   and on behalf of the general public, ) DEFENDANT IRA MORTGAGE &
14                                      ) HOME SALES, INC.'S CORPORATE
              Plaintiffs,               ) DISCLOSURE STATEMENT
15                                      ) [F.R.C.P. 7.1]
   vs.                                  )
16                                      )
   VCH SALINAS I LLC dba VALLEY         )
17 COMMUNITY HOMES and as MONTE         )
   BELLA REALTY, NORM YOP, INC.         )
18 REALTORS dba MONTE BELLA             )
   REALTY, MONICA FARANDA dba as        )
19 MONTE BELLA REALTY,                  )
   UNIVERSAL MORTGAGE & SALES,          )
20 INC., IRA MORTGAGE & HOME            )
   SALES, INC., AMERICAN PACIFIC        )
21 MORTGAGE CORP. dba as CREATIVE       )
   MORTGAGE, OLD REPUBLIC TITLE         )
22 CO., COUNTRYWIDE HOME LOANS,         )
   INC. dba AMERICA'S WHOLESALE         )
23 LENDER, COUNTRYWIDE                  )
   FINANCIAL CORP., NEW CENTURY         )
24 MORTGAGE CORP., HOMEQ                )
   SERVICING CORP., CAMERON             )
25 FINANCIAL GROUP, INC., WELLS         )
   FARGO BANK, and DOES 1 to 100,       )
26 inclusive,                           ) Complaint Filed: November 21, 2007
                                        ) Trial Date: None Set
27            Defendants.               )
                                        )
28 _____

                          1
                              _____
                              DEFT IRA MORTGAGE & HOME SALES, INC.'S
                              CORPORATE DISCLOSURE STATEMENT
                              [F.R.C.P. 7.1]

The undersigned certifies the following:

IRA Mortgage & Home Sales, Inc. has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

February 14, 2008

FARBSTEIN & BLACKMAN, APC

*[signature]*

DEIRDRE O'REILLY MARBLESTONE
Attorneys for Defendant IRA Mortgage and Home Sales, Inc.

2

DEFT IRA MORTGAGE & HOME SALES, INC.'S
CORPORATE DISCLOSURE STATEMENT
[F.R.C.P. 7.1]

**PROOF OF SERVICE**
<u>Gonzalez v. VCH Salinas I LLC, et al.</u>
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On February 14, 2008, I served the following document(s):

**DEFENDANT IRA MORTGAGE & HOME SALES, INC.'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1]**

on the following person(s) by the method(s) indicated below:

<u>**SEE ATTACHED SERVICE LIST**</u>

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[ ]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on February 14, 2008.

*/s/ Suzanne Farbstein*
SUZANNE T. FARBSTEIN

3

DEFT IRA MORTGAGE & HOME SALES, INC.'S
CORPORATE DISCLOSURE STATEMENT
[F.R.C.P. 7.1]

# SERVICE LIST
## Gonzalez v. VCH Salinas I LLC, et al.
### United States District Court, Northern District of California, San Jose
### Case No. C07-05698 JW

| | |
|---|---|
| James K. Gumberg, Esq.<br>Nina M. Patane, Esq.<br>Sergio H. Parra, Esq.<br>Patane Gumberg LLP<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | Attorneys for Plaintiffs<br>Tel: (831) 755-1461<br>Fax: 1-831-755-1477<br>email: jgumberg@pglawfirm.com |
| Frank J. Riebli, Esq.<br>Mark Dean Petersen, Esq.<br>Farella Braun & Martel<br>235 Montgomery Street, Suite 3000<br>San Francisco, CA 94104 | Attorneys for defendants VCH Salinas I LLC, Norm Yop, Inc. Realtors, Monica Faranda dba Monte Bella Realty<br>Riebli Tel: (415) 954-4946<br>Petersen Tel: (415) 954-4406<br>Fax: 1-415-954-4480<br>email: friebli@fbm.com<br>email: mpetersen@fbm.com |
| Elizabeth C. Gianola, Esq.<br>Horan Lloyd Law Offices<br>499 Van Buren Street<br>Monterey, CA 93940 | Attorneys for defendant Universal Mortgage & Sales Inc.<br>Tel: (831) 373-4131<br>email: gianola@horanlegal.com |
| Michael L. Smith, Esq.<br>Madonna A. Herman, Esq.<br>Manning & Marder, Kass Ellrod, Ramirez<br>One California Street, Suite 1100<br>San Francisco, CA 94111 | Attorneys for American Pacific Mortgage dba Creative Mortgage<br>Tel: (415) 217-6990<br>Fax: 1-415-217-6999<br>email: mls@mmker.com<br>and mak@mmker.com |
| Carlos A. Alvarez, Esq.<br>Benjamin R. Ehrhart, Esq.<br>Steyer Lowenthal Boodrookas Alvarez<br>One California Street, Third Floor<br>San Francisco, CA 94111 | Attorneys for defendant Old Republic Title Company<br>Tel: (415) 421-3400<br>Fax: 1-415-421-2234<br>email: calvarez@steyerlaw.com<br>and behrhart@steyerlaw.com |
| Sanford P. Shatz, Esq.<br>Countrywide Home Loans, Inc.<br>5220 Las Virgenes Road<br>MS AC-11<br>Calabasas, CA 91302 | Attorneys for defendant Countrywide Financial Corporation dba American Wholesale Lender<br>Tel: (818) 871-6062<br>Fax: 1-818-871-4669<br>email: sandy_shatz@countrywide.com |

| | |
|---|---|
| Joshua E. Whitehair, Esq.<br>Michael Jan Steiner, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Attorneys for defendant Wells Fargo Bank<br>Tel: (415) 398-3344 (Steiner)<br>Tel: (415) 677-5631 (Whitehair)<br>Fax: 1-415-956-0439<br>email: jew@severson.com<br>email: mjs@severson.com |

5

DEFT IRA MORTGAGE & HOME SALES, INC.'S
CORPORATE DISCLOSURE STATEMENT
[F.R.C.P. 7.1]