1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California 93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage and Sales, Inc.

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. C07 05698 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>DATE:   March 24, 2008<br>TIME:   9:00 a.m.<br>CTRM:   8 |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed person has a financial and/or non-financial interest in the subject matter in controversy or in a party to the
2  proceeding:

3  Erik Gonzalez, sole shareholder and President of Defendant Universal Mortgage and Sales, Inc.
4

5  Dated: February 20, 2008                    HORAN LLOYD LAW OFFICES

6

7                                              By:      /S/
                                                   Elizabeth C. Gianola
8                                                  Attorneys for Defendant Universal
                                                   Mortgage and Sales, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28