AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**GRANTED**
Judge James Ware

NORTHERN District of CALIFORNIA

BERNICE GONZALEZ AND JOSE URTIZ, ET AL.
          Plaintiff (s),

V.

VCH SALINAS I LLC, ET AL.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07 05698 JW

Notice is hereby given that, subject to approval by the court, __Deft IRA Mortgage & Home Sales Inc.__ substitutes
                                                                                                          (Party (s) Name)

JOHN S. BLACKMAN, State Bar No. 114654 as counsel of record in
(Name of New Attorney)

place of ROGER DEAN WINTLE (SBN 142484)
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: FARBSTEIN & BLACKMAN, APC
Address: 411 BOREL AVENUE, SUITE 425, SAN MATEO, CA 94402
Telephone: (650) 554-6200     Facsimile (650) 554-6240
E-Mail (Optional): jsb@farbstein.com

I consent to the above substitution.
Date: _____
                                                   (Signature of Party (s))

I consent to being substituted.
Date: 2/14/08
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/14/08
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 22, 2008
                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA, SAN JOSE |

BERNICE GONZALEZ AND JOSE URTIZ, ET AL.
            Plaintiff (s),

V.

VCH SALINAS I LLC, ET AL.
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C07 05698 JW

Notice is hereby given that, subject to approval by the court, __Deft IRA Mortgage & Home Sales Inc.__ substitutes
                                                                              (Party (s) Name)

__JOHN S. BLACKMAN__, State Bar No. __114654__ as counsel of record in
(Name of New Attorney)

place of __ROGER DEAN WINTLE__
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: FARBSTEIN & BLACKMAN, APC
   Address: 411 BOREL AVENUE, SUITE 425, SAN MATEO, CA. 94402
   Telephone: (650) 554-6200       Facsimile (650) 554-6240
   E-Mail (Optional): jsb@farbstein.com

I consent to the above substitution.
Date: 2/6/08
                                                                         (Signature of Party (s))

I consent to being substituted.
Date:
                                                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE
<u>Gonzalez v. VCH Salinas I LLC, et al.</u>
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On February 14, 2008, I served the following document(s):

**SUBSTITUTION OF ATTORNEY FOR DEFENDANT IRA MORTGAGE**

on the following person(s) by the method(s) indicated below:

**SEE ATTACHED SERVICE LIST**

[ ]   by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[ ]   by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[X]   by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on February 14, 2008.

*/s/ Suzanne T. Farbstein*
SUZANNE T. FARBSTEIN

SERVICE LIST
Gonzalez v. VCH Salinas I LLC, et al.
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

| | |
|---|---|
| James K. Gumberg, Esq.<br>Nina M. Patane, Esq.<br>Sergio H. Parra, Esq.<br>Patane Gumberg LLP<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | Attorneys for Plaintiffs<br>Tel: (831) 755-1461<br>Fax: 1-831-755-1477<br>email: jgumberg@pglawfirm.com |
| Frank J. Riebli, Esq.<br>Mark Dean Petersen, Esq.<br>Farella Braun & Martel<br>235 Montgomery Street, Suite 3000<br>San Francisco, CA 94104 | Attorneys for defendants VCH Salinas I LLC, Norm Yop, Inc. Realtors, Monica Faranda dba Monte Bella Realty<br>Riebli Tel: (415) 954-4946<br>Petersen Tel: (415) 954-4406<br>Fax: 1-415-954-4480<br>email: friebli@fbm.com<br>email: mpetersen@fbm.com |
| Elizabeth C. Gianola, Esq.<br>Horan Lloyd Law Offices<br>499 Van Buren Street<br>Monterey, CA 93940 | Attorneys for defendant Universal Mortgage & Sales Inc.<br>Tel: (831) 373-4131<br>email: gianola@horanlegal.com |
| Roger Dean Wintle, Esq.<br>The Heritage Law Group<br>99 Almaden Boulevard, Suite 710<br>San Jose, CA 95113 | Former Attorneys for IRA Mortgage & Home Sales, Inc.<br>Tel: (408) 993-0146<br>Fax: 1-408-993-2101<br>email: rdw@hlgusa.com |
| Charles W. Nugent, Esq.<br>American Pacific Mortgage<br>3000 Lava Ridge Court, Suite 200<br>Roseville, CA 95661 | Attorneys for American Pacific Mortgage dba Creative Mortgage<br>Tel: (916) 303-3335<br>Fax: 1-916-780-0270<br>email: cnugent@apmortgage.com |

| | |
|---|---|
| Edward E. Smith, Esq.<br>Steyer Lowenthal Boodrookas Alvarez<br>One California Street, Third Floor<br>San Francisco, CA 94111 | Attorneys for defendant Old Republic Title Company<br>Tel: (415) 421-3400<br>Fax: 1-415-421-2234<br>email: esmith@steyerlaw.com |
| Sanford P. Shatz, Esq.<br>Countrywide Home Loans, Inc.<br>5220 Las Virgenes Road<br>MS AC-11<br>Calabasas, CA 91302 | Attorneys for defendant Countrywide Financial Corporation dba American Wholesale Lender<br>Tel: (818) 871-6062<br>Fax: 1-818-871-4669<br>email: sandy_shatz@countrywide.com |
| Joshua E. Whitehair, Esq.<br>Michael Jan Steiner, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Attorneys for defendant Wells Fargo Bank<br>Tel: (415) 398-3344 (Steiner)<br>Tel: (415) 677-5631 (Whitehair)<br>Fax: 1-415-956-0439<br>email: jew@severson.com<br>email: mjs@severson.com |