Nicolas Daluiso, CA Bar #163553
Robinson Tait, P.S.
616 First Ave., Suite 550
Seattle WA  98104
(206) 676-9640

Attorney for Defendants HomEq Servicing Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALES, et al., | NO.   C07 05698 PVT |
| Plaintiffs, | DEFENDANT HOMEQ SERVICING CORP.'S ANSWER TO PLAINTIFFS FIRST AMENDED  COMPLAINT |
| v. | |
| VCH SALINAS I LLC, et al., | |
| Defendants | |

COMES NOW Defendant HomEq Servicing Corp, ("HomEq") by and through their attorneys of record, Robinson Tait, P.S., and submit the following Answer and Affirmative Defenses to Plaintiffs' Complaint:

**ANSWER**

**Paragraphs 1 through 7.**   These Paragraphs do not appear to require an answer by Defendant HomEq they merely recite excerpts from literature.

**Paragraph 8.**  Denied.

**Paragraphs 9 through 12.**   Admit

**Paragraphs 13 through 24.**   Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and therefore they are denied on that basis.

**Paragraph 25**.   HomEq admits the allegations contained in this Paragraph only to the extent that HomEq's business activities include servicing of loans.  HomEq denies the remaining allegations.

**Paragraphs 26 through 30.**   Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and therefore they are denied on that basis.

**Paragraph 31.**   Denied.

**Paragraphs 32 through 56.**   Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and therefore they are denied on that basis.

**Paragraphs 57 through 6.**   Based on the face of the loan documents, HomEq denies these allegations.

**Paragraphs 62 through 80.**   Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and these allegations are not directed to HomEq and therefore they are denied on that basis.

**Paragraph 81.**   This Paragraph does not appear to warrant any response.

**Paragraphs 82 through 83.**   Admit

**Paragraphs 84 through 88.**   Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and, therefore, HomEq denies these allegations.

**Paragraph 89.**   Denied.

**Paragraphs 90 through 92.**  Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and, therefore, HomEq denies these allegations.

**Paragraph 93.**   This Paragraph does not appear to warrant any response.

**Paragraph 94.**   Admit.

**Paragraph 95.**   Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and, therefore, HomEq denies these allegations.

**Paragraph 96.**   Defendant HomEq denies the allegations that HomEq is liable to the extent that they acquired, conspired and/or service Aguirre's loans with terms and disclosures that they had notice were illegal and/or unfair.  Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding the remaining allegations and, therefore, HomEq denies these allegations.

**Paragraph 97.**   Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and, therefore, HomEq denies these allegations.

**Paragraphs 98 through 99.**   Denied.

**Paragraph 100.**   This Paragraph does not appear to warrant any response.

**Paragraph 101.**   HomEq admits the allegation that Cal. Civ. Code §1632 requires businesses that negotiate primarily in Spanish with another party deliver documents translated in that language to that party.  Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding the remaining allegations and, therefore, HomEq denies these allegations.

**Paragraphs 102 through 103.** Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and, therefore, HomEq denies these allegations.

**Paragraph 104.** Denied.

**Paragraph 105.** This Paragraph does not appear to warrant any response.

**Paragraph 106.** Admit.

**Paragraphs 106 through 112.** Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and these allegations are not directed to HomEq and therefore they are denied on that basis.

**Paragraph 113.** This Paragraph does not appear to warrant any response.

**Paragraph 114.** HomEq admits the allegation that The California Unfair Business Practices Law at Cal. Bus. And Prof. Code §17200 et seq. also prohibits unlawful, unfair and fraudulent business practices along with any unfair, deceptive, untrue or misleading advertising. HomEq denies the remaining allegations.

**Paragraph 115.** This Paragraph does not appear to warrant any response.

**Paragraph 116.** Denied.

**Paragraph 117 through 120.** Based on the face of the loan documents Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and, therefore, HomEq denies these allegations.

**Paragraph 121.** Denied.

**Paragraph 122.** This Paragraph does not appear to warrant any response.

**Paragraphs 123 through 124.** Denied.

**Paragraph 125.** This Paragraph does not appear to warrant any response.

4

Defendant HomEq Servicing Corp.'s Answer to Plaintiffs' Complaint

**Paragraph 126 through 156.** Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and these allegations are not directed to HomEq and therefore they are denied on that basis.

**Paragraph 157.** This Paragraph does not appear to warrant any response.

**Paragraph 158.** HomEq admits the allegation that Each defendant owed each respective plaintiff the duty to act as a reasonably prudent person or entity in the same profession or industry. HomEq denies the remaining allegations. Defendant HomEq does not possess sufficient knowledge at this time regarding the remaining allegations and these allegations are not directed to HomEq and therefore they are denied on that basis.

**Paragraph 159.** Denied.

**Paragraph 160.** Defendant HomEq does not possess sufficient knowledge at this time regarding these allegations and these allegations are not directed to HomEq and therefore they are denied on that basis.

**Paragraph 161.** Denied.

**Paragraph 162 through 172.** Denied.

**AFFIRMATIVE DEFENSES**

Defendant HomEq. asserts the following Affirmative Defenses.

1. Lack of Jurisdiction over the Subject Matter;
2. Lack of Jurisdiction over the Person;
3. Improper Venue;
4. Insufficiency of Process;
5. Insufficiency of Service of Process;
6. Failure to State a Claim upon which Relief may be Granted;
7. Failure to Join a Party;

Defendant HomEq hereby reserves its right to amend this Answer and Affirmative Defenses as appropriate after discovery has commenced.

Defendant HomEq seeks dismissal of Plaintiff's claims against HomEq and recovery from Plaintiff of Defendant HomEq's attorney's fees and costs.

Dated this 27th day of February, 2008.

ROBINSON TAIT, P.S.


    /s/ Nicolas A. Daluiso
Nicolas Daluiso, 163553
Attorneys for Defendant HomEq Servicing Corp.