**3**

Nicolas Daluiso, CA Bar #163553
Robinson Tait, P.S.
616 First Ave., Suite 550
Seattle WA  98104
(206) 676-9640

Attorney for Defendants HomEq Servicing Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>VCH SALINAS I LLC, et al.,<br><br>          Defendants | NO.    C07 05698 PVT |

**PROOF OF SERVICE**

I, CODY PHERIGO, declare:

1. I am a paralegal employed by the law firm of ROIBNSON TAIT, P.S., in the County of King, State of Washington.  I am over the age of eighteen and not a party to the within action; my business address is: 616 First Ave, Suite 550, Seattle, WA 98104.  I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

2. On February 27, 2008, I served the following document described as:

- **Defendant HomEq Servicing Corp.'s Answer to Plaintiffs First Amended Complaint**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope

1 with postage thereon fully prepaid in the United States mail at Seattle, Washington, addressed as
2 follows:

3 **SEE ATTACHED SERVICE LIST**

4 I declare under penalty of perjury that the foregoing is true and correct. Executed
5 on February 27, 2008, at Seattle, Washington.

6

7 */s/ Cody Pherigo*
CODY PHERIGO

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
**BERNICE GONZALES, et al**
**CASE NO. C07 05698 PVT**

**Nina Michele Patane**
**Sergio H Parra**
**James K Gumberg**
Patane-Gumberg, LLP
Attorney-at-Law
4 Rossi Circle
Suite 231
Salinas, CA 93907

**Frank J. Riebli**
**Mark Dean Petersen**
Farella Braun + Martel
235 Montgomery Street
Russ Building
San Francisco, CA 94104

**Elizabeth Catherine Gianola**
Horan Lloyd Law Offices
499 Van Buren Street
Monterey, CA 93940

**John Somers Blackman**
Farbstein & Blackman
411 Borel Avenue, Suite 425
San Mateo, CA 94402-3518

**Michael Lloyd Smith**
Manning & Marder, Kass, Ellrod, Ramirez LLP
One California Street
Suite 1100
San Francisco, CA 94111

**Benjamin Russell Ehrhart**
**Carlos A. Alvarez**
**Edward Egan Smith**
Steyer Lowenthall Boodrookas Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111

**Sanford Philip Shatz**
Countrywide Home Loans Inc
5220 Las Virgenes Rd.
MS: AC-11
Calabasas, CA 91302

**Joshua Eric Whitehair**
**Michael Jan Steiner**
Severson & Werson
One Embarcadero Center
26th Floor
San Francisco, CA 94111