| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Sergio Parra, Esq.<br>Patane & Gumberg<br>4 Rossi Circle, SUite 231<br>Salinas, CA 93907 | | FILED<br><br>2008 FEB 27  P 5: 11<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J |
| Telephone No: (831) 755-1461 | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court - Northern District Of California | | |
| Plaintiff: Beatrice Gonzalez, et al. | | |
| Defendant: Vch Salinas I, LLC, et al. | | |

| PROOF OF SERVICE<br>Summons; Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0705698PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint

3. a. Party served:          Homeq Servicing Corporation
   b. Person served:         Becky De George, Person Authorized to Accept

4. Address where the party was served:   CSC Lawyers Inc
                                          2730 Gateway Oaks Drive, Suite 100
                                          Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 15, 2008 (2) at: 2:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Homeq Servicing Corporation
   Other: a Corporation

7. **Person Who Served Papers:**
   a. Robert J. Mason
   b. **Sayler Legal Service**
   455 Reservation Road, Suite E
   Marina, CA 93933
   c. 831-384-4030

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:** $85.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 03-007
      (iii) County: Placer

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Tue, Feb. 19, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   Summons; Complaint

   (Robert J. Mason)

   sa02.87197