1   NINA M. PATANE, Esq. (SBN 157079)
    SERGIO H. PARRA, Esq. (SBN 247682)
2   PATANE · GUMBERG, LLP
    Attorneys at Law
3   4 Rossi Circle, Suite 231
    Salinas, California 93907
4   Telephone: (831) 755-1461
    Facsimile: (831) 755-1477
5
    Attorneys for Plaintiffs
6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8
                          (SAN JOSE)
9
10  BERENICE GONZALEZ AND JOSE          )
    URTIZ, JORGE AGUIRRE, ELEAZAR       )     CASE NO. CV 07 05698 JW
11  BECERRA AND ROCIO BECERRA, J.       )
    GUADALUPE CONTRERAS AND             )
12  TERESA CONTRERAS, all individually and )
    on behalf of the general public,    )
13                                      )     PLATNIFFS' REQUEST FOR
                  Plaintiffs,           )     JUDICIAL NOTICE IN SUPPORT OF
14                                      )     PLAINTIFFS' MOTION IN
    v.                                  )     OPPOSITION TO COUNTRYWIDE'S
15                                      )     MOTION TO DISMISS
    VCH SALINAS I LLC dba VALLEY        )
16  COMMUNITY HOMES and as MONTE        )
    BELLA REALTY, NORM YOP INC.         )
17  REALTORS dba MONTE BELLA            )
    REALTY, MONICA FARANDA dba as       )
18  MONTE BELLA REALTY, UNIVERSAL       )
    MORTGAGE & SALES INC., IRA          )
19  MORTGAGE & HOME SALES, INC.,        )
    AMERICAN PACIFIC MORTGAGE           )
20  CORP. dba as CREATIVE MORTGAGE,     )
    OLD REPUBLIC TITLE CO.,             )
21  COUNTRYWIDE HOME LOANS INC.         )
    dba AMERICA'S WHOLESALE             )
22  LENDER, COUNTRYWIDE FINANCIAL       )
    CORP., NEW CENTURY MORTGAGE         )
23  CORP., HOMEQ SERVICING CORP.,       )
    CAMERON GROUP FINANCIAL INC.,       )
24  WELLS FARGO BANK, and DOES 1 TO     )
    100, inclusive,                     )
25                                      )
                  Defendants.           )
26  _____    )

27       TO ALL PARTIES AND THIER ATTORNEY OF RECORD:

28                             1

    PLATNIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION IN
               OPPOSITION TO COUNTRYWIDE'S MOTION TO DISMISS

1    PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence, rule 201,

2   Plaintiffs' respectfully request that the Court take notice of the following documents and facts.

3   These facts are not subject to reasonable dispute, are generally known within Monterey County

4   and the Northern District of California, and are capable of accurate and ready determination by

5   resort to sources whose authenticity cannot be reasonably questioned.  As such, Plaintiffs

6   respectfully request that the court take judicial notice of the following facts and documents.  See

7   e.g. Fed R. Rule Evid. Rule 201.

8    A. Countrywide Financial Corp. Corporate Profile, constituting public information

9   concerning Countrywide's description as a holding company. See printout from Yahoo pages.

10    B. Countrywide Financial Corp. List of Family Companies, includes Countrywide Home

11   Loans,  See printout from Countrywide Financial website.

12    C. Countrywide Financial Corp., Form 10-k Report , Part I, Pages 1-40, describing the fact

13   that Countrywide Financial Corp. is a "holding company" (Page 1), and that Countrywide

14   Financial "produces mortgage loans through Countrywide Home Loans Inc.  (Page 3). See printout

15   from Countrywide's Investor Relations website.

16    D.   Countrywide Financial Corp., SEC Reports, Jan. 11, 2008, describing the fact that

17   Countrywide Financial Corp. as a whole entity is being purchased by Bank of America. See

18   printout from Countrywide's Investor Relations website.

19

20

21   Dated: February 29 , 2008            PATANE • GUMBERG, LLP

22

23
                                   By:
24                                       SERGIO H. PARRA
                                         NINA M. PATANE
25                                       Attorneys for Plaintiffs

26

27

28                                         2

# EXHIBIT A

Yahoo!   My Yahoo!   Mail    Search: [_____]   **Web Search**

**YAHOO!** FINANCE    **Sign In**    Finance Home - Help    **Capital IQ**
                      New User? Sign Up                     A Division of Standard & Poor's

HOME | INVESTING
NEWS & OPINION
PERSONAL FINANCE
MY PORTFOLIOS
TECH TICKER

Dow ↓ 0.09%  Nasdaq ↓ 0.67%    Tuesday, February 19, 2008, 6:14PM ET - U.S. Markets Closed.

[_____]  **GET QUOTES**
» Finance Search

# Countrywide Financial Corp. (CFC)

At 4:00PM ET: **6.85** ↓ 0.08 (1.15%)

 **Fidelity** INVESTMENTS    **Fidelity Active Traders**
- Fidelity Wealth-Lab Pro: Design. Build. Back-test. Execute. Just like the pros.
- Trade smarter with Fidelity today.

## Profile

Get **Profile** for: [_____]  **GO**

**Countrywide Financial Corp.**
4500 Park Granada
Calabasas, CA 91302
United States - Map
Phone: 818-225-3000
Fax: 818-304-5979
Web Site: http://www.countrywide.com

**DETAILS**

| | |
|---|---|
| Index Membership: | S&P 500 |
| | S&P 1500 Super Comp |
| Sector: | Financial |
| Industry: | Mortgage Investment |
| Full Time Employees: | NaN |

**BUSINESS SUMMARY**

Countrywide Financial Corporation, a holding company, engages in mortgage lending and other finance-related operations. The company operates in five segments: Mortgage Banking, Banking, Capital Markets, Insurance, and Global Operations. The Mortgage Banking segment originates, purchases, sells, and services non-

ADVERTISEMENT

### 34 Stocks that Doubled!

Motley Fool Co-founder Tom Gardner's top pick is up 653%... David Gardner's top performer is up 612%.

Since they launched *Motley Fool Stock Advisor* in April 2002, a full 34 of their recommendations have doubled in value or more.

In a free report, The Motley Fool co-founders each reveal their No. 1 stock idea for 2008.

Another double? Find out now.

**Click here for "The Motley Fool's 2 Top Picks!"**
*Returns as of 10/16/2007

**CORPORATE GOVERNANCE**

Countrywide Financial Corp.'s Corporate Governance Quotient (CGQ®) as of 1-Feb-08 is better than 69% of S&P 500 companies and 98.3% of Banks companies. Brought to you by Institutional Shareholder Services.

Case 5:07-cv-05939-JW-CP - Document 62

commercial mortgage loans, as well as provides various loan closing products and services, such as credit reports, appraisals, title reports, property valuation services, flood determinations, and other related services. The Banking segment deposits and invests in mortgage loans and home equity lines of credit, as well as provides short-term secured financing to mortgage lenders. This segment also provides safekeeping, collateral review and certification, collateral releases, and customer reporting, as well as committed and uncommitted lines of credit to mortgage bankers to finance their mortgage loan inventories. The Capital Markets segment primarily operates as a registered securities broker-dealer, residential mortgage loan manager, and a commercial mortgage loan originator. Its activities include conduit, securities trading, underwriting, brokering, asset management, and origination and sale of commercial mortgage loans. This segment serves institutional customers, such as banks, other depository institutions, insurance companies, asset managers, mutual funds, pension plans, other broker-dealers, and governmental agencies. The Insurance segment offers property, casualty, automobile, life, and credit insurance, as well as provides reinsurance coverage to primary mortgage insurers. The Global Operations segment provides loan processing and subservicing, and valuation services. Countrywide Financial Corporation was formerly known as OLM Credit Industries, Inc., and Countrywide Credit Industries, Inc. The company was founded in 1969 and is based in Calabasas, California.

### Key Statistics

**COMPANY WEBSITES**
- Home Page

Search Yahoo! for:
More on Countrywide Financial Corp.

### View Financials

**KEY EXECUTIVES**

|  | Pay | Exercised |
| --- | --- | --- |
| **Mr. Angelo R. Mozilo** , 69<br>Co-Founder, Exec. Chairman and Chief Exec. Officer | $ 23.33M | $ 72.22M |
| **Mr. David Sambol** , 48<br>Pres, Chief Operating Officer | $ 6.37M | $ 14.06M |
| **Mr. Eric P. Sieracki** , 51<br>Chief Financial Officer and Exec. Managing Director | $ 1.51M | $ 1.91M |
| **Mr. Ranjit M. Kripalani** , 48<br>Exec. Managing Director and Pres of Capital Markets | $ 6.01M | $ 1.15M |
| **Mr. Carlos M. Garcia** , 52<br>Exec. Managing Director of Enterprise Risk Management | $ 3.58M | $ 9.07M |

Dollar amounts are as of 31-Dec-06 and compensation values are for the last fiscal year ending on that date. "Pay" is salary, bonuses, etc. "Exercised" is the value of options exercised during the fiscal year.

### View Insiders

✉ Add to Portfolio   ⚙ Set Alert   ✉ Email to a Friend

Get **Profile** for Another Symbol: [          ] [ GO ]  Symbol Lookup

- Annual Reports
- Sector Analysis

Copyright © 2008 Yahoo! All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback

**Quotes delayed,** except where indicated otherwise.

Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Industry data provided by Hemscott Americas. Fundamental company data provided by Capital IQ. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.



# Countrywide Financial™

| homepage | home loans | banking | insurance | your accounts |

about us | investor relations | business partners |

🖨 print | contact us | site map | log in

SEARCH



Our mission is to help individuals and families achieve and preserve the dream of homeownership

mortgage banking



**about us**

[mortgage banking] | loan closing services | capital markets | insurance services | banking | global

## ↘ CFC family of companies

With residential lending at the core of our strategic vision, Countrywide originates and services home mortgage loans, and is a national leader in residential finance. There are three primary sectors of the company's mortgage banking business: Loan Production, Loan Servicing and Loan Closing Services.

The Loan Production sector produces mortgage loans in several channels, through divisions of Countrywide Bank, FSB. The Loan Closing Services sector provides other complementary services offered as part of the mortgage origination process through LandSafe, Inc., including title, escrow, appraisal, credit reporting and flood determination services. The Loan Servicing sector services the loans in the company's servicing portfolio and reflects the performance of investment in mortgage servicing rights and other retained interests.

Through divisions of Countrywide Bank, the company originates loans through separate production channels (retail, wholesale and correspondent), and loan product menu includes conventional, fixed and adjustable rate single-family residential mortgage loans, FHA, VA, and jumbo loan programs, home equity lines of credit, fixed rate second mortgages, and loans for those with less than perfect credit.

### Countrywide® HOME LOANS

**The Consumer Markets Division,** a division of Countrywide Bank, FSB, offers a wide selection of residential mortgages, home equity loans and other financial products directly to consumers, real estate professionals and builders via local offices, as well as through regional sales centers and the Internet.

### Countrywide® AMERICA'S WHOLESALE LENDER®

**The Wholesale Lending Division,** a division of Countrywide Bank, FSB, is known as America's Wholesale Lender. This division provides home loans to consumers whose loans are originated and processed by mortgage brokers, who are members of the division's network of approved business partners. The division works with brokers through a nationwide network of offices, regional centers and the Countrywide Wholesale Business Channel, a robust business-to-business Web site at www.cwbc.com.

### Countrywide® CORRESPONDENT LENDING

**The Correspondent Lending Division (CLD),** a division of Countrywide Bank, FSB, purchases closed loans from mortgage bankers and financial institutions across the country. By offering Countrywide's loan programs, CLD assists local and regional mortgage bankers to compete in their specific mortgage markets. For information on

**chairman's message**
Countrywide's history
family of companies
executive profiles
news
economic outlook
awards & recognition
corporate responsibility
corporate giving
home buying
education program
corporate governance
annual reports
disclaimer
FAQs

**investor relations**
press room
careers

click on each for details

how to contact a regional office, click here.



**House America**, established in 1992, is Countrywide's affordable and fair lending program. In addition to the program's educational outreach to low- and moderate-income and minority communities, Countrywide's House America Counseling Center provides no cost telephone counseling for prospective home buyers. Countrywide has also defined aggressive goals to help more underserved Americans purchase homes. In 1998, Countrywide announced its *We House America* campaign, a five-year commitment to originate $50 billion to minority and lower-income families and communities. In 2001, the company continued this commitment by announcing a new five-year, *One Hundred Billion Dollar Challenge*. The *One Hundred Billion Dollar Challenge*, met three years early and exceeded by $15 billion, was expanded in February 2003 to provide $600 billion in home loans to under-served Americans by the end of the decade. In January 2005, Countrywide expanded its commitment to closing the homeownership gap for minority and lower-income families and communities with the $1Trillion *We House America Challenge*. The $1 trillion commitment expands on The Six Hundred Billion Dollar Challenge announced in 2003, which had reached $341 billion by the end of 2004. The goal of the $1 Trillion *We House America Challenge* is to fund $1 trillion in home loans to minorities and lower-income borrowers, and to borrowers in lower-income communities, between 2001 and 2010.

**The Full Spectrum Lending Division**, a division of Countrywide Bank, FSB, specializes in helping homeowners get cash, consolidate their bills, lower their monthly payment, or reduce their interest rate by refinancing their mortgage or securing a home equity loan. Even when consumers feel their credit is less than perfect, many are able to qualify for a prime loan with Full Spectrum Lending. The Full Spectrum Lending website, www.fullspectrumlending.com, has an array of homeowner-friendly features such as home loan comparison guides, audio podcasts, mortgage calculators and much more. Our website reflects our belief that the home loan process should be as simple and convenient as possible.

home loans | less than perfect credit loans | español | we house america | banking | insurance | investments | your accounts
contact us | site map | about us | investor relations | press room | careers | privacy & security | licenses & registrations

Equal Housing Lenders. © 2008 Countrywide Financial Corporation. Trade/service marks are the property of Countrywide Financial Corporation, Countrywide Bank, FSB, or their respective affiliates and/or its subsidiaries. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply. All rights reserved.

**EXHIBIT B**

# EXHIBIT C

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# Form 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2006

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 1-8422

# Countrywide Financial Corporation

(Exact name of registrant as specified in its charter)

| Delaware | 13-2641992 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 4500 Park Granada, Calabasas, CA | 91302 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: (818) 225-3000

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.05 Par Value | New York Stock Exchange |
| Preferred Stock Purchase Rights | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of June 30, 2006, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the Registrant's Common Stock held by non-affiliates was $23,108,648,689 based on the closing price as reported on the New York Stock Exchange.

As of February 26, 2007, there were 589,817,197 shares of Countrywide Financial Corporation Common Stock, $0.05 par value, outstanding.

## Documents Incorporated By Reference

| Document | Parts Into Which Incorporated |
|---|---|
| Proxy Statement for the Annual Meeting of Stockholders to be held June 13, 2007 | Part III |

Countrywide Financial Corporation

2006 Annual Report on Form 10-K

Table of Contents

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| | Overview | 1 |
| | Available Information | 1 |
| | Loan Production | 2 |
| | Mortgage Banking Segment | 3 |
| | Banking Segment | 10 |
| | Capital Markets Segment | 12 |
| | Insurance Segment | 13 |
| | Global Operations Segment | 15 |
| | Financing of Operations | 15 |
| | Regulations | 17 |
| | Workforce | 27 |
| | Additional Information | 27 |
| | Loan Production Tables | 28 |
| Item 1A. | Risk Factors | 35 |
| Item 1B. | Unresolved Staff Comments | 40 |
| Item 2. | Properties | 40 |
| Item 3. | Legal Proceedings | 40 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 40 |
| **PART II** | | |
| Item 5. | Market for the Company's Common Stock, Related Stockholder Matters and Issuer Purchase of Equity Securities | 41 |
| Item 6. | Selected Consolidated Financial Data | 43 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 45 |
| | Overview | 45 |
| | Critical Accounting Policies | 47 |
| | Results of Operations Comparison—Year Ended December 31, 2006 and Year Ended December 31, 2005 | 53 |
| | Results of Operations Comparison—Year Ended December 31, 2005 and Year Ended December 31, 2004 | 75 |
| | Quantitative and Qualitative Disclosures About Market Risk | 94 |
| | Credit Risk Management | 100 |
| | Loan Servicing | 113 |
| | Inflation | 114 |
| | Seasonality | 114 |
| | Liquidity and Capital Resources | 114 |
| | Off-Balance Sheet Arrangements and Aggregate Contractual Obligations | 122 |
| | Prospective Trends | 123 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 128 |
| Item 8. | Financial Statements and Supplementary Data | 128 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 129 |
| Item 9A. | Controls and Procedures | 129 |
| Item 9B. | Other Information | 132 |

| | | | Page |
|---|---|---|---|
| PART III | | | |
| | Item 10. | Directors and Executive Officers of the Registrant .......................... | 133 |
| | Item 11. | Executive Compensation ............................................... | 133 |
| | Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters ......................................... | 133 |
| | Item 13. | Certain Relationships and Related Transactions .......................... | 133 |
| | Item 14. | Principal Accountant Fees and Services .................................. | 133 |
| PART IV | | | |
| | Item 15. | Exhibits, Financial Statement Schedules ................................. | 134 |

PART I

**Item 1.    *Business***

**Overview**

Countrywide Financial Corporation ("Countrywide") is a holding company which, through its subsidiaries (collectively, the "Company"), is engaged in mortgage lending and other real estate finance-related businesses, including mortgage banking, banking and mortgage warehouse lending, dealing in securities and insurance underwriting.

We manage our business through five business segments—Mortgage Banking, Banking, Capital Markets, Insurance and Global Operations. We primarily conduct the following operations in these segments:

- *Mortgage Banking*—We originate, purchase, sell and service non-commercial mortgage loans nationwide.

- *Banking*—We take deposits and invest in mortgage loans and home equity lines of credit, sourced primarily through our mortgage banking operation as well as through purchases from non-affiliates. We also provide short-term secured financing to mortgage lenders.

- *Capital Markets*—We operate an institutional broker-dealer that primarily specializes in trading and underwriting mortgage-backed securities. We also trade derivative products and U.S. Treasury securities, provide asset management services and originate for sale loans secured by commercial real estate. Within this segment we also manage the acquisition and disposition of mortgage loans on behalf of the Mortgage Banking Segment.

- *Insurance*—We offer property, casualty, life and disability insurance as an underwriter and as an insurance agency. We also provide reinsurance coverage to primary mortgage insurers.

- *Global Operations*—We license proprietary technology to mortgage lenders in the UK. We also perform certain of the Company's administrative and loan servicing functions through our India operations.

Mortgage banking continues to be our core business, generating 48% of our pre-tax earnings in 2006. Our other segments generated the following percentages of our pre-tax earnings in 2006: Banking—32%; Capital Markets—13%; Insurance—6%; and Global Operations—1%. We remain a real-estate lending-centered company and have built upon our mortgage banking operations in recent years to capitalize on meaningful related opportunities with the intent of stabilizing our consolidated earnings profile. For financial information about our segments, see the *Management's Discussion and Analysis of Financial Condition and Results of Operations—Operating Segment Results* section and Note 26—*Segments and Related Information* in the financial statement section of this Report.

**Available Information**

We have a Web site located at www.countrywide.com on which we make our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and all exhibits and amendments to these reports available, free of charge, as soon as reasonably practicable after such material is electronically filed with, or furnished to, the Securities and Exchange Commission. Our Corporate Governance Guidelines, our Code of Business Ethics, the charters of the committees of our Board of Directors and all amendments and updates to these documents are also available on our Web site and printed copies are available upon request.

1

**Loan Production**

We produce residential and commercial mortgage loans within the Mortgage Banking, Banking and Capital Markets Segments. Nearly all of the mortgage loans that we produce in the Mortgage Banking and Capital Markets Segments are sold into the secondary mortgage market, primarily in the form of securities and to a lesser extent in the form of loans. We generally perform the ongoing servicing functions related to the residential mortgage loans that we produce. Loans produced in our Banking Segment have generally been held for investment.

*Types of Products*

We originate and purchase mortgage loans that generally fall into one of the following four categories:

- *Prime Mortgage Loans*—These are prime credit quality first-lien mortgage loans secured by single-family residences. References to loans secured by single-family residences in this document include loans secured by one-to-four dwelling unit residential real estate.

- *Prime Home Equity Loans*—These are prime credit quality second-lien mortgage loans, including home equity lines of credit, secured by single-family residences.

- *Nonprime Mortgage Loans*—These are first- and second-lien mortgage loans secured by single-family residences, made to individuals with credit profiles that do not qualify them for a prime loan.

- *Commercial Real Estate Loans*—These are prime credit quality first-lien mortgage loans secured by commercial properties, such as apartment buildings, retail properties, office buildings, industrial sites, hotels and other commercial properties.

The majority of our loan production consists of Prime Mortgage Loans. Prime Mortgage Loans include conventional mortgage loans, loans insured by the Federal Housing Administration ("FHA") and loans guaranteed by the Veterans Administration ("VA"). A significant portion of the conventional loans qualify for inclusion in guaranteed mortgage securities backed by Fannie Mae or Freddie Mac ("conforming loans"). Some of the conventional loans we produce either have an original loan amount in excess of the Fannie Mae and Freddie Mac loan limit for single-family loans ($417,000 for 2007) or otherwise do not meet Fannie Mae or Freddie Mac guidelines. Loans that do not meet Fannie Mae or Freddie Mac guidelines are referred to as "nonconforming loans." In certain tables and elsewhere in this Report, FHA and VA loans may be referred to as Government Loans.

The following table summarizes our mortgage loan production by segment and product, net of intersegment sales:

| | Mortgage Loan Production Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (in millions) | | | | |
| **Segment:** | | | | | |
| Mortgage Banking . . . . . . . . . . . . . . . . . . . . . | $421,084 | $427,916 | $317,811 | $398,310 | $242,437 |
| Banking Operations . . . . . . . . . . . . . . . . . . . | 23,759 | 46,432 | 27,116 | 14,354 | 805 |
| Capital Markets—conduit acquisitions(1) . | 17,658 | 21,028 | 18,079 | 22,200 | 8,659 |
| Total Mortgage Loans Fundings . . . . . . . | 462,501 | 495,376 | 363,006 | 434,864 | 251,901 |
| Commercial Real Estate . . . . . . . . . . . . . . . | 5,671 | 3,925 | 358 | — | — |
| Total Mortgage Loans . . . . . . . . . . . . . . . | $468,172 | $499,301 | $363,364 | $434,864 | $251,901 |
| **Product:** | | | | | |
| Prime Mortgage . . . . . . . . . . . . . . . . . . . . . . | $374,029 | $405,889 | $292,672 | $396,934 | $230,830 |
| Prime Home Equity . . . . . . . . . . . . . . . . . . . | 47,876 | 44,850 | 30,893 | 18,103 | 11,650 |
| Nonprime Mortgage . . . . . . . . . . . . . . . . . . | 40,596 | 44,637 | 39,441 | 19,827 | 9,421 |
| Commercial Real Estate . . . . . . . . . . . . . . . | 5,671 | 3,925 | 358 | — | — |
| Total Mortgage Loans . . . . . . . . . . . . . . . | $468,172 | $499,301 | $363,364 | $434,864 | $251,901 |

(1) Acquisitions from third parties.

For additional loan production statistics, see the section in this Report entitled *Business—Loan Production Tables*.

## Mortgage Banking Segment

Our Mortgage Banking Segment produces mortgage loans through a variety of channels on a national scale. The mortgage loans we produce in this segment are generally sold into the secondary mortgage market, primarily in the form of securities, and to a lesser extent in the form of loans. We typically perform the ongoing servicing functions related to the mortgage loans that we produce. We also provide various loan closing services such as escrow, flood determinations and appraisal. We group the activities of our Mortgage Banking Segment into three business sectors—Loan Production, Loan Servicing and Loan Closing Services.

### Loan Production

We produce mortgage loans through three production channels of Countrywide Home Loans ("CHL")—Retail Channel (Consumer Markets and Full Spectrum Lending), Wholesale Lending Channel and Correspondent Lending Channel. These loans are funded either through one of these channels or through Countrywide Bank. Countrywide Bank funds loans for both our Mortgage Banking and Banking Segments.

3

The following table summarizes our Mortgage Banking loan production by channel:

| | Mortgage Loan Production(1)(2) | | | | |
| | Years Ended December 31, | | | | |
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | | | (in millions) | | |
| Retail Channel: | | | | | |
| Consumer Markets . . . . . . . . . . . . . . | $118,596 | $120,324 | $ 95,619 | $104,216 | $ 62,189 |
| Full Spectrum Lending . . . . . . . . . . . | 35,067 | 25,670 | 15,756 | 7,935 | 3,586 |
| | 153,663 | 145,994 | 111,375 | 112,151 | 65,775 |
| Wholesale Lending . . . . . . . . . . . . . . . . | 89,393 | 83,564 | 72,848 | 91,211 | 67,188 |
| Total originated . . . . . . . . . . . . . . . . . | 243,056 | 229,558 | 184,223 | 203,362 | 132,963 |
| Purchased—Correspondent Lending . . | 178,028 | 198,358 | 133,588 | 194,948 | 109,474 |
| Total Loans . . . . . . . . . . . . . . . . . . . . . | $421,084 | $427,916 | $317,811 | $398,310 | $242,437 |

(1) For additional production statistics, see the section in this Report entitled *Business—Loan Production Tables*.

(2) $106.0 billion and $8.1 billion of these loans were funded by Countrywide Bank during the years ended December 31, 2006 and 2005, respectively.

*Retail Channel*

The retail channels consist of the Consumer Markets Division ("CMD") and the Full Spectrum Lending Division ("FSLD"). CMD generally originates prime loans through existing relationships with customers and organizations that influence the placement of mortgage services, while the Full Spectrum Lending Division focuses on new customer acquisitions through mass media advertising. In addition, FSLD originates nonprime mortgage loans.

For 2006, Countrywide was ranked by *Inside Mortgage Finance* as the second largest retail lender, in terms of volume, among residential retail mortgage lenders nationwide. (Reprinted with the permission of Inside Mortgage Finance Inc. ("IMF") Copyrighted. All rights reserved by IMF.)

*Consumer Markets Division*

CMD originates mortgage loans through three business groups: the Distributed Retail group, the Business-to-Consumer group and the Strategic Business Alliances group.

The Distributed Retail group is the branch network which originates loans through relationships with consumers, builders, Realtors® and through joint ventures. As of December 31, 2006, this group consisted of 773 branch offices in 48 states and the District of Columbia, including 62 dedicated joint venture branches. This group has a sales force of 6,602, which includes those dedicated to joint venture relationships. The Distributed Retail group (including the joint venture relationships) originated 74% of CMD total volume for the year ended December 31, 2006.

The Business-to-Consumer group primarily originates mortgage loans directly from existing customers through the Internet and through our call centers. The Business-to-Consumer group focuses on customer retention through marketing and by providing our existing customers with an efficient and convenient means to obtain financing for a new home or for refinancing their existing mortgage or a home equity loan. As of December 31, 2006, the Business-to-Consumer group consisted of five call centers with a sales staff of 985. This group accounted for 18% of CMD's total volume for the year ended December 31, 2006.

The Strategic Business Alliance group facilitates and manages the development of new sources of loans through relationships with organizations that influence the placement of mortgage services. This

4

group focuses primarily on developing revenue-sharing arrangements such as joint ventures, third party outsourcing, relocation lending, marketing service agreements and brokered-in agreements. This group accounted for 8% (excluding Distributed Retail volume from joint venture relationships) of CMD's total volume for the year ended December 31, 2006.

### Full Spectrum Lending Division

FSLD originates Nonprime and Prime Mortgage Loans with the primary focus on refinance and home equity products. FSLD operates through a network of 226 retail branch offices located in 39 states, as well as 11 call centers. The branches and call centers of FSLD are supported by four fulfillment centers for processing, underwriting and funding of these mortgage loans.

FSLD's mortgage production is generated primarily through customer retention efforts directed to Countrywide's nonprime servicing portfolio and new customer acquisition through direct mail, Internet, mass media and joint venture relationships. Of the 226 FSLD retail branch offices, 56 operate with a large network of sales associates who are dedicated to the fulfillment of referrals of Nonprime Mortgage Loan customers from Countrywide's Consumer Markets Division.

### Wholesale Lending Channel

Our Wholesale Lending Channel ("WLD") underwrites and funds mortgage loans sourced by mortgage loan brokers and other financial intermediaries. WLD sources loans through approximately 30,000 mortgage loan brokers nationwide. WLD offers a wide variety of Prime and Nonprime Mortgage Loans and Prime Home Equity Loan products. Business is solicited through a sales force, the Internet and advertising.

As of December 31, 2006, WLD operated 52 branch offices and seven fulfillment centers in various parts of the United States.

For 2006, Countrywide was ranked by *Inside Mortgage Finance* as the largest wholesale originator, in terms of volume, among residential wholesale mortgage lenders nationwide. (Reprinted with the permission of IMF Copyrighted. All rights reserved by IMF.)

### Correspondent Lending Channel

Our Correspondent Lending Channel ("CLD") purchases mortgage loans from other lenders, which include mortgage bankers, commercial banks, savings and loan associations, home builders and credit unions. As of December 31, 2006, this Channel had correspondent relationships with approximately 2,100 lenders, who are subject to initial and ongoing credit evaluation and monitoring. CLD operates in all 50 states.

For 2006, Countrywide was ranked by *Inside Mortgage Finance* as the largest correspondent lender, in terms of volume, among residential correspondent mortgage lenders nationwide. (Reprinted with the permission of IMF Copyrighted. All rights reserved by IMF.)

### Countrywide Bank Mortgage Banking Activities

As well as funding loans for its investment portfolio, Countrywide Bank funds loans that are originated for sale by our Mortgage Banking Segment. Because this activity is a Mortgage Banking activity, the mortgage loan production, the related balance sheet and the income relating to the holding and sale of these loans is included in our Mortgage Banking Segment. The funding of loans by Countrywide Bank for our Mortgage Banking operations provides an efficient means of financing loans during the period the loans are held for sale.

*Affordable and Multicultural Home Loan Programs*

Since 1992, we have adopted a variety of affordable home loan initiatives designed to increase homeownership opportunities for low-to moderate-income borrowers and those with diverse backgrounds. Our long-time initiative, known as *We House America®*, supports affordable housing programs undertaken by Fannie Mae and promoted by various government agencies, including the U.S. Department of Housing and Urban Development ("HUD").

We have specifically designed *We House America®* loan programs to meet the needs of low-to moderate-income borrowers and others with financial, employment or personal situations which might prevent them from qualifying for traditional mortgages. These loan programs enable such borrowers to qualify for a home loan by allowing, for example, lower down payments, lower cash reserves, alternative income sources and more flexible underwriting criteria than on a typical loan. The mortgage loans we produce through *We House America®* are sold and serviced on a non-recourse basis, generally through guarantee programs sponsored by Fannie Mae.

Through *We* House America®, we provide telephone-based counseling services and Internet-based resources to educate prospective first-time minority and low-to moderate-income homebuyers about the home loan process. *We* House America® also provides Spanish-speaking counselors and instructors, and educational materials printed in other languages.

We have made other significant commitments to affordable lending and multicultural markets initiatives designed to increase homeownership opportunities among minority and immigrant communities. For example, we are approved to participate in more than 930 mortgage loan programs that assist borrowers with down payments and closing costs, which are offered by state, county and city agencies, municipalities and not-for-profit organizations. In early 2005, we extended our five-year *We House America®* Campaign, with a goal of originating $1.0 trillion in loans to targeted borrower populations by the end of 2010. As of December 31, 2006, we made loans to 4.2 million borrowers and funded $668 billion (including Prime and Nonprime Mortgage Loans) toward this goal.

### Loan Servicing

When we sell or securitize mortgage loans, we generally retain the rights to service these loans. These are referred to as mortgage servicing rights ("MSRs"). We may also retain financial interests when we securitize mortgage loans. We include the value of these retained interests on our balance sheet. The results of the Loan Servicing Sector income statement includes the changes in value related to our MSRs and retained interests, as well as the revenues and expenses arising from servicing the mortgage loans.

In servicing mortgage loans, we collect and remit loan payments, respond to customer inquiries, account for principal and interest, hold custodial (impound) funds for payment of property taxes and insurance premiums, counsel delinquent mortgagors and supervise foreclosures and property dispositions. We receive servicing fees and other remuneration in return for performing these functions.

### Mortgage Servicing Rights, Retained Interests and the Servicing Hedge

Our MSRs arise from contractual agreements between us and investors (or their agents) in mortgage-backed securities and mortgage loans. Although MSRs generally arise from the sale or securitization of mortgage loans that we originate, we also occasionally purchase MSRs from others. For a more complete description of MSRs, see Note 3—*Loan Sales* in the financial statement section of this Report.

MSRs and retained interests are generally subject to a loss in value when mortgage rates decline. To moderate the effect on earnings caused by a rate-driven decline in value of MSRs and retained interests, we maintain a portfolio of financial instruments, primarily derivative contracts, which generally increase in value when interest rates decline. This portfolio of financial instruments is referred to as the "Servicing

Hedge." See Note 4—*Derivative Financial Instruments—Risk Management Activities Related to Mortgage Servicing Rights (MSRs) and Retained Interests* in the financial statement section of this Report for a further discussion of our Servicing Hedge.

**Loan Servicing Operations**

The various functions within our loan servicing operations are briefly described in the following paragraphs. These operations are performed in eight primary locations using the same systems and processes: two in California, three in Texas, one in Arizona and two in India.

*Customer Service*

Our Customer Service Call Centers managed nearly 58 million contacts with customers in 2006. These contacts were primarily handled through our customer service representatives, automated phone system and Website (www.customers.countrywide.com). This division also prints monthly statements and oversees outbound customer correspondence.

*Remittance Processing*

Our Remittance Processing division processes all payments, loan payoffs and payoff demand statements.

*Collections and Loss Mitigation*

Our Collections and Loss Mitigation units work with delinquent borrowers to bring their mortgages back to current status and avoid foreclosure if possible. These efforts are tailored to the specific circumstances of a borrower and comply with the requirements of the mortgage investor.

*Investor Accounting*

Our Investor Accounting department reconciles custodial accounts, processes investor remittances and maintains accounting records on behalf of our mortgage investors, including Fannie Mae, Freddie Mac and the Government National Mortgage Association ("Ginnie Mae"), as well as private investors.

*Foreclosure and Bankruptcy*

Foreclosure and bankruptcy are complex processes that are subject to federal and state laws and regulations, as well as mortgage investor and insurer requirements. Our workflow-based systems facilitate consistent and compliant processing of defaulted mortgage loans, as well as an efficient flow of data between internal and external business partners. We use our own companies in support of many of our foreclosure and bankruptcy activities to minimize related costs and to increase efficiency.

*Related Services*

We perform several loan servicing functions internally that other loan servicers commonly outsource to third parties. Our integrated services include performing property tax payment processing, property inspections, and insurance tracking and premium payment processing. We believe the integration of these functions gives us a competitive advantage by lowering overall servicing costs and enabling us to provide a high level of service to our mortgage customers and mortgage investors.

The following table sets forth certain information regarding the Company's loan servicing portfolio of single-family mortgage loans, including loans and securities held for sale, loans held for investment and loans subserviced under subservicing agreements, for the periods indicated:

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (in millions) | | | | |
| Beginning owned servicing portfolio... | $1,081,189 | $ 821,475 | $ 630,451 | $ 441,267 | $ 327,541 |
| Add: Residential loan production(1) .. | 456,949 | 494,380 | 363,006 | 434,864 | 251,901 |
| Purchased MSRs (bulk acquisitions) ................ | 15,781 | 51,377 | 40,723 | 6,944 | 4,228 |
| Less: Principal repayments........... | (273,800) | (284,924) | (212,705) | (252,624) | (140,445) |
| Servicing sold ................. | — | (1,119) | — | — | (1,958) |
| Ending owned servicing portfolio ..... | 1,280,119 | 1,081,189 | 821,475 | 630,451 | 441,267 |
| Subservicing portfolio ............... | 18,275 | 29,901 | 16,847 | 14,404 | 11,138 |
| Total servicing portfolio ........... | $1,298,394 | $1,111,090 | $ 838,322 | $ 644,855 | $ 452,405 |
| MSR portfolio...................... | $1,174,874 | $ 979,207 | $ 758,975 | $ 581,964 | $ 422,328 |
| Mortgage loans owned .............. | 105,245 | 101,982 | 62,500 | 48,487 | 18,939 |
| Subservicing portfolio ............... | 18,275 | 29,901 | 16,847 | 14,404 | 11,138 |
| Total servicing portfolio ........... | $1,298,394 | $1,111,090 | $ 838,322 | $ 644,855 | $ 452,405 |

(1)  Excludes purchases from third parties in which the servicing rights were not acquired.

| | As of December 31, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollar amounts in millions) | | | | |
| Composition of owned servicing portfolio at period end: | | | | | |
| Conventional mortgage............. | $1,063,141 | $ 861,926 | $639,148 | $512,889 | $343,420 |
| Nonprime Mortgage .............. | 116,270 | 116,101 | 84,608 | 36,332 | 21,976 |
| Prime Home Equity................ | 47,628 | 53,253 | 45,053 | 24,174 | 15,667 |
| FHA-insured mortgage............ | 39,011 | 36,949 | 39,618 | 43,281 | 45,252 |
| VA-guaranteed mortgage.......... | 14,069 | 12,960 | 13,048 | 13,775 | 14,952 |
| Total owned servicing portfolio.... | $1,280,119 | $1,081,189 | $821,475 | $630,451 | $441,267 |
| Delinquent mortgage loans(1): | | | | | |
| 30 days .......................... | 2.95% | 2.59% | 2.35% | 2.35% | 2.73% |
| 60 days .......................... | 0.98% | 0.87% | 0.70% | 0.72% | 0.87% |
| 90 days or more .................. | 1.09% | 1.15% | 0.78% | 0.84% | 1.02% |
| Total delinquent mortgage loans... | 5.02% | 4.61% | 3.83% | 3.91% | 4.62% |
| Loans pending foreclosure(1) ........ | 0.65% | 0.44% | 0.42% | 0.43% | 0.55% |
| Delinquent mortgage loans(1): | | | | | |
| Conventional mortgage............. | 2.76% | 2.60% | 2.24% | 2.21% | 2.43% |
| Nonprime Mortgage .............. | 19.03% | 15.20% | 11.29% | 12.46% | 14.41% |
| Prime Home Equity................ | 2.93% | 1.57% | 0.79% | 0.73% | 0.80% |
| Government mortgage ............. | 13.94% | 14.61% | 13.14% | 13.29% | 12.61% |
| Total delinquent mortgage loans... | 5.02% | 4.61% | 3.83% | 3.91% | 4.62% |
| Loans pending foreclosure(1): | | | | | |
| Conventional mortgage............. | 0.31% | 0.20% | 0.21% | 0.21% | 0.23% |
| Nonprime Mortgage .............. | 3.53% | 2.03% | 1.74% | 2.30% | 2.93% |
| Prime Home Equity................ | 0.12% | 0.06% | 0.03% | 0.02% | 0.05% |
| Government mortgage ............. | 1.28% | 1.09% | 1.21% | 1.20% | 1.32% |
| Total loans pending foreclosure ... | 0.65% | 0.44% | 0.42% | 0.43% | 0.55% |

(1) This excludes subserviced loans and loans purchased at a discount due to their collection status. Expressed as a percentage of the number of loans serviced.

Properties securing the mortgage loans in the Company's servicing portfolio are geographically dispersed. The following is a summary of the geographical distribution of loans included in the Company's servicing portfolio for the top three states as measured by the total unpaid principal balance at December 31, 2006:

| State | Unpaid Principal Balance | % Total Balance |
|---|---|---|
| | (in millions) | |
| California | | |
| Southern ............................................. | $ 237,013 | 18% |
| Northern ............................................. | 130,409 | 10% |
| | 367,422 | 28% |
| Florida .................................................. | 97,442 | 8% |
| Texas .................................................... | 57,724 | 4% |
| All other states .......................................... | 775,806 | 60% |
| Total.................................................. | $1,298,394 | 100% |

*Loan Closing Services Sector*

We provide loan closing products and services such as credit reports, appraisals, property valuation services and flood determinations through our LandSafe, Inc. group of companies. We provide these services primarily to customers referred by our loan production channels, but also to third parties.

*Competition and Consolidation*

The mortgage lending industry is dominated by large, sophisticated financial institutions. To continue to compete effectively, we will be required to maintain a high level of operational, technological, and managerial expertise, as well as an ability to attract capital at a competitive cost. Recently, well-capitalized Wall Street investment banking firms have increased their participation in the mortgage banking business. We expect the entrance of these firms to the marketplace to increase competition in the near-term, especially in the nonconforming and nonprime loan products.

The industry continues to undergo consolidation. We expect this trend to continue. We believe that we will benefit from industry consolidation through increased market share and enhanced ability to recruit talented personnel.

## Banking Segment

Our Banking Segment consists of the following operations:

- The investment and fee-based activities of *Countrywide Bank, N.A.*, an FDIC-insured, federally-chartered bank ("Banking Operations")

- *Countrywide Warehouse Lending*, a non-depository lending company that provides short-term secured financing to mortgage lenders.

*Countrywide Bank*

Banking Operations

Our Banking Operations primarily fund and purchase mortgage loans and home equity loans for investment purposes. The majority of these loans are sourced through our Mortgage Banking production channels. For liquidity and asset-liability management purposes, we also invest in securities such as collateralized mortgage obligations and agency Mortgage-Backed Securities ("MBS"). The Bank activities provide the Company with an expanded product menu, lower cost funding sources and opportunities for a stable source of revenue in the form of net interest income.

Our Banking Operations continue to leverage the relationship with our Mortgage Banking Segment, sourcing high-quality mortgage assets for our investment portfolio through the Mortgage Banking Segment's existing production distribution channels, as well as through purchases of loans from non-affiliated lenders. Asset growth is funded by the Bank's liability base. The Bank obtains retail deposits, primarily certificates of deposit, through 99 financial centers, 78 of which are located in CHL's retail branch offices as of December 31, 2006, call centers and the Internet. Countrywide Bank also offers deposit accounts through deposit brokers (generally, well-recognized financial intermediaries).

A significant portion of Countrywide Bank's deposit liabilities are comprised of custodial funds that relate to the loan servicing portfolio of CHL. Countrywide Bank also borrows funds from other sources to supplement its deposit liabilities, including mortgage loan-secured borrowings from the Federal Home Loan Bank ("FHLB") of Atlanta, repurchase agreements secured by purchased federal funds. Countrywide Bank also offers commercial deposit accounts to title and mortgage insurance companies through a developing commercial business unit.

Countrywide Bank acts as a mortgage document custodian, primarily for our mortgage banking operations. As a document custodian, we verify, maintain and release collateral for issuers, servicers, sellers and purchasers of debt securitizations. We also provide other services, including safekeeping, collateral review/certification, collateral releases and customer reporting.

Properties securing the mortgage loans in our Banking Operations' portfolio of loans held for investment are concentrated in the State of California. The following is a summary of the geographical distribution of loans included in the Bank's loan portfolio for the states with more than five percent of the total unpaid principal balance at December 31, 2006:

| State | Unpaid Principal Balance (in thousands) | % Total Balance |
|---|---|---|
| California | | |
| Southern | $19,638,756 | 27% |
| Northern | 13,272,718 | 19% |
| | 32,911,474 | 46% |
| Florida | 4,292,588 | 6% |
| Virginia | 3,777,253 | 5% |
| All other states | 30,816,948 | 43% |
| Total | $71,798,263 | 100% |

Mortgage Banking Activities

Countrywide Bank produces loans for sale which we have defined as a Mortgage Banking activity. The mortgage loan production, the related balance sheet and the income relating to the holding and sale of these loans is therefore included in our Mortgage Banking Segment. We fund loans through Countrywide Bank for sale by our Mortgage Banking Segment as an efficient means of financing loans during the period the loans are held for sale.

### Countrywide Warehouse Lending

We provide committed and uncommitted lines of credit to mortgage bankers to finance their mortgage loan inventories, which we refer to as warehouse lending, through both a non-depository lending company and Countrywide Bank. Most of these mortgage bankers sell loans to our Mortgage Banking Segment's Correspondent Lending Channel. All of these advances are secured by mortgage loans that have a market value in excess of the balance of our advances.

### Competition

We operate in a highly competitive environment. Competition for retail deposits comes primarily from other insured depository institutions, which include more than 7,400 commercial banks and approximately 1,300 savings institutions. We attract and retain deposits through a combination of competitive rates, physical presence, experienced banking professionals and easy access to our products through call centers and the Internet at www.countrywidebank.com. Because of our low-cost structure relative to other financial institutions, we are able to offer deposit rates that are among the most competitive in the industry.

Countrywide Bank invests primarily in adjustable-rate and short duration residential mortgage loans. Competition in making real estate loans comes principally from other savings institutions, mortgage banking companies and commercial banks. The majority of loans that the Banking Segment invests in are sourced by the Mortgage Banking Segment. Countrywide Bank also competes with commercial banks and investment banks in the purchase of loans from third parties.

11

Our Banking Segment's competitive position is enhanced by its relationship with our Mortgage Banking Segment. For example, a significant portion of Countrywide Bank's deposit liabilities consists of custodial funds controlled by CHL. As discussed above, Countrywide Bank obtains retail deposit products through financial centers placed within certain of CHL's retail branch offices. This economical use of space reduces the Bank's deposit acquisition costs.

**Capital Markets Segment**

Our Capital Markets Segment primarily operates as a registered securities broker-dealer, which is also a primary dealer of U.S. Treasury securities, a residential mortgage loan manager and a commercial mortgage loan originator. We also operate broker-dealers in Japan, Hong Kong and the United Kingdom; an introducing broker of futures contracts; an asset manager; a broker of MSRs and a derivatives dealer. With the exception of our commercial mortgage activities, we transact primarily with institutional customers, such as banks, other depository institutions, insurance companies, asset managers, mutual funds, pension plans, other broker-dealers and governmental agencies. Customers of our commercial real estate finance business are the owners or sponsors of commercial properties, who can be individuals or institutions.

Our activities consist of the following:

*Conduit*

Conduit activities include the purchase, warehousing and ultimate disposition of residential mortgage loans on behalf of CHL. In our conduits, we manage both Nonprime Mortgage Loans and Prime Mortgage Loans which are either acquired from third parties or originated by CHL. We accumulate these loans for sale either through securitizations or loan sales. We also manage the acquisition and disposition of delinquent or otherwise illiquid residential mortgage loans, some of which have been originated under FHA and VA programs. We attempt to cure the loans, using the servicing operations of CHL, with the intent to securitize those loans that become eligible for securitization. The remaining loans are serviced through foreclosure and liquidation, which includes the collection of government insurance and guarantee proceeds relating to defaulted FHA and VA program loans.

*Underwriting*

Capital Markets participates in both competitive bid and negotiated underwritings and underwrites for both CHL and third parties. Underwriting activities may encompass the assumption of the market risk of buying a new issue of securities from the issuer and reselling the securities to investors, either directly or through dealers. Capital Markets primarily underwrites mortgage-related debt securities. Capital Markets earns an underwriting spread that is the difference between the amount paid to the issuer of securities and the offering price to investors, net of expenses. The spread earned on each transaction and the level of market risk assumed may vary based upon the nature of the market and the terms of the underwriting agreement.

*Securities Trading*

Securities trading activities include the trading of debt securities in the secondary market after the original issuance of the security and, to a much lesser extent, trading of derivative financial instruments. We generally trade mortgage-related fixed-income securities, including MBS, collateralized mortgage obligations and asset-backed securities ("ABS") issued by Fannie Mae, Freddie Mac, Ginnie Mae and other financial institutions, including CHL. We also trade securities issued by the U.S. Department of Treasury and other governmental agencies.

### Origination and Sale of Commercial Mortgage Loans

Capital Markets originates and sells commercial mortgage loans. Commercial mortgages are mortgages secured by commercial properties, such as apartment buildings, retail properties, office buildings, industrial sites and hotels.

### Brokering

Brokering activities include brokerage of residential mortgage loan transactions, brokerage of MSRs, brokerage of exchange-traded future contracts, advisory services and brokering of exchange traded futures contracts and commodity options in an agent capacity. The brokerage of residential mortgage loans, MSRs and futures contracts may be between third parties or between CHL and third parties.

### Asset Management

Asset management activities are conducted for the benefit of investors. This includes managing a private equity fund, as well as management of collateralized debt and bond obligations. We receive fees, including performance fees, for providing these services. We may also share in the results of the funds when we hold an investment interest in the fund.

### Competition

The securities industry is both highly competitive and fragmented. In the mortgage securities market, we compete with global investment banks as well as regional broker-dealers. We believe by leveraging the strengths of CHL and by specializing in the mortgage securities market, we can offer information, products and services tailored to the unique needs of institutional customers, giving us an advantage in the market. In contrast, many of our competitors offer a broader range of products and services, which may place us at a competitive disadvantage. However, we believe that our competitive position is strengthened by our offerings of more non-residential mortgage related products and services to the global institutional investor markets.

For 2006, according to *Inside MBS & ABS,* we ranked second among Non-Agency MBS Underwriters.

## Insurance Segment

Our Insurance Segment's primary activities are:

- Offering property, casualty, life and disability insurance as an underwriter and as an insurance agent, offering warranty products and services, insurance tracking services affiliated with our lender-placed insurance programs and an array of commercial insurance products through our agency ("Insurance Operations").

- Providing reinsurance coverage to primary mortgage insurers ("Reinsurance Operations").

We manage these activities through two business units—Balboa Insurance Group and Balboa Reinsurance Company.

### Insurance Operations

Our insurance operations include our insurance underwriters/carriers and their affiliated businesses, and our agency operations.

We underwrite property, casualty, life and disability insurance in 50 states and the District of Columbia through the insurers that make up Balboa Insurance Group. Our retail insurance products are offered by select general insurance agents serving the consumer market, including our insurance agency.

Our insurance operations offer the following insurance product lines:

- *Lender-Placed Property and Automobile*—We offer lender-placed real-property hazard insurance and lender-placed automobile insurance. Such insurance is provided on behalf of mortgage and automobile lenders when borrowers fail to have agreed-upon insurance coverage in place to protect the lender's security interest. We also provide insurance tracking services, which alert a lender when there is a lapse in a borrower's insurance, for more than 18.5 million loans, including nearly 8.2 million loans serviced within our Mortgage Banking Segment.

- *Voluntary Homeowners and Automobile*—We underwrite retail homeowners and automobile insurance for consumers under the brand name Countrywide Insurance Group. We also offer home warranties to consumers.

- *Life, Disability and Credit*—We underwrite term life, credit disability and credit life insurance products. Our retail insurance products are offered by select general insurance agents servicing the consumer market, including our affiliated agency.

During 2005, we filed a notice with the Florida Office of Insurance Regulation to discontinue underwriting voluntary homeowners and renters insurance in Florida. In March 2006, the Florida office of Insurance Regulation approved our plan to discontinue underwriting voluntary homeowners and renters insurance in Florida, with non-renewal of residential policies beginning July 1, 2006.

Our Insurance Operations' property and casualty division has received an "A (Excellent)" rating from A.M. Best Company, an insurance company rating and information service. Our life insurance operations maintain an "A- (Excellent)" rating from A.M. Best Company. The "Excellent" rating is defined by the A.M. Best Company as having "an excellent ability to meet ongoing obligations to policy holders."

Our insurance agencies provide consumers, in particular our mortgage customers, with homeowners, life, disability, automobile and various other insurance products. Our insurance agencies also operate a full-service commercial insurance program that offers a comprehensive menu of products and services to meet the insurance needs of small, mid-size and large businesses. The commercial insurance group distributes a wide array of competitively priced property & casualty and employee benefits programs in specialty niche markets, including home builders, mortgage brokers and bankers, real estate brokers and commercial property owners.

### Reinsurance Operations

We provide mortgage reinsurance to the insurance companies that provide primary mortgage insurance ("PMI") on loans in our servicing portfolio. This reinsurance covers losses in excess of a specified percentage of the principal balance of a given pool of mortgage loans, subject to a contractual limit, in exchange for a portion of the pools' mortgage insurance premium. We provide this coverage with respect to substantially all of the loans in our portfolio that are covered by PMI, which generally includes all conventional loans with an original loan amount in excess of 80% of the property's appraised value. In return for providing this coverage, we earn a portion of the PMI premiums.

### Competition

The lender-placed insurance market is dominated by a small number of providers, competing on policy terms and conditions, service, technological innovation, compliance capability, loan tracking ability and price.

The homeowners, automobile, term life, credit-life and credit-disability marketplaces are dominated by large, well-known providers. Consumers select such insurance based on price, service and the efficiency and effectiveness of marketing and underwriting operations.

We compete generally by providing high-quality service and pricing our products at competitive rates, as well as by leveraging our residential mortgage loan customer base.

**Global Operations Segment**

The primary activities we conduct in our Global Operations Segment include:

- *Loan Processing and Subservicing*—We provided mortgage loan application processing and mortgage loan subservicing in the UK until July 31, 2006, when we discontinued such businesses. However, we continue to license certain of the related technology to mortgage lenders in the UK.

- *Offshore Services*—We perform business process and technology services for various units of the Company at three locations in India.

*Competition*

Our competitors in this segment include business process outsourcers and technology companies operating in Europe and India. We compete by leveraging Countrywide's mortgage expertise and our proprietary technology.

**Financing of Operations**

*Uses of Financing*

We have significant financing needs. Our short-term financing needs arise primarily from the following:

- Warehousing of mortgage loans pending sale

- Trading activities of our broker-dealer

- Providing mortgage warehouse credit to others.

Our long-term financing needs arise primarily from the following:

- Investments in mortgage loans

- Investments in MSRs and interests that we retain when we securitize mortgage loans

- Financial instruments acquired to manage the interest rate risk associated with those investments.

*Sources of Financing*

We meet our financing needs primarily through the following means:

- Unsecured commercial paper and medium-term notes

- Asset-backed commercial paper

- Revolving lines of credit

- Short-term repurchase agreements

- Deposit-gathering

- FHLB advances

- Unsecured subordinated debt and junior subordinated debt, which includes high equity content debt securities

- Retained earnings.

We typically access the public corporate debt market by issuing unsecured commercial paper, asset-backed commercial paper and unsecured medium-term notes. At times, we may also issue subordinated debt, convertible debt and securities that rating agencies credit with high equity content.

Our ongoing access to the public debt markets is dependent on a high credit rating. For the last 14 years, we have consistently maintained solid investment-grade ratings. To maintain investment-grade ratings we must, among other considerations, maintain a high level of liquidity, including access to alternative sources of funding such as committed bank standby lines of credit. We also must maintain a conservative debt-to-equity ratio. Current credit ratings are as follows:

| Rating Agency | Countrywide Financial Corporation | | Countrywide Home Loans | | Countrywide Bank | |
|---|---|---|---|---|---|---|
| | Short-Term | Long-Term | Short-Term | Long-Term | Short-Term | Long-Term |
| Standard & Poors. . . | A-1 | A | A-1 | A | A-1 | A |
| Moody's Investors Service . . . . . . . . . | P-2 | A3 | P-2 | A3 | P-2 | A3 |
| Fitch . . . . . . . . . . . . . | F1 | A | F1 | A | F1 | A |

We use short-term secured financing such as asset-backed commercial paper conduits and repurchase agreements to finance a substantial portion of our mortgage loan inventory and securities trading portfolio. Countrywide Bank finances its investments in mortgage loans primarily with a combination of deposit liabilities and secured FHLB advances.

We rely substantially on the secondary mortgage market as a source of long-term capital to support our mortgage banking operations. Most of the mortgage loans that we produce in our Mortgage Banking Segment and Capital Markets Segment are sold in the secondary mortgage market, primarily in the form of MBS and ABS.

Our strategy is to ensure our ongoing access to the secondary mortgage market by consistently producing quality mortgages and servicing those mortgages at levels that meet or exceed secondary mortgage market standards. We make significant investments in personnel and technology to ensure the quality of our mortgage loan production.

Our primary source of equity capital is retained earnings. We supplement our equity capital with subordinated and junior subordinated debt that receives varying degrees of "equity treatment" from rating agencies, bank lenders and regulators. From time to time, we may issue common stock or other debt securities that receive high equity treatment as a means of supplementing our capital base and supporting our growth. We may also repurchase common stock pursuant to the repurchase program approved by our Board of Directors.

For a further discussion of our liquidity and capital management see the section in this Report entitled *Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity and Capital Resources.*

### Interest Rate Risk

We typically bear interest rate risk from the time we commit to make a loan at a specified interest rate through the sale or repayment of the loan. We also bear interest rate risk related to the interests we retain in the loans we sell, which are typically in the form of MSRs and retained securities, and to the extent that our loan and securities investment portfolios' yields change on a different basis or at different times than

16

the rates we pay on our borrowings. For a further discussion of our interest rate risk and how this risk is managed, see the section in this Report entitled *Management's Discussion and Analysis of Financial Condition and Results of Operations—Quantitative and Qualitative Disclosures About Market Risk*.

### Credit Risk

Credit risk is the risk that a borrower will not repay the loan's balance as agreed and the risk that the proceeds from liquidation of the collateral securing the loan will not be adequate to repay the loan's balance. Historically, our primary source of credit risk has been the continuing investments and/or obligations we retain either in the form of credit-enhancing subordinated interests, corporate guarantees or representations and warranties issued when we sell or securitize loans. As our portfolio of investment loans has grown, our portfolio credit risk has also grown. For a further discussion of our exposure to credit risk and how we manage this risk, see the section in this Report entitled *Management's Discussion and Analysis of Financial Condition and Results of Operations—Credit Risk Management*.

### Operational Risk

Countrywide, like all large corporations, is exposed to many types of operational risk, including the risk of fraud by employees or outsiders, unauthorized transactions by employees, or operational errors, including clerical or record-keeping errors or those resulting from faulty or disabled computer or telecommunications systems.

For a further discussion of our operational risk and how we manage this risk see the section in this Report entitled *Management's Discussion and Analysis of Financial Condition and Results of Operations—Operational Risk*.

## Regulations

### Regulations Applicable to Financial Institutions and their Holding Companies

#### General

On December 6, 2006, we applied to the Office of Thrift Supervision (the "OTS") to convert Countrywide Bank to a federally chartered savings bank and thereby Countrywide will become a savings and loan holding company subject to regulation by the OTS. We expect the conversion application to be acted upon, and the conversion implemented in the first quarter of 2007, although there can be no assurances when or if regulatory approval will be obtained. However, as of February 28, 2007, we were a bank holding company that had elected to become a financial holding company under the Bank Holding Company Act, as amended (the "BHC Act").

The references in the following discussion to various aspects of statutes and regulations are summaries which do not purport to be complete and which are qualified in their entirety by reference to the actual statutes and regulations.

*Regulations Applicable to our Current Status*

*Regulations Applicable to Bank Holding Companies*

General:   As a financial holding company, we are subject to supervision and examination by the Board of Governors of the Federal Reserve System (the "FRB"). The FRB has authority to issue cease and desist orders against holding companies if it determines that their actions represent unsafe and unsound practices or violations of law. The FRB is empowered to impose civil money penalties for violations of banking statutes and regulations. Regulation by the FRB is primarily intended to protect depositors of the Bank and the Deposit Insurance Fund of the Federal Deposit Insurance Corporation, not our shareholders or creditors.

Limitation on Activities:   The activities of bank holding companies and their subsidiaries are generally limited to the business of banking, managing or controlling banks or furnishing or performing services for their subsidiaries, and other activities that the FRB has determined to be so closely related to banking or managing or controlling banks as to be a proper incident thereto. Under provisions of the BHC Act enacted as part of the Gramm-Leach Bliley Act (the "GLB Act"), a bank holding company, all of whose controlled depository institutions are "well capitalized" and "well managed" (as defined in federal banking regulations) and which obtains at least "satisfactory" Community Reinvestment Act ("CRA") ratings, may elect to become a "financial holding company" and engage in a broader range of powers that are financial in nature or incidental to a financial activity (such as insurance, securities underwriting and dealing, and merchant banking). The Company is a financial holding company.

A financial holding company that desires to engage in activities that are financial in nature or incidental to a financial activity but not previously authorized by the FRB must obtain approval from the FRB before engaging in such activities. The BHC Act requires a bank holding company to obtain prior approval of the FRB before making certain acquisitions.

If any subsidiary bank of a financial holding company ceases to be "well capitalized" or "well managed," the financial holding company will not be in compliance with the requirements of the BHC Act regarding financial holding companies. If a financial holding company is notified by the FRB of such a change in the ratings of any of its subsidiary banks, it must take certain corrective actions within specified timeframes.

If any subsidiary bank of a financial holding company receives a CRA rating of less than "satisfactory," then the financial holding company is prohibited from engaging in new activities or acquiring companies other than bank holding companies, banks or savings associations until the rating is raised to "satisfactory" or better.

Regulatory Capital Requirements: The FRB has promulgated capital adequacy guidelines for use in its examination and supervision of bank holding companies. If a bank holding company's capital falls below minimum required levels, then the bank holding company must implement a plan to increase its capital, and its ability to pay dividends and make acquisitions of new bank subsidiaries may be restricted or prohibited.

To be classified as "adequately capitalized," the FRB's capital adequacy guidelines require that a bank holding company maintain a Tier 1 Leverage ratio equal to at least 4.0% of its average total consolidated assets, a Tier 1 Risk-Based Capital ratio equal to 4.0% of its risk-weighted assets and a Total Risk-Based Capital ratio equal to 8.0% of its risk-weighted assets. To be classified as "well capitalized," a bank holding company is required to maintain a Tier 1 Leverage ratio of 5.0% or greater, a Tier 1 Risk-Based Capital ratio of 6.0% or greater, and a Total Risk-Based Capital ratio of 10.0% or greater. On December 31, 2006, the Company was in compliance with all of the FRB's capital adequacy guidelines to be classified as "well capitalized" with a Leverage ratio of 6.9%, Tier 1 Risked-Based Capital ratio of 11.6% and a Total Risk-Based Capital ratio of 12.8%.

The federal banking regulatory agencies are in the process of proposing revised capital standards that would apply to all financial institutions that are not subject to the Basel II Accord ("Basel 1A"), with the expressed intention to align those standards more closely with those that would be applicable to Basel II institutions. These standards would apply to Countrywide if it is neither required to adopt, nor voluntarily elects to adopt, the Basel II Accord. For a discussion of the Basel II Accord, see the section of this Report entitled "Business-Regulation-Basel II and Basel 1A Capital Standards."

Source of Strength:   FRB policy expects a bank holding company to serve as a source of financial and managerial strength to its subsidiary banks. Under this "source of strength doctrine," a bank holding company is expected to stand ready to use its available resources to provide adequate capital funds to its subsidiary banks during periods of financial stress or adversity, and to maintain resources and the capacity to raise capital that it can commit to its subsidiary banks. Furthermore, the FRB has the right to order a bank holding company to terminate any activity that the FRB believes is a serious risk to the financial safety, soundness or stability of any subsidiary bank.

### Regulations Applicable to Countrywide Bank as a National Bank

General:   Countrywide Bank, N.A. (the "Bank"), a national banking association, is subject to regulation and examination by the Office of the Comptroller of the Currency (the "OCC"). The Bank's deposits are insured by the Deposit Insurance Fund of the Federal Deposit Insurance Corporation ("FDIC") to the maximum extent permitted by law. The OCC is empowered to issue cease and desist orders against the Bank if it determines that activities of the Bank represent unsafe and unsound banking practices or violations of law. The OCC has the power to impose civil money penalties for violations of banking statutes and regulations. Regulation by this agency is primarily intended to protect the depositors of the Bank and the Deposit Insurance Fund of the FDIC, not shareholders or other creditors of the Company or the Bank.

Bank Regulatory Capital Requirements:   The OCC has adopted minimum capital requirements applicable to national banks, which are similar to the capital adequacy guidelines established by the FRB for bank holding companies. Federal banking laws classify an insured financial institution in one of the following five categories, depending upon the amount of its regulatory capital: well capitalized, adequately capitalized, undercapitalized, significantly undercapitalized and critically undercapitalized. The Bank must be well capitalized and well managed for the Company to remain a financial holding company. On December 31, 2006, the Bank was in compliance with the OCC's minimum capital requirements to be classified as well capitalized, with a leverage ratio of 7.3%, a Tier 1 Risked-Based Capital ratio of 12.4% and a Total-Risk Based Capital ratio of 12.8%.

Deposit Insurance and Assessments:   As a result of the Federal Deposit Insurance Reform Act of 2005, the FDIC adopted a revised risk-based assessment system to determine assessment rates to be paid by member institutions such as the Bank, including institutions that are well managed and well capitalized. Under this revised assessment system, risk is defined and measured using an institution's supervisory ratings with certain other risk measures, including certain financial ratios and, for large institutions, such as the Bank, long-term debt issuer ratings. The annual rates for 2007 for institutions in risk category I, the lowest risk category, range from 5 to 7 basis points. These rates may be offset by a one time assessment credit held by an institutions, based on the assessment base of that institution as of December 31, 1996, and in the future by dividends that may be declared by the FDIC if the deposit reserve ratio increases above a certain amount.

Limitations on Interest Rates and Loans to One Borrower:   The rate of interest a bank may charge on certain classes of loans is limited by state and federal law. At certain times in the past, these limitations have resulted in reductions of net interest margins on certain classes of loans. Federal and state laws impose additional restrictions on the lending activities of banks. The maximum amount that a national

The federal banking regulatory agencies are in the process of proposing revised capital standards that would apply to all financial institutions that are not subject to the Basel II Accord ("Basel 1A"), with the expressed intention to align those standards more closely with those that would be applicable to Basel II institutions. These standards would apply to Countrywide if it is neither required to adopt, nor voluntarily elects to adopt, the Basel II Accord. For a discussion of the Basel II Accord, see the section of this Report entitled "Business-Regulation-Basel II and Basel 1A Capital Standards."

Source of Strength:    FRB policy expects a bank holding company to serve as a source of financial and managerial strength to its subsidiary banks. Under this "source of strength doctrine," a bank holding company is expected to stand ready to use its available resources to provide adequate capital funds to its subsidiary banks during periods of financial stress or adversity, and to maintain resources and the capacity to raise capital that it can commit to its subsidiary banks. Furthermore, the FRB has the right to order a bank holding company to terminate any activity that the FRB believes is a serious risk to the financial safety, soundness or stability of any subsidiary bank.

*Regulations Applicable to Countrywide Bank as a National Bank*

General:    Countrywide Bank, N.A. (the "Bank"), a national banking association, is subject to regulation and examination by the Office of the Comptroller of the Currency (the "OCC"). The Bank's deposits are insured by the Deposit Insurance Fund of the Federal Deposit Insurance Corporation ("FDIC") to the maximum extent permitted by law. The OCC is empowered to issue cease and desist orders against the Bank if it determines that activities of the Bank represent unsafe and unsound banking practices or violations of law. The OCC has the power to impose civil money penalties for violations of banking statutes and regulations. Regulation by this agency is primarily intended to protect the depositors of the Bank and the Deposit Insurance Fund of the FDIC, not shareholders or other creditors of the Company or the Bank.

Bank Regulatory Capital Requirements:    The OCC has adopted minimum capital requirements applicable to national banks, which are similar to the capital adequacy guidelines established by the FRB for bank holding companies. Federal banking laws classify an insured financial institution in one of the following five categories, depending upon the amount of its regulatory capital: well capitalized, adequately capitalized, undercapitalized, significantly undercapitalized and critically undercapitalized. The Bank must be well capitalized and well managed for the Company to remain a financial holding company. On December 31, 2006, the Bank was in compliance with the OCC's minimum capital requirements to be classified as well capitalized, with a leverage ratio of 7.3%, a Tier 1 Risked-Based Capital ratio of 12.4% and a Total-Risk Based Capital ratio of 12.8%.

Deposit Insurance and Assessments:    As a result of the Federal Deposit Insurance Reform Act of 2005, the FDIC adopted a revised risk-based assessment system to determine assessment rates to be paid by member institutions such as the Bank, including institutions that are well managed and well capitalized. Under this revised assessment system, risk is defined and measured using an institution's supervisory ratings with certain other risk measures, including certain financial ratios and, for large institutions, such as the Bank, long-term debt issuer ratings. The annual rates for 2007 for institutions in risk category I, the lowest risk category, range from 5 to 7 basis points. These rates may be offset by a one time assessment credit held by an institutions, based on the assessment base of that institution as of December 31, 1996, and in the future by dividends that may be declared by the FDIC if the deposit reserve ratio increases above a certain amount.

Limitations on Interest Rates and Loans to One Borrower:    The rate of interest a bank may charge on certain classes of loans is limited by state and federal law. At certain times in the past, these limitations have resulted in reductions of net interest margins on certain classes of loans. Federal and state laws impose additional restrictions on the lending activities of banks. The maximum amount that a national

bank may loan to one borrower generally is limited to 15% of the bank's capital, plus an additional 10% for loans fully secured by readily marketable collateral, as such term is defined in applicable regulation.

Payment of Dividends:    The Bank is subject to federal laws limiting the payment of dividends. Under the Federal Deposit Insurance Act ("FDIA"), an FDIC-insured institution may not pay dividends while it is undercapitalized or if payment would cause it to become undercapitalized. The OCC also generally prohibits the declaration of a dividend out of the capital and surplus of a bank.

Community Reinvestment Act ("CRA"):    The Bank is subject to the CRA and implementing regulations. CRA regulations establish the framework and criteria by which the bank regulatory agencies assess an institution's record of helping to meet the credit needs of its community, including low- and moderate- income neighborhoods. CRA ratings are taken into account by regulators in reviewing certain applications made by the Company and its banking subsidiaries. The Bank's CRA rating is "satisfactory."

Limitations on Transactions with Affiliates:    Countrywide Financial Corporation and its non-bank subsidiaries are affiliates of the Bank within the definition of Sections 23A and 23B of the Federal Reserve Act and regulations promulgated thereunder. Transactions between a bank and an affiliate are generally subject to the requirement that they be on terms and conditions, including credit standards, substantially the same as, or at least as favorable to the bank as, those prevailing at the time for comparable transactions with non-affiliates or, in the absence of comparable transactions, on terms and conditions that would be offered to nonaffiliates. In addition, certain transactions between a bank and an affiliate, such as asset purchases by a bank from an affiliate, and bank extensions of credit to or for the benefit of an affiliate, are defined as "covered transactions," and are subject to quantitative limitations and more stringent qualitative restrictions, including but not limited to collateralization and safety and soundness requirements.

### Regulation of Other Activities of National Banks

The investments and activities of the Bank as a national bank are also subject to regulation by federal banking agencies, with respect to:

- Investments in subsidiaries
- Investments for the Bank's account (including limitations on investments)
- Unsecured commercial paper and medium-term notes
- Loans to officers, directors and their affiliates
- Security requirements
- Anti-tying limitations
- Anti-money laundering
- Financial privacy and customer identity verification requirements
- Truth-in-lending
- The types of interest-bearing deposit accounts which it can offer
- Trust department operations
- Brokered deposits
- Audit requirements
- Issuance of securities
- Branching
- Mergers and acquisitions.

In addition, Countrywide Bank is subject to the Bank Secrecy Act and other anti-money laundering laws and regulations including the USA Patriot Act of 2001. These laws and regulations require Countrywide Bank to have an effective anti-money laundering program that would prevent the use of Countrywide Bank for facilitating the flow of illegal funds by for example, reporting large currency transactions, filing suspicious activity reports, implementing appropriate know your customer programs, and maintaining appropriate compliance programs. Violation of these provisions can result in substantial civil and criminal penalties. In addition, the federal bank regulatory agencies, including the FRB, OCC and OTS, are required to consider the effectiveness of an institution's anti-money laundering program when reviewing bank mergers and acquisitions.

### *Regulations Applicable After Conversion of Countrywide Bank to a Federal Chartered Savings Bank*

#### *Regulations Applicable to Savings and Loan Holding Companies*

Limitation on Activities:   As a unitary savings and loan holding company, Countrywide will be limited to business activities that are permitted under applicable provisions of the Home Owners' Loan Act and regulations promulgated thereunder. These activities include those permitted to bank or financial holding companies under the BHC Act, any activities in which a multiple savings and loan holding company was authorized to engage in directly on March 5, 1987 (which include certain real estate related activities) and certain other activities outlined in applicable law and regulation. Management believes that the restrictions on our activities as a savings and loan holding company will not substantially differ from those applicable to a bank holding company.

Regulatory Capital Requirements: As a savings and loan holding company, Countrywide will not be subject to the consolidated regulatory capital requirements applicable to a bank holding company. However, the OTS expects savings and loan holding companies to maintain capital that is sufficient to support the holding company's business activities, and the risks inherent in those activities. Countrywide Bank will remain subject to capital requirements that are substantially similar to those applicable to national banks.

Enforcement:   The OTS has the power to take enforcement action against savings and loan holding companies and their affiliates to the extent that any action or business taken or conducted by the holding company or affiliate threatens the safety, soundness or stability of the subsidiary insured institution.

Qualified Thrift Lender Test: Federal savings banks must comply with the Qualified Thrift Lender ("QTL") Test. The QTL Test requires that a savings association, including a federal savings bank, have assets designated as "qualified thrift investments" constituting no less than 65% of its portfolio assets. Qualified thrift investments are defined to include mortgage loans, home improvement loans, home equity loans, mortgage-backed securities, shares of stock issued by any federal home loan bank, small business loans, credit card loans, certain qualifying CRA investments and certain consumer loans. If an institution does not meet the QTL Test, it may be precluded from interstate branching and engaging in any new activities, and certain other restrictions. The Company believes that upon the conversion of the Bank to a federally chartered savings bank, it will be in compliance with the QTL Test. The QTL Test does not apply to national banks or their holding companies.

#### *Regulations Applicable to Countrywide Bank as a Federally Chartered Savings Bank*

General:   As a federal savings bank, the Bank will be subject to regulation and examination by the OTS. The Bank's deposits will continue to be insured by the Deposit Insurance Fund of the FDIC. The OTS is empowered to issue cease and desist orders against a federal savings bank if it determines that activities of the institution represent unsafe and unsound banking practices or violations of law. The OTS has the power to impose upon federal savings banks and certain affiliated parties civil money penalties for violations of banking statutes and regulations. Regulation by this agency is primarily intended to protect

21

the depositors of the federal savings bank and the Deposit Insurance Fund of the FDIC, not shareholders or other creditors of the federal savings bank or its holding companies.

Bank Regulatory Capital Requirements:    A federal savings bank is generally subject to regulatory capital requirements similar to those applicable to national banks. In addition, federal savings banks are required to maintain tangible equity capital, as defined in OTS regulations, of no less than 1.5% of adjusted total assets. While intangible assets are deducted from the assets to make this calculation, a substantial portion of MSRs are not considered intangible assets for this purpose. The Company believes that the Bank will be in compliance with the tangible equity capital requirement upon its conversion to a federal savings bank.

Deposit Insurance and Assessments:    As a federal savings bank, the Bank will be subject to the same deposit insurance assessment level as is applicable to it as a national bank.

Limitations on Interest Rate and Loans to One Borrower:    The rate of interest a federal savings bank may charge on certain classes of loans is limited by the same laws as are applicable to national banks. The maximum amount that a federal savings bank may loan to one borrower generally is limited to 15% of the bank's capital, plus an additional 10% for loans fully secured by readily marketable collateral, as such term is defined in applicable regulation.

Payment of Dividends:    As a federal savings bank, the Bank will continue to be subject to the provisions of the FDIA relating to dividends and will not be permitted to pay dividends while it is undercapitalized or if payment would cause it to become undercapitalized. The OTS requires federal savings banks that are subsidiaries of savings and loan holding companies to provide notice to the OTS of the declaration of a dividend. In certain instances, such as where the dividend, when aggregated with all other capital distributions in the applicable year, would exceed net income for that year plus retained net income for the preceding two years, or where the federal savings bank would not be at least adequately capitalized, OTS approval of a dividend is required.

Community Reinvestment Act:    As a federal savings bank, the Bank will continue to be subject to the CRA and implementing regulations. CRA ratings will be taken into account by the OTS in reviewing certain applications made by the Company and the Bank.

Limitations on Transactions with Affiliates:    The federal banking laws and regulations applicable to transactions between the Bank and its affiliates will continue to be applicable to the Bank after its conversion to a federal savings bank. In addition, as a federal savings bank, the Bank will not be permitted to extend credit to affiliates that are engaged in certain business activities that were not permitted to bank holding companies prior to the enactment of the GLB Act, nor will it be permitted to invest in securities of an affiliate other than a subsidiary of the Bank.

### Regulation of Other Activities of Federally Chartered Savings Bank

The investments and activities of the Bank following its conversion to a federally chartered savings bank are subject to regulation by federal Banking agencies as described in the *Regulations Applicable to Our Current Status—Regulation of Other Activities of National Banks* section of this Report. In addition, Countrywide Bank will continue to be subject to the Bank Secrecy Act and other anti-money laundering laws and regulations including the USA Patriot Act of 2001.

### Regulations Applicable to Non-Bank Subsidiaries

### General

As discussed below, the non-bank subsidiaries of the Company are subject to supervision and examination by the FRB and may be subject to the supervision of, and regulation and licensure by, other

22

state and federal regulatory agencies. There are also a number of proposed and enacted federal, state and local laws aimed at protecting a consumer's privacy. Generally, privacy laws cover a wide range of issues including limiting a company's ability to share information with third parties or affiliates, providing stronger identity theft protection, victim's assistance programs and security breach notification, providing the ability to avoid telemarketing solicitations through "do-not-call" lists, and limiting e-mail and fax advertising. These laws also impose penalties for non-compliance.

### Mortgage Banking Segment

Our mortgage banking business is subject to the rules, regulations or guidelines of, and/or examination or investigation by, the following entities with respect to the processing, originating, selling and servicing of mortgage loans:

- The Federal Reserve Board
- The Department of Housing and Urban Development ("HUD")
- The Federal Housing Administration
- The Department of Veteran Affairs
- Fannie Mae, Freddie Mac and Ginnie Mae
- The OCC or OTS as applicable
- The Federal Home Loan Bank ("FHLB")
- The Federal Trade Commission
- State regulatory authorities and Attorneys General
- Regulation AB of the Securities and Exchange Commission

The rules, regulations and requirements of these entities, among other things, impose licensing obligations on the Company or its subsidiaries; establish standards for advertising as well as processing; underwriting and servicing mortgage loans and appraisal practices; prohibit discrimination; restrict certain loan features in some cases and fix maximum interest rates and fees in some states.

As an FHA lender, we are required to submit to the FHA Commissioner, on an annual basis, audited financial statements. Ginnie Mae, HUD, Fannie Mae and Freddie Mac require the maintenance of specified net worth levels (which vary among the entities). Our affairs are also subject to examination by the Federal Housing Commissioner to assure compliance with FHA regulations, policies and procedures.

Mortgage origination activities are subject to the Fair Housing Act, Equal Credit Opportunity Act, Truth-in-Lending Act, Home Mortgage Disclosure Act, the Real Estate Settlement Procedures Act and the Home Ownership Equity Protection Act and the regulations promulgated under those statutes, as well as other federal laws and other regulations. These laws prohibit discrimination, require the disclosure of certain basic information to mortgagors concerning credit terms and settlement costs, prohibit referral fees and require the maintenance and disclosure of information regarding the disposition of mortgage applications based on race, gender, geographical distribution, income level and annual percentage rate over certain thresholds. We expect the publication of such information to lead to heightened scrutiny of all mortgage lenders' loan pricing and underwriting practices.

Currently, there are a number of proposed and recently enacted federal, state and local laws and regulations and guidance addressing responsible lending practices with respect to borrowers with blemished credit or nontraditional mortgage products. In general, these laws and regulations would or will impose new loan disclosure requirements; restrict or prohibit certain loan terms, fees and charges such as

prepayment penalties; may require borrower counseling; and increase penalties for non-compliance. The impact of these regulations and guidance on the industry and us is uncertain at this time.

However, there can be no assurance that more restrictive laws, rules and regulations will not be adopted in the future or that the existing laws, rules and regulations will not be applied in a manner that may adversely impact our business or make compliance more difficult or expensive.

### Capital Markets Segment

Securities broker-dealer operations are subject to federal and state securities laws, as well as the rules of the United States Securities and Exchange Commission, the National Association of Securities Dealers, Inc., Financial Services Agency of Japan, Securities and Futures Commission of Hong Kong, Financial Services Authority of the United Kingdom, the National Futures Association and the Commodities and Futures Trading Commission. State, federal and foreign securities laws govern many aspects of the broker-dealer's business, including the maintenance of required levels of capital requirements, the establishment of segregated cash accounts for the benefit of customers, the monthly and annual reporting of operating and financial data to regulators, the approval and documentation of trading activity, the retention of records and the governance of the manner in which business may be conducted with customers.

### Insurance Segment

The Company, by virtue of its ownership of insurance companies, is a member of an insurance holding company group pursuant to the provisions of the insurance holding company acts (collectively the "Holding Company Acts"). The insurance company entities are subject to the various state insurance departments' broad regulatory, supervisory and administrative powers. These powers relate primarily to: the standards of capital and solvency which must be met and maintained; the licensing of insurers and their agents; the nature and limitation of insurers' investments; the approval of rates, rules and forms; the issuance of securities by insurers; periodic examinations of the affairs of insurers; and the establishment of reserves required to be maintained for unearned premiums, losses and other purposes.

Pursuant to the Holding Company Acts, the Company must provide state insurance departments with certain financial information. In addition, certain transactions specified by the Holding Company Acts may not be effected without the prior notice and/or approval of the applicable insurance department. Examples of transactions that may require prior approval include, but are not limited to, sales, purchases, exchanges, loans and extensions of credit, and dividends and investments between the insurance company entity and other entities within the holding company group.

### Global Operations

The mortgage loan application processing and servicing business of our Global Operations Segment is regulated by the Financial Services Authority in the United Kingdom.

### Taxation

Countrywide files a consolidated federal income tax return and a combined income tax return in California and certain other states. Additional income tax returns are filed on a separate entity basis in various other states and localities.

Deferred taxes are provided for the future tax effects of temporary differences between the book and tax basis of assets and liabilities. The Company's primary temporary difference relates to its investment in MSRs created upon the sale of mortgage loans. According to the Internal Revenue Code and related

administrative guidance, substantially all of the Company's gain on sale of loans is recognized in future periods as servicing fee income is earned.

Countrywide is generally subject to California's higher income tax rate for financial corporations in lieu of having to pay certain state and local personal property and other taxes that are paid by non-financial corporations. The statutory financial corporation tax rate was 10.84% for 2006 and 2005. The Company apportions taxable income to the various states in which it does business based on its level of business activity in those states, which is determined primarily by reference to payroll costs, revenues and property (including loans outstanding). Among the many factors that the Company considers in determining where to conduct its business activities are prevailing state income tax rates.

As a matter of course, the Company is regularly audited by federal, state and other tax authorities. The Internal Revenue Service has examined Countrywide's tax returns for tax years through 2002, and is currently examining 2003 and 2004. The Company is currently under examination for tax years 2003 and 2004 by the California Franchise Tax Board, which has previously audited tax years through 2001. Management believes it has adequately provided for probable tax liabilities that may be assessed for years in which the statute of limitations remain open.

### Interagency Guidance on Residential Mortgage Products

On October 4, 2006, the FRB, OCC, OTS and the federal financial regulatory agencies issued final interagency guidance on residential mortgage products that allow borrowers to defer repayment of principal and/or interest, including "interest-only" mortgage loans and "payment option" adjustable-rate mortgages, which provide a borrower with flexible payment options, including payments that have the potential for negative amortization. While acknowledging that innovations in mortgage lending can benefit some consumers, in issuing this guidance, the federal banking agencies stated their concern that these and other practices described in the guidance can present risks that institutions must appropriately manage.

The guidance requires that management assess a borrower's ability to repay the loan, including any additional principal balances resulting from negative amortization, which results when deferred interest payments are added to the principal balance. In particular, the guidance requires that for all nontraditional mortgage loan products, an institution's analysis of a borrower's repayment capacity should include an evaluation of their ability to repay the debt at final maturity at the fully indexed rate, assuming a fully amortizing repayment schedule. In addition, for products that permit negative amortization, the repayment analysis should be based upon the initial loan amount plus any balance increase that may accrue from the negative amortization features. The guidance contains further steps which must be taken with respect to loans that have additional risk-layering features, such as reduced documentation programs and simultaneous second liens. The guidance also articulated portfolio management measures that should be taken by institutions that originate or invest in nontraditional mortgage products. Finally, the guidance also requires that financial institutions provide customers sufficient information to clearly understand the loan terms and associated risks prior to a customer's choosing a nontraditional mortgage product. The impact of this guidance on the industry and the Company is uncertain at this time.

### Future Legislation

Various legislation, including proposals to change substantially the financial institution regulatory system, is from time to time proposed for adoption. Any new legislation may change banking or other statutes and the operating environment of the Company in substantial and unpredictable ways. If enacted, this legislation could increase or decrease the cost of doing business, limit or expand permissible activities or affect the competitive balance among banks, savings associations, credit unions and other financial institutions. We cannot predict whether any of this potential legislation will be enacted and, if enacted, the

effect that it, or any implementing regulations, could have on the Company's business, results of operations or financial condition.

*Basel II Capital Standards*

We may be required to comply with, or decide to adopt, certain new capital and other regulatory requirements proposed by the Basel Committee on Banking Supervision, as proposed to be implemented in the United States. These proposed requirements, which are often referred to as the Basel II Accord, would, among other things, modify the capital charge applicable to credit risk and incorporate a capital charge for operational risk. The Basel II Accord also places greater reliance on market discipline than current standards. The Basel II standards will be mandatory with respect to banking organizations with total banking assets of $250 billion or more or total on-balance-sheet foreign exposure of $10 billion or more. As a bank holding company, the threshold for mandatory adoption is determined by reference to the consolidated company; following conversion to a federal savings bank, the threshold for mandatory adoption is determined by reference to the federal savings bank subsidiary. We have not yet determined whether to adopt the Basel II Accord prior to the time when the Company is required to adopt it.

If we choose to opt in, Countrywide Financial Corporation will be required to implement advanced measurement techniques employing internal estimates of certain key risk drivers to derive capital requirements. Prior to our implementation of the new capital regime, we will be required to demonstrate to our primary federal regulator that our measurement approaches meet relevant supervisory standards. Opting into Basel II may require us to meet more onerous computational requirements. U.S. regulators have proposed an effective date of January 1, 2009 with a gradual phase-in schedule. If Countrywide Financial Corporation adopts Basel II, voluntarily or mandatorily, the Basel II Accord requirements would replace existing risk-based capital requirements, or, if adopted earlier, the Basel 1A standards described below, but not the leverage capital requirements imposed under U.S. law and regulation.

In December 2006, the bank regulatory agencies issued a revised notice of proposed rulemaking with respect to a new regulatory capital framework ("Basel 1A") which will be available to banking organizations that are not required to adopt, and have not elected to adopt, the Basel II Framework. Countrywide Bank may implement the Basel IA framework once it has been finalized and an implementation date is established, unless it has adopted the Basel II Accord. The comment period for the Basel 1A proposed rulemaking expires on March 26, 2007, after which the bank regulatory agencies will evaluate the proposed rule in light of the comments that are submitted. Among the key issues under consideration in connection with Basel 1A are the use of loan-to-value ratios to determine risk weights for most residential mortgages, an increase in the number of risk weight categories to which credit exposures may be assigned; expansion of the use of external credit ratings for certain externally rated exposures, expansion of the range of collateral and guarantors that may qualify an exposure for lower risk weights, and assessment of a risk-based capital charge to reflect the risk in securitizations with early amortization provisions.

At this time, Countrywide cannot predict the final form the Basel IA capital framework will take, when it will be implemented, the effect that it might have on Countrywide Bank's financial condition or results of its operations, or how these effects might impact Countrywide Financial Corporation. We are monitoring the evolution of the Basel IA capital framework, its potential impact on the Bank, Countrywide Financial Corporation and the industry at large.

**Workforce**

At December 31, 2006, we had a workforce of 54,655, including regular employees and temporary staff, engaged in the following activities:

| | Workforce |
|---|---|
| Mortgage Banking: | |
| Loan Production: | |
| Retail Lending: | |
| Consumer Markets | 16,257 |
| Full Spectrum Lending | 8,834 |
| | 25,091 |
| Wholesale Lending | 4,009 |
| Correspondent Lending | 2,506 |
| Total Loan Production | 31,606 |
| Loan Servicing | 6,980 |
| Loan Closing Services | 1,681 |
| Banking | 1,997 |
| Capital Markets | 886 |
| Insurance | 1,980 |
| Global Operations | 2,784 |
| Corporate Administration and Other | 6,741 |
| Total | 54,655 |

**Additional Information**

Countrywide Financial Corporation was incorporated in New York on March 14, 1969, and on February 6, 1987, was reincorporated in Delaware. The Company was originally named OLM Credit Industries, Inc., and has also been known as Countrywide Credit Industries, Inc.

**Loan Production Tables**

The following table presents our consolidated loan production by loan type for the periods indicated:

| | Consolidated Mortgage Loan Production Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| **Conventional Conforming Loans** | | | | | |
| Number of Loans | 723,933 | 776,479 | 826,914 | 1,509,925 | 993,538 |
| Volume of Loans | $ 149,095 | $ 159,561 | $ 134,762 | $ 234,526 | $ 149,072 |
| Percent of Total Dollar Volume | 31.9% | 32.0% | 37.1% | 53.9% | 59.2% |
| **Conventional Non-conforming Loans** | | | | | |
| Number of Loans | 730,511 | 866,476 | 529,192 | 562,389 | 283,536 |
| Volume of Loans | $ 211,841 | $ 235,614 | $ 144,663 | $ 138,006 | $ 62,665 |
| Percent of Total Dollar Volume | 45.2% | 47.2% | 39.8% | 31.7% | 24.9% |
| **Nonprime Mortgage Loans** | | | | | |
| Number of Loans | 245,881 | 278,112 | 250,030 | 124,205 | 63,195 |
| Volume of Loans | $ 40,596 | $ 44,637 | $ 39,441 | $ 19,827 | $ 9,421 |
| Percent of Total Dollar Volume | 8.7% | 8.9% | 10.9% | 4.6% | 3.7% |
| **Prime Home Equity Loans** | | | | | |
| Number of Loans | 716,353 | 728,252 | 587,046 | 453,817 | 316,049 |
| Volume of Loans | $ 47,876 | $ 44,850 | $ 30,893 | $ 18,103 | $ 11,650 |
| Percent of Total Dollar Volume | 10.2% | 9.0% | 8.5% | 4.2% | 4.6% |
| **FHA/VA Loans** | | | | | |
| Number of Loans | 89,753 | 80,555 | 105,562 | 196,063 | 157,626 |
| Volume of Loans | $ 13,093 | $ 10,714 | $ 13,247 | $ 24,402 | $ 19,093 |
| Percent of Total Dollar Volume | 2.8% | 2.1% | 3.6% | 5.6% | 7.6% |
| **Commercial Real Estate Loans** | | | | | |
| Number of Loans | 620 | 258 | 30 | — | — |
| Volume of Loans | $ 5,671 | $ 3,925 | $ 358 | — | — |
| Percent of Total Dollar Volume | 1.2% | 0.8% | 0.1% | 0.0% | 0.0% |
| **Total Loans** | | | | | |
| Number of Loans | 2,507,051 | 2,730,132 | 2,298,774 | 2,846,399 | 1,813,944 |
| Volume of Loans | $ 468,172 | $ 499,301 | $ 363,364 | $ 434,864 | $ 251,901 |
| Average Loan Amount(1) | $ 185,000 | $ 181,000 | $ 158,000 | $ 153,000 | $ 139,000 |
| Non-Purchase Transactions(2) | 55% | 53% | 51% | 72% | 66% |
| Adjustable-Rate Loans(2) | 45% | 52% | 52% | 21% | 14% |

(1)  Excludes commercial real estate loans.

(2)  Percentage of total loan production based on dollar volume.

The following table presents our Mortgage Banking Segment loan production by loan type:

| | Mortgage Banking Segment Mortgage Loan Production(1) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Years Ended December 31, | | | | |
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| Conventional Conforming Loans | | | | | |
| Number of Loans................... | 708,613 | 766,613 | 821,932 | 1,509,721 | 993,243 |
| Volume of Loans.................... | $  145,711 | $  157,271 | $  133,852 | $  234,455 | $  148,941 |
| Percent of Total Dollar Volume ...... | 34.6% | 36.8% | 42.1% | 58.9% | 61.5% |
| Conventional Non-conforming Loans | | | | | |
| Number of Loans.................... | 648,786 | 712,270 | 430,362 | 492,512 | 265,972 |
| Volume of Loans.................... | $  185,566 | $  186,526 | $  114,315 | $  111,661 | $  57,041 |
| Percent of Total Dollar Volume ...... | 44.1% | 43.6% | 36.0% | 28.0% | 23.5% |
| Nonprime Mortgage Loans | | | | | |
| Number of Loans................... | 227,313 | 254,172 | 218,821 | 95,062 | 43,938 |
| Volume of Loans.................... | $  36,752 | $  40,089 | $  33,481 | $  15,525 | $  6,590 |
| Percent of Total Dollar Volume ...... | 8.7% | 9.3% | 10.5% | 3.9% | 2.7% |
| Prime Home Equity Loans | | | | | |
| Number of Loans................... | 580,969 | 492,586 | 391,967 | 292,171 | 290,285 |
| Volume of Loans.................... | $  39,962 | $  33,334 | $  23,351 | $  12,268 | $  10,848 |
| Percent of Total Dollar Volume ...... | 9.5% | 7.8% | 7.4% | 3.1% | 4.5% |
| FHA/VA Loans | | | | | |
| Number of Loans................... | 89,753 | 80,445 | 102,207 | 196,058 | 157,359 |
| Volume of Loans.................... | $  13,093 | $  10,696 | $  12,812 | $  24,401 | $  19,017 |
| Percent of Total Dollar Volume ...... | 3.1% | 2.5% | 4.0% | 6.1% | 7.8% |
| Commercial Real Estate Loans | | | | | |
| Number of Loans................... | — | — | — | — | — |
| Volume of Loans.................... | — | — | — | — | — |
| Percent of Total Dollar Volume ...... | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Loans | | | | | |
| Number of Loans................... | 2,255,434 | 2,306,086 | 1,965,289 | 2,585,524 | 1,750,797 |
| Volume of Loans.................... | $  421,084 | $  427,916 | $  317,811 | $  398,310 | $  242,437 |
| Average Loan Amount ............... | $  187,000 | $  186,000 | $  162,000 | $  154,000 | $  138,000 |

(1)  $106.0 billion and $8.1 billion of these loans were funded by Countrywide Bank during the years ended
     December 31, 2006 and 2005, respectively.

The following table presents our Correspondent Lending Channel mortgage loan production by loan type:

| | Correspondent Lending Channel Loan Production | | | | |
| | Years Ended December 31, | | | | |
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| **Conventional Conforming Loans** | | | | | |
| Number of Loans | 411,247 | 462,572 | 422,505 | 847,914 | 484,795 |
| Volume of Loans | $ 84,916 | $ 95,105 | $ 72,411 | $ 139,569 | $ 77,503 |
| Percent of Total Dollar Volume | 47.7% | 47.9% | 54.2% | 71.6% | 70.8% |
| **Conventional Non-conforming Loans** | | | | | |
| Number of Loans | 255,368 | 307,176 | 153,036 | 151,248 | 74,051 |
| Volume of Loans | $ 70,633 | $ 80,854 | $ 40,781 | $ 34,525 | $ 16,188 |
| Percent of Total Dollar Volume | 39.7% | 40.8% | 30.5% | 17.7% | 14.8% |
| **Nonprime Mortgage Loans** | | | | | |
| Number of Loans | 48,700 | 62,420 | 62,895 | 26,836 | 13,590 |
| Volume of Loans | $ 8,067 | $ 10,055 | $ 9,446 | $ 4,110 | $ 1,869 |
| Percent of Total Dollar Volume | 4.5% | 5.1% | 7.1% | 2.1% | 1.7% |
| **Prime Home Equity Loans** | | | | | |
| Number of Loans | 111,658 | 106,311 | 69,769 | 31,279 | 44,709 |
| Volume of Loans | $ 6,910 | $ 6,496 | $ 3,916 | $ 1,542 | $ 1,873 |
| Percent of Total Dollar Volume | 3.9% | 3.3% | 2.9% | 0.8% | 1.7% |
| **FHA/VA Loans** | | | | | |
| Number of Loans | 49,401 | 41,948 | 52,752 | 115,182 | 93,932 |
| Volume of Loans | $ 7,502 | $ 5,848 | $ 7,034 | $ 15,202 | $ 12,041 |
| Percent of Total Dollar Volume | 4.2% | 2.9% | 5.3% | 7.8% | 11.0% |
| **Commercial Real Estate Loans** | | | | | |
| Number of Loans | — | — | — | — | — |
| Volume of Loans | — | — | — | — | — |
| Percent of Total Dollar Volume | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Loans** | | | | | |
| Number of Loans | 876,374 | 980,427 | 760,957 | 1,172,459 | 711,077 |
| Volume of Loans | $178,028 | $198,358 | $133,588 | $ 194,948 | $109,474 |
| Average Loan Amount | $203,000 | $202,000 | $176,000 | $ 166,000 | $154,000 |

The following table presents our Consumer Markets Division of our retail channel's mortgage loan production by loan type:

| | Consumer Markets Division's Mortgage Loan Production Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| **Conventional Conforming Loans** | | | | | |
| Number of Loans | 153,738 | 155,759 | 230,994 | 355,790 | 259,738 |
| Volume of Loans | $ 33,206 | $ 33,724 | $ 34,852 | $ 48,864 | $ 35,167 |
| Percent of Total Dollar Volume | 28.0% | 28.0% | 36.4% | 46.9% | 56.5% |
| **Conventional Non-conforming Loans** | | | | | |
| Number of Loans | 191,989 | 246,060 | 157,543 | 183,711 | 74,447 |
| Volume of Loans | $ 56,086 | $ 61,419 | $ 40,859 | $ 39,515 | $ 15,451 |
| Percent of Total Dollar Volume | 47.3% | 51.1% | 42.7% | 37.9% | 24.9% |
| **Nonprime Mortgage Loans** | | | | | |
| Number of Loans | 4,503 | 1,608 | 408 | 217 | 138 |
| Volume of Loans | $ 559 | $ 152 | $ 16 | $ 8 | $ 5 |
| Percent of Total Dollar Volume | 0.5% | 0.1% | 0.0% | 0.0% | 0.0% |
| **Prime Home Equity Loans** | | | | | |
| Number of Loans | 333,013 | 303,335 | 258,985 | 213,732 | 159,792 |
| Volume of Loans | $ 23,844 | $ 20,935 | $ 15,003 | $ 8,167 | $ 5,408 |
| Percent of Total Dollar Volume | 20.1% | 17.4% | 15.8% | 7.8% | 8.7% |
| **FHA/VA Loans** | | | | | |
| Number of Loans | 34,994 | 32,473 | 42,311 | 69,422 | 56,905 |
| Volume of Loans | $ 4,901 | $ 4,094 | $ 4,889 | $ 7,662 | $ 6,158 |
| Percent of Total Dollar Volume | 4.1% | 3.4% | 5.1% | 7.4% | 9.9% |
| **Commercial Real Estate Loans** | | | | | |
| Number of Loans | — | — | — | — | — |
| Volume of Loans | — | — | — | — | — |
| Percent of Total Dollar Volume | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Loans** | | | | | |
| Number of Loans | 718,237 | 739,235 | 690,241 | 822,872 | 551,020 |
| Volume of Loans | $118,596 | $120,324 | $ 95,619 | $104,216 | $ 62,189 |
| Average Loan Amount | $165,000 | $163,000 | $139,000 | $127,000 | $113,000 |

The following table presents our Full Spectrum Lending Division of our retail channel's mortgage loan production by loan type:

| | Full Spectrum Lending Division Loan Production Years Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| Conventional Conforming Loans | | | | | |
| Number of Loans | 33,906 | 24,328 | 11,775 | 4,757 | 621 |
| Volume of Loans | $ 6,185 | $ 4,344 | $ 1,604 | $ 607 | $ 81 |
| Percent of Total Dollar Volume | 17.6% | 16.9% | 10.2% | 7.7% | 2.3% |
| Conventional Non-conforming Loans | | | | | |
| Number of Loans | 53,137 | 27,668 | 7,028 | 3,772 | 1,328 |
| Volume of Loans | $ 11,310 | $ 5,619 | $ 1,312 | $ 580 | $ 188 |
| Percent of Total Dollar Volume | 32.3% | 21.9% | 8.3% | 7.3% | 5.2% |
| Nonprime Mortgage Loans | | | | | |
| Number of Loans | 90,428 | 95,498 | 77,533 | 38,915 | 20,583 |
| Volume of Loans | $ 14,673 | $ 14,679 | $ 12,194 | $ 6,403 | $ 3,077 |
| Percent of Total Dollar Volume | 41.8% | 57.2% | 77.4% | 80.7% | 85.8% |
| Prime Home Equity Loans | | | | | |
| Number of Loans | 49,964 | 16,665 | 10,432 | 5,286 | 3,319 |
| Volume of Loans | $ 2,899 | $ 1,028 | $ 646 | $ 345 | $ 240 |
| Percent of Total Dollar Volume | 8.3% | 4.0% | 4.1% | 4.3% | 6.7% |
| FHA/VA Loans | | | | | |
| Number of Loans | — | — | — | — | — |
| Volume of Loans | — | — | — | — | — |
| Percent of Total Dollar Volume | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Commercial Real Estate Loans | | | | | |
| Number of Loans | — | — | — | — | — |
| Volume of Loans | — | — | — | — | — |
| Percent of Total Dollar Volume | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Loans | | | | | |
| Number of Loans | 227,435 | 164,159 | 106,768 | 52,730 | 25,851 |
| Volume of Loans | $ 35,067 | $ 25,670 | $ 15,756 | $ 7,935 | $ 3,586 |
| Average Loan Amount | $154,000 | $156,000 | $148,000 | $150,000 | $139,000 |

The following table presents our Wholesale Lending Channel mortgage loan production by loan type:

| | Wholesale Lending Channel Loan Production | | | | |
|---|---|---|---|---|---|
| | Years Ended December 31, | | | | |
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| **Conventional Conforming Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 109,722 | 123,954 | 156,658 | 301,260 | 248,089 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 21,404 | $ 24,098 | $ 24,985 | $ 45,415 | $ 36,190 |
| Percent of Total Dollar Volume . . . . . . | 23.9% | 28.8% | 34.3% | 49.8% | 53.9% |
| **Conventional Non-conforming Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 148,292 | 131,366 | 112,755 | 153,781 | 116,146 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 47,537 | $ 38,634 | $ 31,363 | $ 37,041 | $ 25,214 |
| Percent of Total Dollar Volume . . . . . . | 53.2% | 46.3% | 43.1% | 40.6% | 37.5% |
| **Nonprime Mortgage Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 83,682 | 94,646 | 77,985 | 29,094 | 9,627 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 13,453 | $ 15,203 | $ 11,825 | $ 5,004 | $ 1,639 |
| Percent of Total Dollar Volume . . . . . . | 15.0% | 18.2% | 16.2% | 5.5% | 2.4% |
| **Prime Home Equity Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 86,334 | 66,275 | 52,781 | 41,874 | 82,465 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 6,309 | $ 4,875 | $ 3,786 | $ 2,214 | $ 3,327 |
| Percent of Total Dollar Volume . . . . . . | 7.1% | 5.8% | 5.2% | 2.4% | 5.0% |
| **FHA/VA Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 5,358 | 6,024 | 7,144 | 11,454 | 6,522 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 690 | $ 754 | $ 889 | $ 1,537 | $ 818 |
| Percent of Total Dollar Volume . . . . . . | 0.8% | 0.9% | 1.2% | 1.7% | 1.2% |
| **Commercial Real Estate Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Percent of Total Dollar Volume . . . . . . | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Loans** | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 433,388 | 422,265 | 407,323 | 537,463 | 462,849 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 89,393 | $ 83,564 | $ 72,848 | $ 91,211 | $ 67,188 |
| Average Loan Amount . . . . . . . . . . . . . . . . | $206,000 | $198,000 | $179,000 | $170,000 | $145,000 |

The following table presents our Capital Markets mortgage loan production by loan type. Non-commercial real estate loans consist of mortgage loans managed on behalf of CHL:

| | Capital Markets Mortgage Loan Production | | | | |
| | Years Ended December 31, | | | | |
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
|---|---|---|---|---|---|
| Conventional Conforming Loans | | | | | |
| Number of Loans | — | — | — | — | — |
| Volume of Loans | — | — | — | — | — |
| Percent of Total Dollar Volume | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Conventional Non-conforming Loans | | | | | |
| Number of Loans | 47,363 | 56,398 | 37,211 | 45,284 | 17,564 |
| Volume of Loans | $ 13,710 | $ 16,384 | $ 11,410 | $ 17,609 | $ 5,624 |
| Percent of Total Dollar Volume | 58.8% | 65.6% | 61.8% | 79.3% | 65.0% |
| Nonprime Mortgage Loans | | | | | |
| Number of Loans | 18,568 | 23,940 | 31,209 | 29,143 | 19,257 |
| Volume of Loans | $ 3,844 | $ 4,548 | $ 5,960 | $ 4,302 | $ 2,831 |
| Percent of Total Dollar Volume | 16.5% | 18.2% | 32.3% | 19.4% | 32.6% |
| Prime Home Equity Loans | | | | | |
| Number of Loans | 1,832 | 1,407 | 2,440 | 6,228 | 3,037 |
| Volume of Loans | $ 104 | $ 80 | $ 274 | $ 288 | $ 128 |
| Percent of Total Dollar Volume | 0.4% | 0.3% | 1.5% | 1.3% | 1.5% |
| FHA/VA Loans | | | | | |
| Number of Loans | — | 83 | 3,355 | 5 | 267 |
| Volume of Loans | — | $ 16 | $ 435 | $ 1 | $ 76 |
| Percent of Total Dollar Volume | 0.0% | 0.2% | 2.4% | 0.0% | 0.9% |
| Commercial Real Estate Loans | | | | | |
| Number of Loans | 620 | 258 | 30 | — | — |
| Volume of Loans | $ 5,671 | $ 3,925 | $ 358 | — | — |
| Percent of Total Dollar Volume | 24.3% | 15.7% | 2.0% | 0.0% | 0.0% |
| Total Loans | | | | | |
| Number of Loans | 68,383 | 82,086 | 74,245 | 80,660 | 40,125 |
| Volume of Loans | $ 23,329 | $ 24,953 | $ 18,437 | $ 22,200 | $ 8,659 |
| Average Loan Amount(1) | $261,000 | $257,000 | $244,000 | $275,000 | $216,000 |

(1)  Excludes commercial real estate loans

The following table presents our mortgage loan production for our Banking Operations by loan type:

| | Banking Operations Mortgage Loan Production Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| | (dollars in millions, except average loan amount) | | | | |
| Conventional Conforming Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 15,320 | 9,866 | 4,982 | 204 | 295 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 3,384 | $ 2,290 | $ 910 | $ 71 | $ 131 |
| Percent of Total Dollar Volume . . . . . . . | 14.2% | 4.9% | 3.4% | 0.5% | 16.3% |
| Conventional Non-conforming Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 34,362 | 97,808 | 61,619 | 24,593 | — |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 12,565 | $ 32,704 | $ 18,938 | $ 8,736 | — |
| Percent of Total Dollar Volume . . . . . . . | 52.9% | 70.5% | 69.8% | 60.9% | 0.0% |
| Nonprime Mortgage Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Percent of Total Dollar Volume . . . . . . . | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Prime Home Equity Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 133,552 | 234,259 | 192,639 | 155,418 | 22,727 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 7,810 | $ 11,436 | $ 7,268 | $ 5,547 | $ 674 |
| Percent of Total Dollar Volume . . . . . . . | 32.9% | 24.6% | 26.8% | 38.6% | 83.7% |
| FHA/VA Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | — | 27 | — | — | — |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | — | $ 2 | — | — | — |
| Percent of Total Dollar Volume . . . . . . . | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Commercial Real Estate Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | — | — | — | — | — |
| Percent of Total Dollar Volume . . . . . . . | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Loans | | | | | |
| Number of Loans . . . . . . . . . . . . . . . . . . . . . | 183,234 | 341,960 | 259,240 | 180,215 | 23,022 |
| Volume of Loans . . . . . . . . . . . . . . . . . . . . . | $ 23,759 | $ 46,432 | $ 27,116 | $ 14,354 | $ 805 |
| Average Loan Amount . . . . . . . . . . . . . . . . . | $130,000 | $136,000 | $105,000 | $ 80,000 | $35,000 |

**Item 1A.**   *Risk Factors*

**Forward-Looking Statements**

*Factors That May Affect Our Future Results*

We make forward-looking statements in this Report and in other reports we file with the SEC and in press releases. Our management may make forward-looking statements orally in a public forum to analysts, investors, the media and others. Generally, forward-looking statements include:

- Projections of our revenues, income, earnings per share, capital structure or other financial items

- Descriptions of our plans or objectives for future operations, products or services

- Forecasts of our future economic performance, interest rates, profit margins and our share of future markets

- Descriptions of assumptions underlying or relating to any of the foregoing.

Forward-looking statements give management's expectation about the future and are not guarantees. Words like "believe," "expect," "anticipate," "promise," "plan" and other expressions or words of similar meanings, as well as future or conditional verbs such as "will," "would," "should," "could," or "may" are generally intended to identify forward-looking statements. There are a number of factors, many of which are beyond our control, that could cause actual results to differ significantly from management's expectations. Some of these factors are discussed below.

Readers are cautioned not to place undue reliance on forward-looking statements. Forward-looking statements speak only as of the date they are made. We do not undertake to update them to reflect changes that occur after the date they are made.

### General business, economic, market and political conditions may significantly affect our earnings

Our business and earnings are sensitive to general business and economic conditions in the United States. These conditions include short-term and long-term interest rates, inflation, fluctuations in both debt and equity capital markets, and the strength of the U.S. economy, as well as the local economies in which we conduct business.

Our business and earnings are significantly affected by the fiscal and monetary policies of the federal government and its agencies. We are particularly affected by the policies of the Federal Reserve Board ("FRB"), which regulates the supply of money and credit in the United States. The FRB's policies influence the size of the mortgage origination market, which significantly impacts the earnings of our Loan Production Sector and the value of our investment in MSRs and retained interests. The FRB's policies also influence the yield on our interest-earning assets and the cost of our interest-bearing liabilities. Changes in those policies are beyond our control and difficult to predict and can have a material effect on the Company's business, results of operations and financial condition.

Political conditions can also impact our earnings. Acts or threats of war or terrorism, as well as actions taken by the U.S. or other governments in response to such acts or threats, could impact business and economic conditions in the United States.

### The volatility of interest rates may significantly affect our earnings

The level and volatility of interest rates significantly affect the mortgage industry. For example, a decline in mortgage rates generally increases the demand for home loans as borrowers refinance, but also generally leads to accelerated payoffs in our mortgage servicing portfolio, which negatively impacts the value of our MSRs.

We attempt to manage interest rate risk in our mortgage banking business primarily through the natural counterbalance of our loan production and servicing operations. In addition, we also use derivatives extensively to manage the interest rate, or price, risk inherent in our assets, liabilities and loan commitments. Our main objective in managing interest rate risk is to moderate the impact of changes in interest rates on our earnings over time; however our interest rate risk management strategies may result in significant earnings volatility in the short term. The success of our interest rate risk management strategies is largely dependent on our ability to predict the earnings sensitivity of our loan servicing and loan production operations in various interest rate environments. There are many market factors that impact the performance of our interest rate risk management activities including interest rate volatility, the shape of the yield curve and the spread between mortgage interest rates and Treasury or swap rates. The success of this strategy impacts our net income. This impact, which can be either positive or negative, can be material.

### We may experience credit losses due to downward trends in the economy and in the real estate market

Our profitability in our Mortgage Banking, Banking and Capital Markets Segments is impacted by the ability of our customers to repay their loans. These loans are underwritten in accordance with prescribed

guidelines. While we sell most of the loans we produce, we retain credit risk in the form of credit-subordinated securities and loans held for investment, and through the representations and warranties we make to the investors in the loans we sell and through the issuance of corporate guarantees. Our credit-subordinated securities are the first beneficial interests in loan sales to absorb any credit losses, and the buyers of our loans will make more claims against our corporate guarantees and representations and warranties if more of our borrowers default on their loans. While we estimate and provide for credit losses accruing to our credit-subordinated securities and for the corporate guarantees and representations and warranties, worsening economic and real estate market conditions could negatively impact the value of the credit subordinated securities we retain and increase our liabilities under our corporate guarantees and representations and warranties.

Likewise, worsening economic conditions increase the risk that our borrowers will not be able to repay our portfolio loans, and worsening real estate market conditions increase the risk that the value of the properties securing our loans will be insufficient to repay amounts owing to us in the event our borrowers default on the loans. Another factor that may contribute to higher delinquency and default rates is the increase in monthly payments on adjustable rate mortgage loans. Any increase in prevailing market interest rates may result in increased payments for borrowers who have adjustable rate mortgage loans. Moreover, with respect to hybrid mortgage loans after their initial fixed rate period, and with respect to mortgage loans with a negative amortization feature which reach their negative amortization cap, borrowers may experience a substantial increase in their monthly payment even without an increase in prevailing market interest rates.

### Our profitability can be affected by secondary mortgage market investor demand

Nearly all of the mortgage loans that we originate in our Mortgage Banking and Capital Markets Segments are sold into the secondary mortgage market. Our ability to sell loans at acceptable margins is affected by many factors including the relative demands for such loans and mortgage-backed securities evidencing interests in such loans, the cost of credit enhancements, investor perceptions of such loans and mortgage-backed securities and the risks posed by such products.

### Our accounting policies and methods are fundamental to how we report our financial condition and results of operations, and they may require management to make estimates about matters that are inherently uncertain

We have identified several accounting policies as being "critical" to the presentation of our financial condition and results of operations because they involve major aspects of our business, they require management to make judgments about matters that are inherently uncertain and because of the likelihood that materially different amounts would be recorded under different conditions or using different assumptions. These critical accounting policies relate to our gain on sale of loans and securities, valuation of MSRs and retained interests, valuation of liabilities incurred in sale or securitization of loans, allowance for loan losses, and accounting for derivatives and our related interest rate risk management activities. Because of the inherent uncertainty of the estimates associated with these critical accounting policies, we cannot provide any assurance that we will not make significant subsequent adjustments to the related amounts recorded. For more information, please refer to the *Management's Discussion and Analysis of Financial Condition and Results of Operations—Critical Accounting Policies* section in this Report.

### The industries in which we operate are highly competitive

We operate in highly competitive industries that could become even more competitive as a result of economic, legislative, regulatory and technological changes. For example, competition to produce mortgage loans comes primarily from large commercial banks, savings institutions and investment banks. Many of our competitors in this market have fewer regulatory constraints. For example, national banks and federal savings and loan institutions are not subject to certain state laws and regulations targeted at

predatory lending practices and we could be at a competitive disadvantage with respect to fulfilling legitimate nonprime credit opportunities. Another competitive consideration is that other companies are less reliant on the secondary mortgage market for funding due to their greater portfolio lending capacity.

We face competition in such areas as mortgage product offerings, rates and fees, and customer service, both at the retail and institutional level. In addition, technological advances and heightened e-commerce activities have increased consumers' accessibility to products and services generally. This has intensified competition among banking as well as nonbanking companies in offering financial products and services.

### Negative public opinion could damage our reputation and adversely impact our earnings

Reputation risk, or the risk to our business, earnings and capital from negative public opinion, is inherent in our business. Negative public opinion can result from our actual or alleged conduct in any number of activities, including lending practices, corporate governance and acquisitions, and from actions taken by government regulators and community organizations in response to those activities. Negative public opinion can adversely affect our ability to keep and attract customers and employees and can expose us to litigation and regulatory action. Because virtually all of our businesses operate under the "Countrywide" brand, actual or alleged conduct by one business can result in negative public opinion about other Countrywide businesses. Although we take steps to minimize reputation risk in dealing with our customers and communities, as a large diversified financial services company with a relatively high industry profile, this risk will always be present in our organization.

### Changes in laws and regulations could adversely affect our business

We are heavily regulated by banking, mortgage lending and insurance laws at the federal, state and local levels, and proposals for further regulation of the financial services industry are continually being introduced. We are subject to many other federal, state and local laws and regulations that affect our business, including those regarding taxation and privacy. Congress and state legislatures, as well as federal and state regulatory agencies and local governments, review such laws, regulations and policies and periodically propose changes or issue guidance that could affect us in substantial and unpredictable ways. Such changes could, for example, limit the types of financial services and products we offer, or limit our liability or increase our cost to offer such services and products. It is possible that one or more legislative proposals may be adopted or regulatory changes may be implemented that would have an adverse effect on our business. Our failure to comply with such laws or regulations, whether actual or alleged, could expose us to fines, penalties or potential litigation liabilities, including costs, settlements and judgments, any of which could adversely affect our earnings.

### We depend on the accuracy and completeness of information about customers and counterparties

In deciding whether to extend credit or enter into other transactions with customers and counterparties, we may rely on information furnished to us by or on behalf of customers and counterparties, including financial statements and other financial information. We also may rely on representations of customers and counterparties as to the accuracy and completeness of that information and, with respect to financial statements, on reports of independent auditors. For example, in deciding whether to extend credit to borrowers under certain loan programs, we assume that the information provided by a customer is accurate and complete and we do not independently verify that information. Our financial condition and results of operations could be negatively impacted to the extent we rely on customer information that is not complete or accurate.

### We are exposed to operational risks

Countrywide, like all large corporations, is exposed to many types of operational risk, including the risk of fraud by employees or outsiders, misinterpretation or misapplication of rules, regulations or other

requirements, unauthorized transactions by employees or operational errors, including clerical or record-keeping errors or those resulting from faulty or disabled computer or telecommunications systems. Given the high volume of transactions at Countrywide, certain errors may be repeated or compounded before they are discovered and successfully corrected. Our dependence upon automated systems to record and process transaction volume may further increase the risk that technical system flaws, or employee tampering or mistakes or manipulation of those systems will result in losses that are difficult to detect. We may be subject to disruptions of our systems arising from events that are wholly or partially beyond our control (including, for example, computer viruses or electrical or telecommunications outages), which may give rise to losses in service to customers and to loss or liability. We are exposed to the risk that our external vendors may be unable to fulfill their contractual obligation to us (or will be subject to the same risk of fraud or operational errors by their respective employees as we are), and to the risk that our (or our vendors') business continuity and data security systems prove not to be adequate to allow us to resume operations in the event of a disruption to our (or our vendors') operations. We also face the risk that the design of our controls and procedures prove inadequate or are circumvented, thereby causing delays in detection or errors in information. Although we maintain a system of controls designed to manage operational risk at appropriate levels, there can be no assurance that we will not suffer losses from operational risks in the future that may be material in amount.

### *Our business could suffer if we fail to attract and retain a highly skilled workforce*

Our success depends, in large part, on our ability to attract and retain a highly skilled workforce. Competition for the best people in most activities we engage in can be intense. If we are unable to attract and retain such people, our business and financial results could be adversely impacted.

### *New lines of business or new products and services may subject us to additional risks*

We are focused on implementing new lines of business and offering new products or services within existing lines of business. There are substantial uncertainties and risks associated with these efforts. For example, profitability targets may not prove feasible as a result of various factors, such as compliance with regulations, competitive alternatives, and shifting market preferences. Failure to successfully achieve performance expectations or manage these risks could have a material adverse effect on our business, results of operations and financial condition.

### *Other Factors*

The above description of risk factors is not exhaustive. Other factors that could cause actual results to differ materially from historical results or those anticipated include, but are not limited to:

- Increased cost of debt or loss of access to corporate debt markets, which may be caused by, for example, a loss of investment-grade credit ratings

- Unforeseen cash or capital requirements

- A reduction in government support of homeownership

- A change in our relationship with the housing-related government agencies and government sponsored enterprises ("GSEs")

- Changes in regulations or the occurrence of other events that impact the business, operation or prospects of GSEs

- Changes in generally accepted accounting principles or in the legal, regulatory and legislative environments in the markets in which the Company operates

- The ability of management to effectively implement the Company's strategies and business plans

- The occurrence of natural disasters or other events or circumstances that could impact our operations or could impact the level of claims in the Insurance Segment.

Other risk factors are described elsewhere herein as well as in other reports and documents that we file with or furnish to the SEC. Other factors that could also cause results to differ from our expectations may not be described in any such report or document. Each of these factors could by itself, or together with one or more other factors, adversely affect our business, results of operations and/or financial condition.

**Item 1B.    *Unresolved Staff Comments***

None.

**Item 2.    *Properties***

We have 40 office locations that support our administrative, loan production and loan servicing activities. These locations are office buildings or space in office buildings and most are located in Southern California, Dallas-Fort Worth, Texas, Tampa, Florida and Chandler, Arizona. Of these locations, we own 22 properties and lease 18 properties, which are generally on one- to ten-year terms. These locations are primarily used in our Mortgage Banking and Banking Segments, with approximately 11 being used by our Capital Markets and Insurance Segments. We have two locations in the U.K. and three in India that are primarily used by our Global Segment. We also have retail branch offices throughout the United States, which are generally leased on two- to five-year terms and which are used primarily by our Mortgage Banking Segment.

**Item 3.    *Legal Proceedings***

We are defendants in, or parties to, a number of pending and threatened legal actions and proceedings involving matters that are generally incidental to our business. These matters include actions and proceedings involving alleged breaches of contract, violations of consumer protection and other laws and regulations, and other disputes arising out of our operations. Certain of these matters involve claims for substantial monetary damages, and others purport to be class actions.

Based on our current knowledge, we do not believe that liabilities beyond those already recorded, if any, arising from any single pending action or proceeding will have a material adverse effect on the consolidated financial position, results of operations or cash flows of the Company and its subsidiaries. We are not, however, able to predict with certainty the outcome or timing of the resolution of any of these actions or proceedings or the ultimate impact on us or our results of operations in a particular future period.

**Item 4.    *Submission of Matters to a Vote of Security Holders***

None.

# EXHIBIT D

Filed by Bank of America Corporation
pursuant to Rule 425 under the Securities Act of 1933
and deemed filed under Rule 14a-12 of the Securities Act of 1934

Subject Company: Countrywide Financial Corporation
Commission File No. 001-8422

# Bank of America

# Acquiring Countrywide Financial

**Ken Lewis**
**Chairman & Chief Executive Officer**

**Joe Price**
**Chief Financial Officer**

January 11, 2008

BankofAmerica

# Forward Looking Statements

This presentation contains forward-looking statements, including statements about the financial conditions, results of operations and earnings outlook of Bank of America Corporation. The forward-looking statements involve certain risks and uncertainties. Factors that may cause actual results or earnings to differ materially from such forward-looking statements include, among others, the following: 1) projected business increases following process changes and other investments are lower than expected; 2) competitive pressure among financial services companies increases significantly; 3) general economic conditions are less favorable than expected; 4) political conditions including the threat of future terrorist activity and related actions by the United States abroad may adversely affect the company's businesses and economic conditions as a whole; 5) changes in the interest rate environment and market liquidity reduce interest margins, impact funding sources and effect the ability to originate and distribute financial products in the primary and secondary markets; 6) changes in foreign exchange rates increases exposure; 7) changes in market rates and prices may adversely impact the value of financial products; 8) legislation or regulatory environments, requirements or changes adversely affect the businesses in which the company is engaged; 9) changes in accounting standards, rules or interpretations, 10) litigation liabilities, including costs, expenses, settlements and judgments, may adversely affect the company or its businesses; 11) mergers and acquisitions and their integration into the company; and 12) decisions to downsize, sell or close units or otherwise change the business mix of any of the company. Accordingly, readers are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date on which they are made. Bank of America does not undertake to update forward-looking statements to reflect the impact of circumstances or events that arise after the date the forward-looking statements are made. For further information regarding Bank of America Corporation, please read the Bank of America reports filed with the SEC and available at www.sec.gov.

2

**Bank of America**

# Cornerstones of Consumer Financial Relationships



# Unique Opportunity to Gain Leading Position in Consumer Real Estate

## Bank of America Acquiring Countrywide Financial

- Bank of America gains immediate scale becoming the largest mortgage originator and servicer

    - Currently, Bank of America ranks 5th in the U.S. in mortgage originations and 6th in mortgage servicing

- Affirms our status in the United States as a premier consumer bank with a strong Deposit, Card and Mortgage product suite

- Broadens mortgage capabilities to new and existing customers further driving future profitability

- Enhances capabilities of a leading mortgage technology platform

- Presents a one-time opportunity to acquire the largest U.S. mortgage platform





# Countrywide Financial Corporation – Overview

- America's largest mortgage lender
  - Top overall originator
  - Leading position across channels
  - Top servicer with $1.5 trillion servicing portfolio and more than 9 million loans

- Significant production footprint
  - Over 1,000 field offices and 15,000 person mortgage sales force
  - National multi-channel distribution platform

- Strong capabilities
  - Operational expertise
  - Leading technology platform
  - Broad management experience

- Scale of operations
  - 50k+ workforce
  - $209B in assets; $55B in deposits





# Countrywide Financial Corporation Segment Results

| ($MM) | 2002 | 2003 | 2004 | 2005 | 2006 | 02 - '06 CAGR | 9 Mo 9/30/2007 |
|---|---|---|---|---|---|---|---|
| **Net Income before Taxes** | | | | | | | |
| Mortgage Banking | $975 | $2,952 | $2,336 | $2,435 | $2,062 | 21% | ($894) |
| Banking | 84 | 287 | 582 | 1,074 | 1,380 | 101% | 10 |
| Capital Markets | 200 | 442 | 479 | 452 | 554 | 29% | (103) |
| Insurance | 75 | 139 | 160 | 184 | 320 | 44% | 429 |
| Global Operations | 5 | 26 | 42 | 35 | 29 | 53% | 19 |
| Other | 4 | (0) | (3) | (32) | (11) | NM | (64) |
| Total | $1,343 | $3,846 | $3,596 | $4,148 | $4,334 | 34% | ($602) |
| | | | | | | | |
| Provision for Taxes | $501 | $1,473 | $1,398 | $1,620 | $1,659 | 35% | ($321) |
| Net Income | $842 | $2,373 | $2,198 | $2,528 | $2,675 | 34% | ($282) |
| | | | | | | | |
| Diluted EPS ($/Share) | $1.62 | $4.18 | $3.63 | $4.11 | $4.30 | 28% | ($1.24) |
| ROE | 18.2% | 34.3% | 23.5% | 22.7% | 18.8% | NM | -1.9% |

**Countrywide Financial**



Bank of America

# Challenges and Opportunities

**Near term challenges……**
- Continued weakness in housing expected throughout 2008
- Declines in mortgage market origination volumes
- Increases in delinquencies and defaults, and higher credit losses
- Secondary market liquidity remains fragile

**…… CREATING OPPORTUNITIES**
- Origination practices becoming more rational
- Originations currently better quality





## Terms of Transaction

| | |
|---|---|
| Transaction: | 100% of Countrywide |
| Exchange Ratio: | .1822 BAC share |
| Consideration: | All stock |
| Pricing Multiples: | .31x tangible book value<br>2.9x 2009 First Call EPS est. |
| Due Diligence: | Completed |
| Expected Closing: | 3Q08 |
| Approvals: | Customary regulatory and<br>CFC shareholder |

**Countrywide Financial**                    **Bank of America**

## Financial Summary

- Transaction expected to close in third quarter 2008
- Overall expense efficiencies of $670 million after-tax ($1 billion pre-tax)
  - 10% realized in 2008
  - One third realized in 2009
  - Two-thirds realized in 2010
  - Fully realized by 2011
- Business model changes to conform to BAC balance sheet management methodology decrease earnings but aid capital
- After-tax restructuring charge of $1.2 billion
- Additional capital issuance and expected asset reductions targeted to maintain Tier 1 capital neutrality
- EPS Impact (excl. restructuring charge)
  - Neutral in 2008
  - 3 % accretive in 2009

 

# Uniquely Positioned to Win With Consumers

- **Gain leading position in consumer real estate**
  - Leading production franchise
  - Leading servicing capabilities
  - Leading technology platform
  - Experienced management team
- **Affirms our status as the United States premier consumer bank with Deposit, Card and Mortgage product suite**
- **Offer broader mortgage capabilities to new and existing customers**
- **Gain additional capabilities of a leading mortgage technology platform**
- **One-time opportunity to acquire the largest U.S. mortgage platform**

 



**Bank of America**
Bank of Opportunity™



# Additional Disclosures Regarding This Transaction

In connection with the proposed merger, Bank of America will file with the SEC a Registration Statement on Form S-4 that will include a proxy statement of Countrywide that also constitutes a prospectus of Bank of America. Countrywide will mail the proxy statement-prospectus to its stockholders. Bank of America and Countrywide urge investors and security holders to read the proxy statement/prospectus regarding the proposed merger when it becomes available because it will contain important information.

•You may obtain copies of all documents filed with the SEC regarding this transaction, free of charge, at the SEC's website (www.sec.gov). You may also obtain these documents, free of charge, from Bank of America's website (www.bankofamerica.com) under the tab "About Bank of America" and then under the heading "Investor Relations" and then under the item "SEC Filings". You may also obtain these documents, free of charge, from Countrywide's website (www.countrywide.com) under the tab "investor relations" and then under the heading "SEC & other filings."

<u>Proxy Solicitation</u>

Bank of America, Countrywide and their respective directors, executive officers and certain other members of management and employees may be soliciting proxies from Countrywide stockholders in favor of the merger. Information regarding the persons who may, under the rules of the SEC, be considered participants in the solicitation of the Countrywide stockholders in connection with the proposed merger will be set forth in the proxy statement/prospectus when it is filed with the SEC. You can find information about Bank of America's executive officers and directors in its definitive proxy statement filed with the SEC on March 19, 2007. You can find information about Countrywide's executive officers and directors in definitive proxy statement filed with the SEC on April 27, 2007. You can obtain free copies of these documents from Bank of America and Countrywide using the contact information above.



12

Filed by Countrywide Financial Corporation
Pursuant to Rule 425 under the Securities Act of 1933

Subject Company: Countrywide Financial Corporation
(Commission File No. 1-8422)

On January 11, 2008, Countrywide Financial Corporation sent its employees the following communications.

*          *          *

**A Message to all CFC Employees from Angelo Mozilo, Chairman and CEO**

As you know, the unprecedented and worldwide dislocation of the credit markets combined with actions taken by regulators, rating agencies, legislators, the media and others have strained the housing and housing finance sectors as never seen since the Great Depression. Almost without exception, every financial institution, both large and small, has been negatively impacted by the events that drained liquidity from all sectors of the financial services industry. Countrywide has been weathering this storm through the dedication and hard work of our management and employees. However, we have come to recognize that those companies with reliable sources of capital and liquidity and significant scale will be the ultimate winners in this environment and in the longer term as the mortgage markets normalize. We also recognize that, as the industry changes and consolidates, we must embrace these changes.

In order to enhance what we have all worked so hard to build over the past 40 years, we have taken a decisive step to ensure our continued industry leadership. Today, we have announced that Bank of America, which has been an important financial partner of Countrywide for many years, will be acquiring our Company. BofA is one of the largest and most influential financial institutions in the U.S. and internationally, and we firmly believe that the combination of Countrywide and BofA will create the most powerful mortgage franchise in the world. I, as well as many of our senior managers, have worked closely with Bank of America for many years and in fact it was Bank of America that provided me with the necessary funds to start the operations of Countrywide in 1968.

As you will see in the attached press release announcing this transaction, BofA has announced that it plans to operate Countrywide separately under the Countrywide brand, with integration occurring no sooner than 2009. We are confident that both our servicing and origination businesses, as well as other aspects of our operations, will be substantially enhanced as a result of this transaction.

Most importantly, I want to express my deep and sincere appreciation to all who have labored so hard for so many years to build the most important mortgage franchise in the history of America. We have provided over 25 million families with an opportunity to have a home of their own, to build equity and to utilize that equity to educate their children and to have the best life possible in our great country. I have always been proud of the fact that we have made such a positive difference in the lives of millions of families through three generations of homebuyers. The fact that we are now financing homes for the grandchildren of our first generation of mortgagors is

not only a testimony to our innovation and leadership but to our ability to be the lender of choice for over 40 years. We have accomplished what many thought could never be done, and all of you should be proud of the part that you have played and will continue to play as we move forward into the next stage of Countrywide's history.

We are already commencing the process of developing a detailed and well-organized integration plan, and we will be updating you as this process moves forward. Dave Sambol will be working closely with me and the entire senior management team to ensure an efficient and effective transition. Dave will be spearheading all of these initiatives to ensure not only a smooth transition but, as importantly, the continuation of Countrywide's leadership in mortgage finance.

Finally, I want to thank everyone who has stood by my side during the past four decades to make the dream that Dave Loeb and I had 40 years ago become a reality. When we join together with Bank of America, I am counting on your commitment and dedication to continue to realize this dream.

## Additional Information About this Transaction

In connection with the proposed merger, Bank of America will file with the SEC a Registration Statement on Form S-4 that will include a proxy statement of Countrywide that also constitutes a prospectus of Bank of America. Countrywide will mail the proxy statement/prospectus to its stockholders. Bank of America and Countrywide urge investors and security holders to read the proxy statement/prospectus regarding the proposed merger when it becomes available because it will contain important information.

You may obtain copies of all documents filed with the SEC regarding this transaction, free of charge, at the SEC's website (www.sec.gov). You may also obtain these documents, free of charge, from Bank of America's website (www.bankofamerica.com) under the tab "About Bank of America" and then under the heading "Investor Relations" and then under the item "SEC Filings". You may also obtain these documents, free of charge, from Countrywide's website (www.countrywide.com) under the tab "investor relations" and then under the heading "SEC & other filings."

## Proxy Solicitation

Bank of America, Countrywide and their respective directors, executive officers and certain other members of management and employees may be soliciting proxies from Countrywide stockholders in favor of the merger. Information regarding the persons who may, under the rules of the SEC, be considered participants in the solicitation of the Countrywide stockholders in connection with the proposed merger will be set forth in the proxy statement/prospectus when it is filed with the SEC. You can find information about Bank of America's executive officers and directors in its definitive proxy statement filed with the SEC on March 19, 2007. You can find information about Countrywide's executive officers and directors in definitive proxy statement filed with the SEC on April 27, 2007. You can obtain free copies of these documents from Bank of America and Countrywide using the contact information above.

*          *          *

As you know, we announced this morning that Countrywide will be acquired by Bank of America. I'm sure you will have many questions about this milestone event and what it means for our future. I'm going to give you as much information as is available at this time. As the management teams of our two companies meet over the coming weeks to discuss our combined future, you should expect to receive more information from Angelo, myself and your business unit leaders.

For the moment, let me focus on what we do know, which I view as very positive and exciting. The most important overriding fact is that Bank of America has made it clear, both in conversations with our management team and in its public statements today, that they place a great deal of value on the Countrywide brand and operating platform, and that their intent is to preserve and enhance what we have worked so hard over the years to build. In fact, Bank of America Chairman and CEO Ken Lewis referred to Countrywide as "the best domestic mortgage platform" in today's announcement.

These are some of the key aspects of the transaction:

o    The Countrywide brand will continue to be used following the transaction.

o    Bank of America has indicated that it intends to retain core elements of our operating platform, including our technology and management expertise.

o    Countrywide will have a stable and sustainable flow of capital and liquidity, which has at times been disrupted by recent events and conditions.

o    BofA has a track record of acquiring and effectively utilizing "best-in-class" platforms, as exemplified by its acquisition of credit card powerhouse MBNA.

o    Countrywide and BofA intend to proceed cautiously to maximize the potential of our combination and limit disruption as much as possible. As indicated in BofA's press release today, very little integration will take place until at least 2009.

Most importantly, this transaction will create the nation's largest and most effective mortgage franchise. Being a part of this great organization will benefit our employees, customers and business partners, and I am convinced that our shareholders will be rewarded in the long run through the future performance of the Bank of America stock they will receive.

On a personal note, I would like to thank you for your efforts over the years, particularly in the last few months. As individuals and as a Company, we have fought hard to preserve Countrywide and what it stands for, and I am very proud to be associated with each of you. We should all take pride in this great Company that we have built together.

As we move forward toward the closing of this transaction in the third quarter of 2008, you will likely see very little obvious change. During that time we will be operating on a "business as

usual" basis, and that its operation may remain focused on what we do best: helping American families achieve and sustain the dream of owning a home.

Additional Information About this Transaction

In connection with the proposed merger, Bank of America will file with the SEC a Registration Statement on Form S-4 that will include a proxy statement of Countrywide that also constitutes a prospectus of Bank of America. Countrywide will mail the proxy statement/prospectus to its stockholders. Bank of America and Countrywide urge investors and security holders to read the proxy statement/prospectus regarding the proposed merger when it becomes available because it will contain important information.

You may obtain copies of all documents filed with the SEC regarding this transaction, free of charge, at the SEC's website (www.sec.gov). You may also obtain these documents, free of charge, from Bank of America's website (www.bankofamerica.com) under the tab "About Bank of America" and then under the heading "Investor Relations" and then under the item "SEC Filings". You may also obtain these documents, free of charge, from Countrywide's website (www.countrywide.com) under the tab "investor relations" and then under the heading "SEC & other filings."

Proxy Solicitation

Bank of America, Countrywide and their respective directors, executive officers and certain other members of management and employees may be soliciting proxies from Countrywide stockholders in favor of the merger. Information regarding the persons who may, under the rules of the SEC, be considered participants in the solicitation of the Countrywide stockholders in connection with the proposed merger will be set forth in the proxy statement/prospectus when it is filed with the SEC. You can find information about Bank of America's executive officers and directors in its definitive proxy statement filed with the SEC on March 19, 2007. You can find information about Countrywide's executive officers and directors in definitive proxy statement filed with the SEC on April 27, 2007. You can obtain free copies of these documents from Bank of America and Countrywide using the contact information above.

\* \* \*

Earlier today, Bank of America announced that it will acquire Countrywide Financial Corporation in an all stock transaction worth approximately $4 billion. As you have most likely received by now, Countrywide co-founder, Chairman and CEO Angelo Mozilo and Dave Sambol, President and COO, both issued communications that provided valuable insights into the transaction and Countrywide's future.

The purpose of my note is to reinforce the exciting nature of the transaction and to request, as always, that you remain focused on serving our clients' needs during the transition. Both Dave and Angelo indicated that until the projected close, which is expected to occur in the third quarter of this year, we are expected to continue operating on a business as usual basis. Thereafter, integration is not expected to commence until some time in 2009.

Some key points to note are:

- The Countrywide brand will continue to be used following the transaction.

- Bank of America has indicated that it intends to retain core elements of our operating platform, including our technology and management expertise.

- Countrywide will have a stable and sustainable flow of capital and liquidity, which has at times been disrupted by recent events and conditions.

- BofA has a track record of acquiring and effectively utilizing "best-in-class" platforms, as exemplified by its acquisition of credit card powerhouse MBNA.

- Countrywide and BofA intend to proceed cautiously to maximize the potential of our combination and limit disruption as much as possible. As indicated in BofA's press release today, very little integration will take place until at least 2009.

Over the coming months and throughout 2008, we will get more details and clarity. However, today we will be operating on a business-as-usual basis. It is important that we remain focused and continue to deliver the world class performance that our customers have come to expect.

Additional Information About this Transaction

In connection with the proposed merger, Bank of America will file with the SEC a Registration Statement on Form S-4 that will include a proxy statement of Countrywide that also constitutes a prospectus of Bank of America. Countrywide will mail the proxy statement/prospectus to its stockholders. Bank of America and Countrywide urge investors and security holders to read the proxy statement/prospectus regarding the proposed merger when it becomes available because it will contain important information.

You may obtain copies of all documents filed with the SEC regarding this transaction, free of charge, at the SEC's website (www.sec.gov). You may also obtain these documents, free of charge, from Bank of America's website (www.bankofamerica.com) under the tab "About Bank of America" and then under the heading "Investor Relations" and then under the item "SEC Filings". You may also obtain these documents, free of charge, from Countrywide's website (www.countrywide.com) under the tab "investor relations" and then under the heading "SEC & other filings."

Proxy Solicitation

Bank of America, Countrywide and their respective directors, executive officers and certain other members of management and employees may be soliciting proxies from Countrywide stockholders in favor of the merger. Information regarding the persons who may, under the rules of the SEC, be considered participants in the solicitation of the Countrywide stockholders in connection with the proposed merger will be set forth in the proxy statement/prospectus when it is filed with the SEC. You can find information about Bank of America's executive officers and directors in its definitive proxy statement filed with the SEC on March 19, 2007. You can find information about Countrywide's executive officers and directors in definitive proxy statement filed with the SEC on April 27, 2007. You can obtain free copies of these documents from Bank of America and Countrywide using the contact information above.