NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. CV 07 05698 JW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE AND DENYING COUNTRYWIDE FINANCIAL CORP. AND COUNTRYWIDE HOME LOANS' MOTIONS TO DISMISS, TO STRIKE AND FOR A MORE DEFINITE STATEMENT |

1

The motion to dismiss Plaintiffs' First Amended Complaint for failure to state a claim, motion to strike and for a more definite statement by moving parties Countrywide Financial Corp. and Countrywide Home Loans Inc. came on regularly for hearing before the Hon. James Ware, U.S. Distinct Court Judge, on March 24, 2008. Sergio H. Parra and Nina M. Patane appeared on behalf of all Plaintiffs and Sandy Shatz appeared on behalf of Defendants.

After considering the motions and paper files on this matter along with oral argument the Court finds as follows:

1. Defendants' motion to stay is denied as the subject judicial reference clause is not a proper basis to compel arbitration against Plaintiffs.

2. Defendant's motion to dismiss is denied since Plaintiffs have sufficiently alleged the claims so as to provide the Defendant's requisite notice to proceed with litigating this matter.

3. Defendants' motion to strike is denied as the First Amended Complaint does not state redundant or immaterial matters that will impede this suit.

4. Moreover, the Defendants' motion for a more definite statement is not necessary and therefore denied, given that Plaintiffs' claims are sufficiently stated.

THEREFORE IT IS ORDERED THAT:

1. Defendant Wells Fargo's motion to stay is denied as the subject judicial reference clause is not a proper basis to compel arbitration against Plaintiffs.

2. Defendant's motion to dismiss is denied since Plaintiffs have sufficiently alleged the claims so as to provide the Defendant's requisite notice to proceed with litigating this matter.

3. Defendants' motion to strike is denied as the First Amended Complaint does not state redundant or immaterial matters that will impede this suit.

4. Defendants' motion for a more definite statement is denied, given that Plaintiffs' claims are sufficiently stated.

Dated: _____ ___, 2008

By: _____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT

3

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE AND DENYING COUNTRYWIDE FINANCIAL CORP. AND COUNTRYWIDE HOME LOANS' MOTIONS TO DISMISS, TO STRIKE AND FOR A MORE DEFINITE STATEMENT