NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive, <br><br> Defendants. | CASE NO. CV 07 05698 JW <br><br> PLATNIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION IN OPPOSITION TO DEFNDANT WELLS FARGO"S MOTION TO DISMISS. |

TO ALL PARTIES AND THIER ATTORNEY OF RECORD:

1

PLEASE TAKE NOTICE that pursuant to Federal Rules of Evidence, rule 201, Plaintiffs' respectfully request that the Court take notice of the following documents and facts. These facts are not subject to reasonable dispute, are generally known within Monterey County and the Northern District of California, and are capable of accurate and ready determination by resort to sources whose authenticity cannot be reasonably questioned. As such, Plaintiffs respectfully request that the court take judicial notice of the following facts and documents. See e.g. Fed R. Rule Evid. Rule 201.

    A.   Cal. Dept of Corp. License Listing, California Lender's License held by Defendant Wells Fargo. February 25, 2008. See printout from official state website.

Dated: February 24, 2008        PATANE • GUMBERG, LLP

By: _____
SERGIO H. PARRA
NINA M. PATANE
Attorneys for Plaintiffs

# EXHIBIT A

DEPARTMENT OF
# CORPORATIONS
CALIFORNIA'S INVESTMENT & FINANCING AUTHORITY SINCE 1913

Home ⇒ FSD ⇒ Licensees

## Financial Services Division Licensee Address Listing

Please enter a license number or the name of the company you are looking for in the correct space below. The "No Longer Licensed" date is the date a record was removed from our active license listing. You can check Enforcement Actions for any other Orders issued against a company. Please call our Consumer Services Office by calling 1-(866) 275-2677 for the actual date of surrender or revocation and any additional information regarding enforcement action against a licensee.

### Online Escrow

The following companies are licensed to provide online escrow services:

⇒ www.escrow.com

If you are checking on any company other than the ones listed above, you should click here for Consumer Alerts and Online Escrow Fraud information. Many alleged online escrow companies are falsely using names similar to our licensees in an effort to deceive consumers into believing they are licensed and regulated by the State of California.

Your search for ( *wells fargo salinas* ) found the following ( *1* ) results:

| Lic. Status: | Active License | Lic. Date: | Jul 01 1995 (Lender/Broker) |
|---|---|---|---|
| Lic. Number: | 6051142 | Lic. Type: | California Finance Lender |
| Name: | WELLS FARGO FINANCIAL CALIFORNIA, INC. | | |
| | | | |
| Address: | 1213 NORTH DAVIS ROAD<br>SALINAS, CA  93907 | | |

If you are not happy with your results, please enter a license number or the name of the company you are looking for in the correct space below. The "No Longer Licensed" date is the date a record was removed from our active license listing. Any Order issued against a company will not be shown on this listing. Please call our Consumer Services Office by calling 1-(866) 275-2677 for the actual date of surrender or revocation and any additional information regarding enforcement action against a licensee.

PLEASE NOTE: The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once, click here or visit California Real Estate and Financial Services License Information.

◉ Company contains

○ Company begins with

⦿ Active

○ Inactive

○ Both

Company Name: [          ]

License Number: [     ]

License Type: [          ]

City: [          ]

State: [   ]

Zip: [    ]

[ Search ]

Conditions of Use | Privacy Policy
Copyright © 2008 State of California

DEPARTMENT OF
# CORPORATIONS
CALIFORNIA'S INVESTMENT & FINANCING AUTHORITY SINCE 1913

Home -» FSD -» Licensees

## Financial Services Division Licensee Address Listing

Please enter a license number or the name of the company you are looking for in the correct space below. The "No Longer Licensed" date is the date a record was removed from our active license listing. You can check Enforcement Actions for any other Orders issued against a company. Please call our Consumer Services Office by calling 1-(866) 275-2677 for the actual date of surrender or revocation and any additional information regarding enforcement action against a licensee.

### Online Escrow

The following companies are licensed to provide online escrow services:

-» www.escrow.com

If you are checking on any company other than the ones listed above, you should click here for Consumer Alerts and Online Escrow Fraud information. Many alleged online escrow companies are falsely using names similar to our licensees in an effort to deceive consumers into believing they are licensed and regulated by the State of California.

Your search for ( *wells fargo salinas* ) found the following ( *1* ) results:

| Lic. Status: | Active License | Lic. Date: | Jul 01 1995 (Lender/Broker) |
|---|---|---|---|
| Lic. Number: | 6051142 | Lic. Type: | California Finance Lender |
| Name: | WELLS FARGO FINANCIAL CALIFORNIA, INC. | | |
| | | | |
| Address: | 1213 NORTH DAVIS ROAD<br>SALINAS, CA  93907 | | |

If you are not happy with your results, please enter a license number or the name of the company you are looking for in the correct space below. The "No Longer Licensed" date is the date a record was removed from our active license listing. Any Order issued against a company will not be shown on this listing. Please call our Consumer Services Office by calling 1-(866) 275-2677 for the actual date of surrender or revocation and any additional information regarding enforcement action against a licensee.

PLEASE NOTE: The Department of Corporations, the Department of Real Estate, the Office of Real Estate Appraisers, and the Department of Financial Institutions regulate most of the real estate financial services in California. To check the license records of all four departments at once, click here or visit California Real Estate and Financial Services License Information.

⊙ Company contains

○ Company begins with

⦿ Active

○ Inactive

○ Both

Company Name: [                    ]

License Number: [          ]

License Type: [                    ]

City: [                              ]

State: [      ]

Zip: [        ]

[ Search ]

Conditions of Use | Privacy Policy
Copyright © 2008 State of California