NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. CV 07 05698 JW<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION, MOTION TO DISMISS AND MOTION TO STRIKE. |

1

The motion to dismiss Plaintiffs' First Amended Complaint for failure to state a claim or in the alternative for a more definite statement and motion to strike by moving parties VCH Salinas I, Norm Yop Inc. Realtors, and Monica Faranda came on regularly for hearing before the Hon. James Ware, U.S. Distinct Court Judge, on March 24, 2008. Sergio H. Parra and Nina M. Patane appeared on behalf of all Plaintiffs and Frank Riebli and Mark Petersen appeared on behalf of Defendants VCH Salinas I, Norm Yop Inc. Realtors, and Monica Faranda.

After considering the motions and paper files on this matter along with oral argument the Court finds as follows:

1. Defendants VCH Salinas I, Norm Yop Inc. Realtors, and Monica Faranda's judicial reference clause is enforceable as an arbitration clause under California law. Therefore, the motion to compel arbitration is denied as to all parties in this litigation. All joinders or motions to stay from other defendants in this matter are also denied.

2. Defendants' motion to dismiss is denied since Plaintiffs have sufficiently alleged the claims so as to provide the Defendants' requisite notice to proceed with litigating this matter.

3. Defendants' motion to strike is denied as the First Amended Complaint does not state redundant or immaterial matters that will impede this suit. Moreover, the Defendants' motion to strike Plaintiffs' demand for a jury trial is denied because it is unenforceable under California law.

THEREFORE IT IS ORDERED THAT:

1. Defendants' motion to compel arbitration is denied as to all parties in this litigation. All joinders or motions to stay from other defendants in this matter are also denied.

2. Defendants' motion to dismiss is denied since Plaintiffs have sufficiently alleged the claims so as to provide the Defendants' requisite notice to proceed with litigating this matter.

3. Defendants' motion to strike is denied as the First Amended Complaint does not state

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION, MOTION TO DISMISS AND MOTION TO STRIKE.

1  redundant or immaterial matters that will impede this suit. Moreover, the Defendants' motion to
2  strike Plaintiffs' demand for a jury trial is denied because it is unenforceable under California law.
3
4  Dated: F_____, 2008
                    By: _____
5                       HONORABLE JAMES WARE
                        UNITED STATES DISTRICT COURT

3

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION, MOTION
TO DISMISS AND MOTION TO STRIKE.