1  NINA M. PATANE, Esq. (SBN 157079)
   SERGIO H. PARRA, Esq. (SBN 247682)
2  PATANE · GUMBERG, LLP
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, California 93907
4  Telephone: (831) 755-1461
   Facsimile: (831) 755-1477
5
   Attorneys for Plaintiffs
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                            (SAN JOSE)
9
   BERENICE GONZALEZ AND JOSE        )
10 URTIZ, JORGE AGUIRRE, ELEAZAR     )   CASE NO. CV 07 05698 JW
   BECERRA AND ROCIO BECERRA, J.     )
11 GUADALUPE CONTRERAS AND           )
   TERESA CONTRERAS, all individually and )
12 on behalf of the general public,  )
                                     )   [PROPOSED]
13         Plaintiffs,               )   ORDER DENYING DEFENDANT
                                     )   OLD REPUBLIC'S MOTION TO
14 v.                                )   STAY, MOTION TO DISMISS,
                                     )   MOTION FOR A MORE DEFINITE
15 VCH SALINAS I LLC dba VALLEY      )   STATEMENT
   COMMUNITY HOMES and as MONTE      )
16 BELLA REALTY, NORM YOP INC.       )
   REALTORS dba MONTE BELLA          )
17 REALTY, MONICA FARANDA dba as     )
   MONTE BELLA REALTY, UNIVERSAL     )
18 MORTGAGE & SALES INC., IRA        )
   MORTGAGE & HOME SALES, INC.,      )
19 AMERICAN PACIFIC MORTGAGE         )
   CORP. dba as CREATIVE MORTGAGE,   )
20 OLD REPUBLIC TITLE CO.,           )
   COUNTRYWIDE HOME LOANS INC.       )
21 dba AMERICA'S WHOLESALE           )
   LENDER, COUNTRYWIDE FINANCIAL     )
22 CORP., NEW CENTURY MORTGAGE       )
   CORP., HOMEQ SERVICING CORP.,     )
23 CAMERON FINANCIAL GROUP INC.,     )
   WELLS FARGO BANK, and DOES 1 TO   )
24 100, inclusive,                   )
                                     )
25         Defendants.               )
                                     )
26
27
28                                     1

The motion to stay, motion to dismiss Plaintiffs' First Amended Complaint for failure to state a claim and motion for a more definite statement filed by moving party Old Republic Title Co. came on regularly for hearing before the Hon. James Ware. U.S. Distinct Court Judge, on March 24, 2008. Sergio H. Parra and Nina M. Patane appeared on behalf of all Plaintiffs and Carlos Alvarez appeared on behalf of Old Republic Title Co.

After considering the motions and paper files on this matter along with oral argument the Court finds as follows:

1. Defendant Old Republic Title Co.'s motion to stay is denied as the subject judicial reference clause is not a proper basis to compel arbitration against Plaintiffs.

2. Defendant's motion to dismiss is denied since Plaintiffs have sufficiently alleged the claims so as to provide the Defendant's requisite notice to proceed with litigating this matter.

3. Defendants' motion for a more definite statement is not necessary and therefore denied, given that Plaintiffs' claims are sufficiently stated.

THEREFORE IT IS ORDERED THAT:

1. Defendant Old Republic Title Co.'s motion to stay is denied as the subject judicial reference clause is not a proper basis to compel arbitration against Plaintiffs.

2. Defendant's motion to dismiss is denied since Plaintiffs have sufficiently alleged the claims so as to provide the Defendant's requisite notice to proceed with litigating this matter.

3. Defendants' motion for a more definite statement is not necessary and therefore denied, given that Plaintiffs' claims are sufficiently stated.

Dated: _____, 2008

By: _____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT