1   JOHN S. BLACKMAN (SB#114654)
    DEIRDRE O'REILLY MARBLESTONE (SB#08808)
2   MARGARET A. BURTON (SB#193386)
    FARBSTEIN & BLACKMAN
3   A Professional Corporation
    411 Borel Avenue, Suite 425
4   San Mateo, California  94402-3518

5   Telephone: (650) 554-6200
    Facsimile: (650) 554-6240
6
    Attorneys for Defendant
7   IRA MORTGAGE & HOME SALES, INC.

8
                    UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE
10
11  BERNICE GONZALEZ AND JOSE          )   CASE NO. C 07 05698 JW
    URTIZ, JORGE AGUIRRE, ELEAZAR      )
    BECERRA AND ROCIO BECERRA, J.      )
12  GUADALUPE CONTRERAS AND            )
    TERESA CONTRERAS, all individually )
13  and on behalf of the general public, )
                                       )
14              Plaintiffs,            )   ADR CERTIFICATION BY PARTIES
                                       )   AND COUNSEL
                                       )   [L.R.16-8(b) and ADR L.R.3-5(b)]
15  vs.                                )
                                       )
16  VCH SALINAS I LLC dba VALLEY       )
    COMMUNITY HOMES and as MONTE       )
17  BELLA REALTY, NORM YOP, INC.       )
    REALTORS dba MONTE BELLA           )
18  REALTY, MONICA FARANDA dba as      )   Complaint Filed: November 21, 2007
    MONTE BELLA REALTY,                )   Trial Date: None Set
19  UNIVERSAL MORTGAGE & SALES,        )
    INC., IRA MORTGAGE & HOME          )
20  SALES, INC., AMERICAN PACIFIC      )
    MORTGAGE CORP. dba as CREATIVE     )
21  MORTGAGE, OLD REPUBLIC TITLE       )
    CO., COUNTRYWIDE HOME LOANS,       )
22  INC. dba AMERICA'S WHOLESALE       )
    LENDER, COUNTRYWIDE                )
23  FINANCIAL CORP., NEW CENTURY       )
    MORTGAGE CORP., HOMEQ              )
24  SERVICING CORP., CAMERON           )
    FINANCIAL GROUP, INC., WELLS       )
25  FARGO BANK, and DOES 1 to 100,     )
    inclusive,                         )
26                                     )
                Defendants.            )
27  _____   )

28                                  1
                                         _____
                                         ADR CERTIFICATION BY PARTIES AND
                                         COUNSEL
                                         [L.R.16-8(b) and ADR L.R.3-5(b)]

1      Pursuant to Civil L.R. 16-8(b)and ADR L.R. 3-5(b), each of the undersigned

2 certifies that he or she has:

3      1.    Read the handbook entitled "Dispute Resolution Procedures in the Northern

4 District of California" on the Court's Internet site www.adr.cand.uscourts.gov (limited

5 printed copies are available from the clerk's office for parties in cases subject to the court's

6 Electronic Case Filing program (ECF) under General Order 45);

7      2.    Discussed the available dispute resolution options provided by the Court and

8 private entities; and

9      3.    Considered whether this case might benefit from any of the available dispute

10 resolution options.

11

12 DATED: February 25 , 2008      By: _____

13                      CESAR IRACHETA
                     IRA Mortgage & Home Sales, Inc.

14

15

16 DATED: February 29 , 2008      By: _____

17                      DEIRDRE O'REILLY MARBLESTONE
                     Attorneys for Defendant
                     IRA Mortgage & Home Sales, Inc.

18

19

20

21

22

23

24

25

26

27

28                         2
                           ADR CERTIFICATION BY PARTIES AND
                           COUNSEL
                           [L.R.16-8(b) and ADR L.R.3-5(b)]

PROOF OF SERVICE
Gonzalez v. VCH Salinas I LLC, et al.
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. My electronic notification address is stf@farbstein.com. On March 4, 2008, I served the following document(s):

### ADR CERTIFICATION BY PARTIES AND COUNSEL

on the following person(s) by the method(s) indicated below:

### SEE ATTACHED SERVICE LIST

[ ]    by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]    by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth herein. Signed proof of service by the process server or delivery service is attached to this proof of service.

[ ]    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth herein.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

[X]    by transmitting the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on March 4, 2008.

_____
SUZANNE T. FARBSTEIN

SERVICE LIST
Gonzalez v. VCH Salinas I LLC, et al.
United States District Court, Northern District of California, San Jose
Case No. C07-05698 JW

| | |
|---|---|
| James K. Gumberg, Esq.<br>Nina M. Patane, Esq.<br>Sergio H. Parra, Esq.<br>Patane Gumberg LLP<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | Attorneys for Plaintiffs<br>Tel: (831) 755-1461<br>Fax: 1-831-755-1477<br>email: jgumberg@pglawfirm.com |
| Frank J. Riebli, Esq.<br>Mark Dean Petersen, Esq.<br>Farella Braun & Martel<br>235 Montgomery Street, Suite 3000<br>San Francisco, CA 94104 | Attorneys for defendants VCH Salinas I<br>LLC, Norm Yop, Inc. Realtors, Monica<br>Faranda dba Monte Bella Realty<br>Riebli Tel: (415) 954-4946<br>Petersen Tel: (415) 954-4406<br>Fax: 1-415-954-4480<br>email: friebli@fbm.com<br>email: mpetersen@fbm.com |
| Elizabeth C. Gianola, Esq.<br>Horan Lloyd Law Offices<br>499 Van Buren Street<br>Monterey, CA 93940 | Attorneys for defendant Universal<br>Mortgage & Sales Inc.<br>Tel: (831) 373-4131<br>email: gianola@horanlegal.com |
| Michael L. Smith, Esq.<br>Madonna A. Herman, Esq.<br>Manning & Marder, Kass Ellrod, Ramirez<br>One California Street, Suite 1100<br>San Francisco, CA 94111 | Attorneys for American Pacific Mortgage<br>dba Creative Mortgage<br>Tel: (415) 217-6990<br>Fax: 1-415-217-6999<br>email: mls@mmker.com<br>and mak@mmker.com |
| Carlos A. Alvarez, Esq.<br>Benjamin R. Ehrhart, Esq.<br>Steyer Lowenthal Boodrookas Alvarez<br>One California Street, Third Floor<br>San Francisco, CA 94111 | Attorneys for defendant Old Republic<br>Title Company<br>Tel: (415) 421-3400<br>Fax: 1-415-421-2234<br>email: calvarez@steyerlaw.com<br>and behrhart@steyerlaw.com |

| | |
|---|---|
| Sanford P. Shatz, Esq.<br>Countrywide Home Loans, Inc.<br>5220 Las Virgenes Road<br>MS AC-11<br>Calabasas, CA 91302 | Attorneys for defendant Countrywide Financial Corporation dba American Wholesale Lender<br>Tel: (818) 871-6062<br>Fax: 1-818-871-4669<br>email: sandy_shatz@countrywide.com |
| Joshua E. Whitehair, Esq.<br>Michael Jan Steiner, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 | Attorneys for defendant Wells Fargo Bank<br>Tel: (415) 398-3344 (Steiner)<br>Tel: (415) 677-5631 (Whitehair)<br>Fax: 1-415-956-0439<br>email: jew@severson.com<br>email: mjs@severson.com |