| | |
|---|---|
| 1 | MICHAEL J. STEINER (State Bar No. 112079) |
| | mjs@severson.com |
| 2 | JOSHUA E. WHITEHAIR (State Bar No. 244900) |
| | jew@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendant |
| | WELLS FARGO BANK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive, <br><br> Defendants. | Case No.:  C07 05698 JW <br><br> **WELLS FARGO BANK'S OBJECTION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO WELLS FARGO'S MOTION TO DISMISS** <br><br> Date:        March 24, 2008 <br> Time:       9:00 a.m. <br> Dept.:       Courtroom 8, 4th Floor <br> Judge:      Hon. James Ware <br><br> Trial Date:  Not Set <br><br> **Accompanying Documents:** <br> Reply Memorandum of Points and Authorities |

1 | Defendant Wells Fargo Bank, N.A. objects to Plaintiffs' Request for Judicial Notice. Plaintiffs ask the Court to take judicial notice of a document purporting to be Wells Fargo Financial California, Inc.'s California Finance Lender license. Plaintiffs contend this document evidences the fact that Wells Fargo Bank also has such a license. However, Wells Fargo Financial California, Inc. is separate corporation and not the defendant in this action. Moreover, defendant Wells Fargo Bank, N.A. is a national bank and does not have a California Finance Lender license. Thus, the judicially noticed "fact" itself is erroneous and, at the very least, subject to reasonable dispute. Fed. R. Evid. 201(b). Furthermore, because it is the license of another corporation which is not a party to this action, it is completely irrelevant.

Accordingly, Plaintiffs' Request for Judicial Notice should be denied.

DATED:  March 10, 2008

SEVERSON & WERSON
A Professional Corporation


By: _____/S/_____
        Michael J. Steiner

Attorneys for Defendant
WELLS FARGO BANK

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

- 1 -

07725/0082/662019.1

Wells Fargo's Objection to Plaintiffs' Request for Judicial Notice
Case No.:  C07 05698 JW