IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bernice Gonzalez, et al., | NO. C 07-05698 JW |
| Plaintiffs,<br>v. | **ORDER CONTINUING HEARING ON DEFENDANTS' VARIOUS MOTIONS** |
| VCH Salinas I LLC, et al., | |
| Defendants. | |

The Court continues the hearing on Defendants' various motions to dismiss currently set for March 24, 2008 at 9 a.m. to **Monday, March 31, 2008 at 9 a.m.** to give the parties sufficient time to argue the issues set forth in their briefs.

Dated: March 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Russell Ehrhart behrhart@steyerlaw.com
Carlos A. Alvarez calvarez@steyerlaw.com
Elizabeth Catherine Gianola gianola@horanlegal.com
Frank J. Riebli friebli@fbm.com
James K Gumberg jgumberg@pglawfirm.com
James K Gumberg sparra@pglawfirm.com
John Somers Blackman jsb@farbstein.com
Joshua Eric Whitehair jew@severson.com
Mark Dean Petersen mpetersen@fbm.com
Michael Jan Steiner mjs@severson.com
Michael Lloyd Smith mls@mmker.com
Nicolas Adam Daluiso ndaluiso@robinsontait.com
Sanford Philip Shatz Sandy_Shatz@Countrywide.com

**Dated: March 18, 2008**                              **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**