LAW OFFICES OF
**HORAN, LLOYD, KARACHALE, DYER, SCHWARTZ,**
**LAW & COOK**
INCORPORATED

P.O. BOX 3350, MONTEREY, CALIFORNIA 93942-3350
www.horanlegal.com

LAURENCE P. HORAN
FRANCIS P. LLOYD
ANTHONY T. KARACHALE
STEPHEN W. DYER
GARY D. SCHWARTZ
MARK A. BLUM
MARK A. O'CONNOR
ROBERT E. ARNOLD III
ELIZABETH C. GIANOLA
AENGUS L. JEFFERS
PAMELA H. SILKWOOD
MICHAEL P. BURNS
AUSTIN C. BRADLEY

JAMES J. COOK
DENNIS M. LAW

TELEPHONE: (831) 373-4131
FROM SALINAS: (831) 757-4131
FACSIMILE: (831)373-8302
gianola@horanlegal.com

OUR FILE NO. 5868.01

March 19, 2008

## NOTICE OF STAY OF PROCEEDINGS

**VIA E-MAIL AND U.S. MAIL**
Nina Patane
Sergio Parra
Patane Gumberg, LLP
4 Rossi Circle, Suite 231
Salinas, CA 93907

Re:   **Gonzalez, et al. v. VCH Salinas I LLC, et al.**
      **United States District Court, Northern District of California**
      **Case No. C07 05698 JW**

Dear Ms. Patane and Mr. Parra:

Please note that on March 19, 2008, Universal Mortgage and Sales, Inc. ("Universal") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto.

11 U.S.C. § 362(a) provides for an automatic stay, applicable to all entities, of, among other things, the following:

(1)   the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

* * *

(3)   any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; [and]

* * *

(7)   the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor.

HORAN, LLOYD, KARACHALE, DYER, SCHWARTZ, LAW & COOK, INCORPORATED

Nina Patane
Sergio Parra
Patane Gumberg, LLP
March 19, 2008
Page 2

---

      Please take further notice that the automatic stay of proceedings commenced concurrently with the filing of the bankruptcy petition on March 19, 2008. The automatic stay prevents commencement or continuation of actions against a debtor. In light of the above, Universal respectfully requests that all proceedings against it in connection with this matter be stayed.

                                       Very truly yours,

                                       Elizabeth C. Gianola

ECG:sew
Enclosures

cc:    Client
       Office of the Clerk *(by U.S. mail only)*
       United States District Court
       Northern District of California
       280 South First Street
       San Jose, CA 95113

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/19/2008 at 2:09 PM and filed on 03/19/2008.

**Universal Mortgage & Sales, Inc.**
400 Salinas Street
Salinas, CA 93901
Tax id: 77-0564913



The case was filed by the debtor's attorney:

**Janice M. Murray**
Law Offices of Murray and Murray
19400 Stevens Creek Blvd. #200
Cupertino, CA 95014-2548
(650) 852-9000

The case was assigned case number 08-51294.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Gloria L. Franklin**
**Clerk, U.S. Bankruptcy Court**