1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California 93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage and Sales, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   BERENICE GONZALEZ AND JOSE URTIZ,           CASE NO. C07 05698 PVT
10 JORGE AGUIRRE, ELEAZAR BECERRA AND
   ROCIO BECERRA, J. GUADALUPE CONTRERAS       **CERTIFICATE OF SERVICE**
11 AND TERESA CONTRERAS, all individually and
   on behalf of the general public,
12
                                    Plaintiffs,
13
   v.
14
   VCH SALINAS I LLC dba VALLEY COMMUNITY
15 HOMES and MONTE BELLA REALTY, NORM
   YOP INC. REALTORS dba MONTE BELLA
16 REALTY, MONICA FARANDA dba MONTE
   BELLA REALTY, UNIVERSAL MORTGAGE &
17 SALES INC., IRA MORTGAGE & HOME SALES,
   INC., AMERICAN PACIFIC MORTGAGE CORP.
18 dba CREATIVE MORTGAGE, OLD REPUBLIC
   TITLE CO., COUNTRYWIDE HOME LOANS INC.
19 dba AMERICA'S WHOLESALE LENDER,
   COUNTRYWIDE FINANCIAL CORP., NEW
20 CENTURY MORTGAGE CORP., HOMEQ
   SERVICING CORP., CAMERON FINANCIAL
21 GROUP INC., WELLS FARGO BANK, and DOES
   1 TO 100, inclusive,
22
                                    Defendants.
23 _____/

24

25

26

27

28

1

## PROOF OF SERVICE

2   I am employed by HORAN, LLOYD LAW OFFICES in the County of Monterey, California. I am over the age of 18 and not a party to the within action. My business address is 499
3   Van Buren Street, Post Office Box 3350, Monterey, California, 93942-3350.

4   On this date I caused to be served the within **NOTICE OF STAY OF PROCEEDINGS** on the parties in this action in the manner indicated:

5

6   **ATTORNEY** | **PARTY**

| ATTORNEY | PARTY |
|---|---|
| Nina Patane<br>Sergio Parra<br>Patane and Gumberg<br>4 Rossi Circle<br>Suite 231<br>Salinas, CA 93907<br>Email: npatane@pglawfirm.com<br>Email: sparra@pglawfirm.com | Beatrice Gonzalez<br>Eleazar Becerra<br>J. Guadalupe Contreras<br>Jorge Aguirre<br>Jose Uritz<br>Rocio Becerra<br>Teresa Contreras |
| Frank Riebli<br>Farella Braun & Martel<br>235 Montgomery Street<br>Suite 3000<br>San Francisco, CA 94104<br>    Email: friebli@fbm.com | VCH Salinas I LLC<br>Monica Faranda<br>Norm Yop Inc. Realtors |
| John Blackman<br>Farbstein & Blackman<br>411 Borel Avenue, Suite 425<br>San Mateo, CA 94402-3518<br>    Email: jsb@farbstein.com | IRA Mortgage & Homes Sales, Inc. |
| Michael Smith<br>Manning & Marder, Kass, Ellrod, Ramirez LLP<br>One California Street<br>Suite 1100<br>San Francisco, CA 94111<br>    Email: mls@mmker.com | American Pacific Mortgage Corporation |

| | |
|---|---|
| Benjamin Ehrhart<br>Carlos Alvarez<br>Steyer Lowenthall Boodrookas Alvarez & Smith LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111<br>    Email: behrhart@steyerlaw.com<br>           calvarez@steyerlaw.com | Old Republic Title Company |
| Sanford Shatz<br>Countrywide Home Loans Inc<br>5220 Las Virgenes Rd.<br>MS: AC-11<br>Calabasas, CA 91302<br>    Email: Sandy_Shatz@Countrywide.com | Countrywide Financial Corporation |
| Nicolas Adam Daluiso<br>705 Second Avenue, Suite 1700<br>Seattle, WA 98104<br>    Email: ndaluiso@robinsontait.com | Homeq Servicing Corporation |
| Michael Steiner<br>Joshua Whitehair<br>Severson & Werson<br>One Embarcadero Center<br>Suite 2600<br>San Francisco, CA 94111<br>    Email: mjs@severson.com<br>           jew@severson.com | Wells Fargo Bank |

__X__ (By Mail) I caused copies of the document to be placed in envelopes, addressed as indicated above and delivered each envelope, with postage prepaid to be placed in the United States mail at Monterey, California. I am readily familiar with the business practices of the firm regarding the collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to such business practices, and in the ordinary course of business, all correspondence is deposited with the United States Postal Service on the same day it is placed for collection and mailing.

____ (By Hand) I delivered the envelope to addressee.

__X__ (By E-mail) I sent an electronic copy of the document to each email address indicated above. The transmissions were reported as successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Monterey, California on March 19, 2008.

                              /s/   Sarah Welsh.
                              Sarah Welsh