NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,

    Plaintiffs,

v.

VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,

    Defendants.

CASE NO. CV 07 05698 JW

REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF THE ABOVE-ENTITLED COURT

1

Plaintiffs BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS hereby request that the Clerk of the above-entitled Court enter default in this matter against defendant CAMERON FINANCIAL GROUP INC. on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Court of Civil Procedure. Plaintiffs served the complaint on defendant CAMERON FINANCIAL GROUP INC. on November 27, 2007, evidenced by the proof of service of summons on file with this Court.

The above stated facts are set forth in the accompanying declaration of Sergio Parra, filed herewith.

Dated: March 25, 2008           PATANE • GUMBERG, LLP

By: _____
SERGIO H. PARRA
NINA M. PATANE
Attorneys for Plaintiffs

NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. CV 07 05698 JW<br><br>DECLARATION OF SERGIO PARRA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT |

I, Sergio Parra, hereby declare as follows:

1.    I am a duly licensed attorney practicing in the courts of the State of the California

1

1. and am a member of the law firm of Patane · Gumberg LLP, attorneys of record for Plaintiffs BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS. As such, I have personal knowledge of the facts given below and if called to offer my testimony, would truthfully and accurately testify to the declaration made herein.

2. This declaration is submitted in support of Plaintiffs' Request for Entry of Default against defendant CAMERON FINANCIAL GROUP INC.

3. Plaintiffs served the complaint on defendant CAMERON FINANCIAL GROUP INC. on November 19, 2007, evidenced by the proof of service of summons attached hereto as Exhibit 1.

Dated: March 25, 2008          PATANE • GUMBERG, LLP

By: _____
SERGIO H. PARRA
NINA M. PATANE
Attorneys for Plaintiffs

## PROOF OF SERVICE

STATE OF CALIFORNIA -- COUNTY OF MONTEREY

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On March 27, 2008, I served the foregoing document(s) described as:

**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF SERGIO PARRA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

(X)   BY E-FILE - By transmitting via efiling the document(s) listed above set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907.

( )   BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   BY PERSONAL SERVICE - By personally delivering the document(s) listed above to the person(s) or other proper person(s) at the address(es) set forth below.

[SEE ATTACHED LIST].

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2008 at Salinas, California.

_____
PAM KIMBALL

## SERVICE MAILING LIST

Elizabeth C. Gianola, Esq.
Horan, Lloyd Law Offices
499 Van Buren Street
Monterey, CA, 93940

Mark D. Peterson, Esq.
Frank J. Riebli, Esq.
Farella Braun-Martel, LLP
Russ Building-235 Montgomery St.
San Francisco, CA 94104

John S. Blackman, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402

Michael J Steiner, Esq.
Joshua E. Whitehair
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Michael Smith, Esq.
Manning & Marder, Kass, Ellrod, Ramirez LLP
One California Street Suite 1100
San Francisco, CA 94111

Countrywide Homes Loans, Inc.
Sandy Shatz, Esq.
SVP, Asst. General Counsel
5220 Las Virgenes Rd. Mail Stop AC-11
Calabasas, CA 91302

Carlos Alvarez, Esq.
Steyer, Lowenthal, Boodrookas,
Alvarez & Smith, LLP
One California Street, Third Floor
San Francisco, CA 94111

Mark D. Peterson, Esq.
Frank J. Riebli, Esq.
Farella Braun-Martel, LLP
Russ Building-235 Montgomery St.
San Francisco, CA 94104