| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Sergio Parra, Esq.<br>Patane & Gumberg<br>4 Rossi Circle, Suite 231<br>Salinas, CA 93907 | | |
| Telephone No: (831) 755-1461 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: BEATRICE GONZALEZ; ET AL
Defendant: VCH SALINAS I LLC, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0705698PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: CAMERON FINANCIAL GROUP, INC.
   b. Person served: CHUCK P. OGLE, AGENT FOR SERVICE

4. Address where the party was served: 770 MORRO BAY BLVD.
   Morro Bay, CA 93442

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 19, 2007 (2) at: 11:58AM

7. *Person Who Served Papers:*
   a. DAVIS BEST
   b. **SAYLER LEGAL SERVICE (E-009)**
   455 RESERVATION RD., SUITE E
   Marina, CA 93933
   c. 831.384.4030

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $121.50
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 154
      (iii) County: San Luis Obispo
      (iv) Expiration Date: Mon, Dec. 29, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Nov. 19, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(DAVIS BEST)

say.10469