**Attorney or Party without Attorney:**
Sergio Parra, Esq.
Patane & Gumberg
4 Rossi Circle, Suite 231
Salinas, CA 93907

**Telephone No:** (831) 755-1461

**Ref. No. or File No.:**

**For Court Use Only**

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court, Northern District Of California

**Plaintiff:** BEATRICE GONZALEZ; ET AL
**Defendant:** VCH SALINAS I LLC, ET AL

## PROOF OF SERVICE — SUMMONS IN A CIVIL CASE

| Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|
| | | | C0705698PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: CAMERON FINANCIAL GROUP, INC.
   b. Person served: CHUCK P. OGLE, AGENT FOR SERVICE

4. Address where the party was served: 770 MORRO BAY BLVD.
   Morro Bay, CA 93442

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 19, 2007 (2) at: 11:58AM

7. **Person Who Served Papers:**
   a. DAVIS BEST
   b. SAYLER LEGAL SERVICE (E-009)
      455 RESERVATION RD., SUITE E
      Marina, CA 93933
   c. 831.384.4030

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $121.50
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 154
      (iii) County: San Luis Obispo
      (iv) Expiration Date: Mon, Dec. 29, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Nov. 19, 2007

(signature) (DAVIS BEST)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

say.10469