UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware
**Date:** 3/31/2008
**Case No.:** C-07-05698 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

TITLE

**Bernice Gonzalez et al v. VCH Salinas I LLC et al**

**Attorney(s) for Plaintiff(s)**: Sergio Parra
**Attorney(s) for Defendant(s)**: Frank Riebli, Sanford Shutz, Michael Steiner, Jeffrey Lowenthal, Deirdre O'Reilly Marblestone

PROCEEDINGS

Defendants' VCH Salinas I LLC, Norm Yop Inc. Realtors, Monica Faranda, Old Republic Title Company Motion to Stay and Compel Arbitration, or in the Alternative, to Dismiss and Strike and Defendant's Motion for Joinder

ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further order on Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: