**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

April 1, 2008

RE: CV 07-05698 JW        BEATRICE GONZALEZ, ET AL.-v- VCH SALINAS I LLC, ET AL.

Default is entered as to Cameron Financial Group on 3/28/08.

RICHARD W. WIEKING, Clerk

by Sandy Morris  
Case Systems Administrator

NDC TR-4  Rev. 3/89