
1  SERGIO H. PARRA (SBN 247682)
   sparra@pglawfirm.com
2  PATANE GUMBERG, LLP
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, CA  030-8
4  Telephone:    (831) 755-1461
   Facsimile:    (831) 755-1477
5
   Attorneys for Plaintiffs
6

**GRANTED**
*Judge James Ware*
8/18/2008

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                        (SAN JOSE)

10 | BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,

Plaintiffs,

vs.

VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,

Defendants.

| Case No.:  C07 05698 JW

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT WELLS FARGO BANK, N.A.

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) plaintiffs J. Guadalupe
2  Contreras and Teresa Contreras hereby dismiss with prejudice defendant Wells Fargo Bank, N.A.
3  DATED: August 15, 2008                    PATANE GUMBERG, LLP
                                              Attorneys at Law

                                              _____
                                              Sergio H. Parra
                                              Counsel of Record for Plaintiffs

**IT IS SO ORDERED:**

Defendant Wells Fargo Bank, N.A. is dismissed with prejudice.

Dated: August 18, 2008                       _____
                                              United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA -- COUNTY OF MONTEREY

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, LLP, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On August 15, 2008, I served the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT WELLS FARGO BANK, N.A.**

( )   BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907. The transmitting facsimile machine telephone number is 831-755-1477. A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

( )   BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(x)   BY ELECTRONIC TRANSMISSION – by transmission the document(s) listed above via the Court's ECF system to the persons at the email address(es) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error.

**See attached list**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 15, 2008, at Salinas, California.

_____
PAM KIMBALL

1

<u>SERVICE MAILING LIST</u>
Gonzalez v. VCH Salinas I, LLC, et al., U.S. Dist. Ct., N.D. Cal. Case No. C0705698 JW

Jennifer Tait, Esq.
Nicolas Daluiso, Esq.
Robinson Tait, P.S.
616 First Avenue, Suite 550
Seattle, WA 98104
ndaluiso@robinsontait.com

John S. Blackman, Esq.
Deirdre O'Reilly Marblestone, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
jsb@farbstein.com

Michael Smith, Esq.
Madonna Herman, Esq.
Manning & Marder, Kass, Ellrod, Ramirez LLP
One California Street Suite 1100
San Francisco, CA 94111
mls@mmker.com

Jeffrey Lowenthal, Esq.
Carlos Alvarez, Esq.
Steyer, Lowenthal, Boodrookas, Alvarez & Smith, LLP
One California Street, Third Floor
San Francisco, CA 94111
calvarez@steyerlaw.com

Mark D. Peterson, Esq.
Frank J. Riebli, Esq.
Farella Braun-Martel, LLP
Russ Building-235 Montgomery St.
San Francisco, CA 94104
friebli@fbm.com

Michael J Steiner, Esq.
Joshua E. Whitehair, Esq.
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
jew@severson.com

Sandy Shatz, Esq.
Countrywide Homes Loans, Inc.
Countrywide Financial Corp.
5220 Las Virgenes Rd. Mail Stop AC-11
Calabasas, CA 91302
Sandy_Shatz@countrywide.com