**GRANTED**
/s/ James Ware
Judge James Ware
9/8/2008

1  NINA M. PATANE, Esq. (SBN 157079)
   SERGIO H. PARRA, Esq. (SBN 247682)
2  PATANE · GUMBERG, LLP
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, California 93907
4  Telephone: (831) 755-1461
   Facsimile: (831) 755-1477
5
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>Defendants. | CASE NO. CV 07 05698 JW<br><br>NOTICE OF STIPULATION TO THE VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT IRA MORTGAGE & HOME SALES INC. UNDER FRCP 41(a)(1)(A)(ii) |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) plaintiffs Eleazar Becerra and Rocio Becerra hereby dismiss with prejudice defendant IRA Mortgage & Home Sales Inc, with each party to bear their own fees and costs.

DATED AUGUST 26, 2008          PATANE GUMBERG, LLP

_____
Sergio H. Parra
Attorney for Plaintiffs

### STIPULATION BY ALL REQUIRED PARTIES UNDER FRCP 41(a)(1(A)(ii)

August 26, 2008            /s/_____
                           John Blackman/Diedre O. Marblestone
                           **IRA Mortgage & Home Sales Inc.**

August 26, 2008            /s/_____
                           Frank J. Riebli
                           **VCH Salinas I, LLC**
                           **Norm Yop Inc. Realtors**
                           **Monica Faranda**

August 26, 2008            /s/_____
                           Jennifer Tait, Esq./Nicolas Daluiso
                           **HomEq Servicing Corp.**

August 26, 2008            /s/_____
                           Michael Smith/Madonna Herman
                           **American Pacific Mortgage Corp.**

August 26, 2008            /s/_____
                           Sandy Shatz
                           **Countrywide Home Loans Inc.**
                           **Countrywide Financial Corp.**

August 26, 2008            /s/_____
                           Jeffrey Lowenthal
                           **Old Republic Title Co.**

NOTICE OF STIPULATION TO THE VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT IRA MORTGAGE & HOME SALES INC. UNDER FRCP 41(a)(1)(A)(ii)

# PROOF OF SERVICE

STATE OF CALIFORNIA – US DISTRICT COURT, N.D. OF CALIFORNIA

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On August 26, 2008, I served the foregoing document(s) described as:

**NOTICE OF STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT IRA MORTGAGE & HOME SALES INC. UNDER FRCP 41(a)(1)(A)(ii)**

( )  BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907. The transmitting facsimile machine telephone number is 831-755-1477. A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

( )  BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)  BY ELECTRONIC TRANSMISSION: by transmitting the documents above listed via the Court's electronic filing system to the persons at the emails and contact information set forth herein. The transmission was completed without error before 5:00 pm.

**[SEE ATTACHED LIST].**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 26, 2008 at Salinas, California.

_____
PAM KIMBALL

**NOTICE OF STIPULATION TO THE VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT IRA MORTGAGE & HOME SALES INC. UNDER FRCP 41(a)(1)(A)(ii)**

SERVICE MAILING LIST
Gonzalez v. VCH Salinas I, LLC, et al., U.S. Dist. Ct., N.D. Cal. Case No. C0705698 JW

Jennifer Tait, Esq.
Nicolas Daluiso, Esq.
Robinson Tait, P.S.
616 First Avenue, Suite 550
Seattle, WA 98104
ndaluiso@robinsontait.com

Mark D. Peterson, Esq.
Frank J. Riebli, Esq.
Farella Braun-Martel, LLP
Russ Building-235 Montgomery St.
San Francisco, CA 94104
friebli@fbm.com

John S. Blackman, Esq.
Deirdre O'Reilly Marblestone, Esq.
Farbstein & Blackman, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402
jsb@farbstein.com

Jeffrey Lowenthal, Esq.
Carlos Alvarez, Esq.
Steyer, Lowenthal, Boodrookas,
Alvarez & Smith, LLP
One California Street, Third Floor
San Francisco, CA 94111
calvarez@steyerlaw.com

Michael Smith, Esq.
Madonna Herman, Esq.
Manning & Marder, Kass, Ellrod, Ramirez LLP
One California Street Suite 1100
San Francisco, CA 94111
mls@mmker.com

Sandy Shatz, Esq.
Countrywide Homes Loans, Inc.
Countrywide Financial Corp.
5220 Las Virgenes Rd. Mail Stop AC-11
Calabasas, CA 91302
Sandy_Shatz@countrywide.com

NOTICE OF STIPULATION TO THE VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT
IRA MORTGAGE & HOME SALES INC. UNDER FRCP 41(a)(1)(A)(ii)