IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Bernice Gonzalez, et al., | No. C 07-05698 JW |
|     Plaintiffs, | **ORDER EXTENDING STAY; CONTINUING STATUS CONFERENCE** |
|   v. | |
| VCH Salinas I LLC, et al., | |
|     Defendants. | |

Pursuant to the Court's September 30, 2008 Order, this case was stayed for six months and the parties were ordered to appear for a status conference on April 13, 2009. (See Docket Item No. 92.) The parties have conferred and duly submitted a Joint Status Report. (See Docket Item No. 93.) In their joint submission, the parties request that the stay in this action be extended to August 31, 2009 and that the status conference be continued until August 31, 2009. Based on the parties' representations, the Court orders as follows:

(1) This action is STAYED until **September 14, 2009.**[1]

(2) The parties shall appear for Joint Status Conference on **September 14, 2009 at 10 a.m.** The parties shall file a Joint Status Report on or before **September 4, 2009**.

Dated: April 8, 2009

                                                           JAMES WARE
                                                           United States District Judge

---

[1] The Court is providing the parties with an additional two weeks to finalize their arbitration and to provide the Court with a more concrete status of the case.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Russell Ehrhart behrhart@steyerlaw.com
Carlos A. Alvarez calvarez@steyerlaw.com
Elizabeth Catherine Gianola gianola@horanlegal.com
Frank J. Riebli friebli@fbm.com
James K Gumberg jgumberg@pglawfirm.com
James K Gumberg sparra@pglawfirm.com
John Somers Blackman jsb@farbstein.com
Joshua Eric Whitehair jew@severson.com
Mark Dean Petersen mpetersen@fbm.com
Michael Jan Steiner mjs@severson.com
Michael Lloyd Smith mls@mmker.com
Nicolas Adam Daluiso ndaluiso@robinsontait.com
Sanford Philip Shatz Sandy_Shatz@Countrywide.com
Sergio H Parra sparra@pglawfirm.com

**Dated:  April 8, 2009**               **Richard W. Wieking, Clerk**

                                        **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**