*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS, all individually and on behalf of the general public,<br><br>            Plaintiff,<br><br>    vs.<br><br>VCH SALINAS I LLC dba VALLEY COMMUNITY HOMES and as MONTE BELLA REALTY, NORM YOP INC. REALTORS dba MONTE BELLA REALTY, MONICA FARANDA dba as MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP. dba as CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE FINANCIAL CORP. dba AMERICA'S WHOLESALE LENDER, NEW CENTURY MORTGAGE CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK, and DOES 1 TO 100, inclusive,<br><br>            Defendants. | Case No.:  C07 05698 JW<br><br>**ORDER LIFTING STAY;**<br>**CONTINUING STATUS CONFERENCE** |

In light of the representations in the parties' Status Report, the Court finds good cause to lift the STAY in this case. The Court continues the Status Conference from September 28, 2009 to **November 16, 2009 at 10 a.m**. On or before **November 6, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall update the Court on the remaining parties' settlement efforts and to the extent the case has not settled, provide a good faith discovery schedule with a proposed date for the close of all discovery.

Dated: September 24, 2009

_____
JAMES WARE
United States District Judge