**IT IS SO ORDERED**
*James Ware*
Judge James Ware
3/24/2010

1  NINA M. PATANE, Esq. (SBN 157079)
   SERGIO H. PARRA, Esq. (SBN 247682)
2  PATANE · GUMBERG, LLP
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, California  93907
4  Telephone:  (831) 755-1461
   Facsimile:  (831) 755-1477
5
   Attorneys for Plaintiffs
6
                UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8
                        (SAN JOSE)
9

| | |
|---|---|
| **BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS**, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>**VCH SALINAS I LLC** dba **VALLEY COMMUNITY HOMES** and as **MONTE BELLA REALTY, NORM YOP INC. REALTORS** dba **MONTE BELLA REALTY, MONICA FARANDA** dba as **MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP.** dba as **CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC.** dba **AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK,** and **DOES 1 TO 100**, inclusive,<br><br>Defendants. | CASE NO.  CV 07 05698 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN PACIFIC MORTGAGE CORP. AND HOMEQ SERVICING CORP. AND STIPULATION OF REMAINING PARTIES UNDER FRCP 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Jorge Aguirre hereby dismisses with prejudice Defendant American Pacific Mortgage Corp. and Defendant HomEq Servicing Corp. whose proper name is Barclays Real Estate Capital, Inc. dba HomEq Servicing as successor in interest to HomEq Servicing Corp., with each party to bear its own fees and costs.

DATED: MARCH 18, 2010       PATANE GUMBERG, LLP

_____/s_____
Nina Patane/Sergio H. Parra
Attorneys for Plaintiffs

DATED: MARCH 18, 2010       MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP

_____/s_____
Peter Catalanotti/Michael Smith/Madonna Herman
Attorneys for Defendant American Pacific Mortgage Corp. dba Creative Mortgage

DATED: MARCH 18, 2010       ROBINSON TAIT, P.S.

_____/s_____
Nicolas Daluiso
Attorney for Defendant HomEq Servicing Corp.

**STIPULATION OF ALL REMAINING PARTIES REQUIRED BY FRCP 41(a)(1)(A)(ii)**

March 18, 2010        _____/s_____
Sanford Shatz
**Countrywide Home Loans Inc. & Countrywide Financial Corp.**

## ORDER

**IT IS SO ORDERED.**

Defendants American Pacific Mortgage Corp. and HomEq Servicing Corp. whose proper name is Barclays Real Estate Capital, Inc. dba HomEq Servicing as successor in interest to HomEq Servicing Corp. are dismissed with prejudice with each party to bear its own fees and costs.

Dated: March 24, 2010       _____/s/ James Ware_____
U.S. DISTRICT COURT JUDGE

Case No. C07 05698 (JW)                                              2
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN PACIFIC MORTGAGE CORP. AND HOMEQ SERVICING CORP. AND STIPULATION OF REMAINING PARTIES UNDER FRCP 41(a)(1)(A)(ii)

**PROOF OF SERVICE**

STATE OF CALIFORNIA – US DISTRICT COURT, N.D. OF CALIFORNIA

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On March 18, 2010, I served the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN PACIFIC MORTGAGE CORP. AND HOMEQ SERVICING CORP. AND STIPULATION OF REMAINING PARTIES UNDER FRCP 41(a)(1)(A)(ii)**

( )   BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907. The transmitting facsimile machine telephone number is 831-755-1477. A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

( )   BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)   BY ELECTRONIC TRANSMISSION: by transmitting the documents above listed via the Court's electronic filing system to the persons at the emails and contact information set forth herein. The transmission was completed without error before 5:00 pm.

**[SEE ATTACHED LIST].**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2010 at Salinas, California.

_____
PAM KIMBALL

Case No. C07 05698 (JW)                                                  3
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN PACIFIC MORTGAGE CORP. AND HOMEQ SERVICING CORP. AND STIPULATION OF REMAINING PARTIES UNDER FRCP 41(a)(1)(A)(ii)

## SERVICE MAILING LIST
Gonzalez v. VCH Salinas I, LLC, et al., U.S. Dist. Ct., N.D. Cal. Case No. C0705698 JW

| | |
|---|---|
| Jennifer Tait, Esq.<br>Nicolas Daluiso, Esq.<br>Robinson Tait, P.S.<br>616 First Avenue, Suite 550<br>Seattle, WA 98104<br>ndaluiso@robinsontait.com | Madonna Herman, Esq.<br>Michael Smith, Esq.<br>Manning & Marder, Kass, Ellrod, Ramirez LLP<br>One California Street Suite 1100<br>San Francisco, CA 94111<br>mls@mmker.com<br>Sandy Shatz, Esq.<br>Countrywide Homes Loans, Inc.<br>Countrywide Financial Corp.<br>5220 Las Virgenes Rd. Mail Stop AC-11<br>Calabasas, CA 91302<br>Sandy_Shatz@countrywide.com |

Case No. C07 05698 (JW)     4
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERICAN PACIFIC MORTGAGE CORP. AND HOMEQ SERVICING CORP. AND STIPULATION OF REMAINING PARTIES UNDER FRCP 41(a)(1)(A)(ii)**