1  NINA M. PATANE, Esq. (SBN 157079)
   SERGIO H. PARRA, Esq. (SBN 247682)
2  PATANE · GUMBERG, LLP
   Attorneys at Law
3  4 Rossi Circle, Suite 231
   Salinas, California  93907
4  Telephone:  (831) 755-1461
   Facsimile:  (831) 755-1477
5
   Attorneys for Plaintiffs
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                            (SAN JOSE)
9

10 BERENICE GONZALEZ AND JOSE          )    CASE NO.  CV 07 05698 JW
   URTIZ, JORGE AGUIRRE, ELEAZAR       )
11 BECERRA AND ROCIO BECERRA, J.       )
   GUADALUPE CONTRERAS AND             )    NOTICE OF VOLUNTARY PARTIAL
12 TERESA CONTRERAS, all individually and )  DISMISSAL WITH PREJUDICE OF
   on behalf of the general public,    )    DEFENDANTS COUNTRYWIDE
13                                     )    HOME LOANS INC. AND
             Plaintiffs,               )    COUNTRYWIDE FINANCIAL CORP.
14                                     )    UNDER FRCP 41(a)(1)(A)(i)
   v.                                  )
15                                     )
   VCH SALINAS I LLC dba VALLEY        )
16 COMMUNITY HOMES and as MONTE        )
   BELLA REALTY, NORM YOP INC.         )
17 REALTORS dba MONTE BELLA            )
   REALTY, MONICA FARANDA dba as       )
18 MONTE BELLA REALTY, UNIVERSAL       )
   MORTGAGE & SALES INC., IRA          )
19 MORTGAGE & HOME SALES, INC.,        )
   AMERICAN PACIFIC MORTGAGE           )
20 CORP. dba as CREATIVE MORTGAGE,     )
   OLD REPUBLIC TITLE CO.,             )
21 COUNTRYWIDE HOME LOANS INC.         )
   dba AMERICA'S WHOLESALE             )
22 LENDER, COUNTRYWIDE FINANCIAL       )
   CORP., NEW CENTURY MORTGAGE         )
23 CORP., HOMEQ SERVICING CORP.,       )
   CAMERON FINANCIAL GROUP INC.,       )
24 WELLS FARGO BANK, and DOES 1 TO     )
   100, inclusive,                     )
25                                     )
             Defendants.               )
26 _____ )

27

28
   Case No. C07 05698 (JW)                    1
      NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE OF DEFENDANTS
      COUNTRYWIDE HOME LOANS INC. AND COUNTRYWIDE FINANCIAL CORP. UNDER FRCP
                                41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Jorge Aguirre hereby dismisses with prejudice Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp., with each party to bear its own fees and costs.  Plaintiffs Berenice Gonzalez's and Jose Urtiz's claims against Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp. remain active.

DATED: APRIL 8, 2010

_____/s_____
Nina Patane/Sergio H. Parra
Attorneys for Plaintiffs

DATED: APRIL 8, 2010

_____/s_____
Sanford Shatz
Attorney for Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp.

## ORDER

**IT IS SO ORDERED.**

Plaintiff Jorge Aguirre's claims against Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp., are dismissed with prejudice with each party to bear its own fees and costs.  Plaintiffs Berenice Gonzalez's and Jose Urtiz's claims against Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp. remain active.

Dated: April 13, 2010

_James Ware_____
US DISTRICT COURT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA – US DISTRICT COURT, N.D. OF CALFORNIA

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On April 8, 2010, I served the foregoing document(s) described as:

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTRYWIDE HOME LOANS INC. AND COUNTRYWIDE FINANCIAL CORP. UNDER FRCP 41(a)(1)(A)(i)**

( )   BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907. The transmitting facsimile machine telephone number is 831-755-1477. A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

( )   BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)   BY ELECTRONIC TRANSMISSION: by transmitting the documents above listed via the Court's electronic filing system to the persons at the emails and contact information set forth herein. The transmission was completed without error before 5:00 pm.

**[SEE ATTACHED LIST].**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 8, 2010 at Salinas, California.

_/s/ Pam Kimball_
PAM KIMBALL

Case No. C07 05698 (JW)                              3
**NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTRYWIDE HOME LOANS INC. AND COUNTRYWIDE FINANCIAL CORP. UNDER FRCP 41(a)(1)(A)(i)**

SERVICE MAILING LIST
Gonzalez v. VCH Salinas I, LLC, et al., U.S. Dist. Ct., N.D. Cal. Case No. C0705698 JW

Sanford Shatz, Esq.
Countrywide Homes Loans, Inc.
Countrywide Financial Corp.
5220 Las Virgenes Rd. Mail Stop AC-11
Calabasas, CA 91302
Sandy_Shatz@countrywide.com