**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS**, all individually and on behalf of the general public,<br><br>       Plaintiffs,<br><br>v.<br><br>**VCH SALINAS I LLC** dba **VALLEY COMMUNITY HOMES** and as **MONTE BELLA REALTY, NORM YOP INC. REALTORS** dba **MONTE BELLA REALTY, MONICA FARANDA** dba as **MONTE BELLA REALTY,** et al.,<br>       Defendants | CASE NO. CV 07 05698 JW<br><br>**ORDER VACATING PRELIMINARY PRETRIAL STATEMENT; SETTING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on the representation made in the remaining parties' Joint Preliminary Pretrial Statement, the Court finds good cause to VACATE the Conference currently set for June 28, 2010. The Court sets an Order to Show Cause re: Settlement as to the remaining parties for **July 19, 2010 at 9 a.m.** On or before **July 9, 2010**, the relevant parties shall file a Stipulated Dismissal or a Joint Statement informing the Court as to the status of their settlement. The Joint Statement all also address the status of all other remaining Plaintiffs and Defendants, if any.

Failure to comply with the terms of this Order may be sufficient for dismissal pursuant to Fed. R. Civ. P. 41(b).

Dated: June 24, 2009

                                              */s/ James Ware*
                                              JAMES WARE
                                              United States District Judge