NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California  93907
Telephone:  (831) 755-1461
Facsimile:  (831) 755-1477

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS**, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>**VCH SALINAS I LLC** dba **VALLEY COMMUNITY HOMES** and as **MONTE BELLA REALTY, NORM YOP INC. REALTORS** dba **MONTE BELLA REALTY, MONICA FARANDA** dba as **MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC.,  IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP.** dba as **CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC. dba AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP.,  NEW CENTURY MORTGAGE CORP.,  HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK,** and **DOES 1 TO 100**, inclusive,<br><br>Defendants. | CASE NO.  CV 07 05698 JW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTRYWIDE HOME LOANS INC. AND COUNTRYWIDE FINANCIAL CORP. UNDER FRCP 41(a)(1)(A)(i)** |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs Berenice Gonzalez and

2  Jose Urtiz hereby dismiss with prejudice Defendants Countrywide Home Loans Inc. and

3  Countrywide Financial Corp., with each party to bear its own fees and costs.  No other Plaintiffs

4  hold any claims against Defendants Countrywide Home Loans Inc. and Countrywide Financial

5  Corp. and as such, Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp.

6  are no longer parties in this action.  Plaintiffs will submit a separate filing as to the remaining

7  Defendants as previously ordered.

8      DATED: June 30, 2010

9                                          _____/s_____
                                            Nina Patane/Sergio H. Parra
10                                         Attorneys for Plaintiffs

11     DATED: June 30, 2010

12                                         _____/s_____
                                            Sanford Shatz
13                                         Attorney for Defendants Countrywide Home Loans
                                            Inc. and Countrywide Financial Corp.
14

15                                      **ORDER**

16  **IT IS SO ORDERED.**

17

18      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs Berenice Gonzalez

19  and Jose Urtiz hereby dismiss with prejudice Defendants Countrywide Home Loans Inc. and

20  Countrywide Financial Corp., with each party to bear its own fees and costs.  No other Plaintiffs

21  hold any claims against Defendants Countrywide Home Loans Inc. and Countrywide Financial

22  Corp. and as such, Defendants Countrywide Home Loans Inc. and Countrywide Financial Corp.

23  are no longer parties in this action.

24

25

26  Dated: _____     July 13, 2010

27                                      _____
                                         U.S. DISTRICT COURT JUDGE
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA – US DISTRICT COURT, N.D. OF CALFORNIA

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On  July 9, 2010, I served the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS COUNTRYWIDE HOME LOANS INC. AND COUNTRYWIDE FINANCIAL CORP. UNDER FRCP 41(a)(1)(A)(i)**

( )     BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907.  The transmitting facsimile machine telephone number is 831-755-1477.  A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

( )     BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below.  I am readily familiar with the firm's practice for the collection and processing of correspondence.  Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X )     BY ELECTRONIC TRANSMISSION: by transmitting the documents above listed via the Court's electronic filing system to the persons at the emails and contact information set forth herein. The transmission was completed without error before 5:00 pm.

**[SEE ATTACHED LIST].**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2010 at Salinas, California.

_____
ANN REGNIER

SERVICE MAILING LIST
Gonzalez v. VCH Salinas I, LLC, et al., U.S. Dist. Ct., N.D. Cal. Case No. C0705698 JW

Sanford Shatz, Esq.
Countrywide Homes Loans, Inc.
Countrywide Financial Corp.
5220 Las Virgenes Rd. Mail Stop AC-11
Calabasas, CA 91302
Sandy_Shatz@countrywide.com