NINA M. PATANE, Esq. (SBN 157079)
SERGIO H. PARRA, Esq. (SBN 247682)
PATANE · GUMBERG, LLP
Attorneys at Law
4 Rossi Circle, Suite 231
Salinas, California 93907
Telephone: (831) 755-1461
Facsimile: (831) 755-1477

Attorneys for Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
7/13/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| **BERENICE GONZALEZ AND JOSE URTIZ, JORGE AGUIRRE, ELEAZAR BECERRA AND ROCIO BECERRA, J. GUADALUPE CONTRERAS AND TERESA CONTRERAS**, all individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>**VCH SALINAS I LLC** dba **VALLEY COMMUNITY HOMES** and as **MONTE BELLA REALTY, NORM YOP INC. REALTORS** dba **MONTE BELLA REALTY, MONICA FARANDA** dba as **MONTE BELLA REALTY, UNIVERSAL MORTGAGE & SALES INC., IRA MORTGAGE & HOME SALES, INC., AMERICAN PACIFIC MORTGAGE CORP.** dba as **CREATIVE MORTGAGE, OLD REPUBLIC TITLE CO., COUNTRYWIDE HOME LOANS INC.** dba **AMERICA'S WHOLESALE LENDER, COUNTRYWIDE FINANCIAL CORP., NEW CENTURY MORTGAGE CORP., HOMEQ SERVICING CORP., CAMERON FINANCIAL GROUP INC., WELLS FARGO BANK,** and **DOES 1 TO 100**, inclusive,<br><br>Defendants. | CASE NO. CV 07 05698 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS UNIVERSAL MORTGAGE & SALES INC., NEW CENTURY MORTGAGE CORP. AND CAMERON FINANCIAL GROUP INC. UNDER FRCP 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs hereby dismiss without prejudice Defendants Universal Mortgage & Sales Inc., New Century Mortgage Corp. and Cameron Financial Group Inc. with each party to bear its own fees and costs. No other Defendants remain in this action. As such, Plaintiffs respectfully request that the legal action in its entirety be closed and all pending hearings and court dates, including the Order to Show Cause hearing set for July 19, 2010, be vacated.

DATED: July 1, 2010

_____/s_____
Nina Patane/Sergio H. Parra
Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs hereby dismiss without prejudice Defendants Universal Mortgage & Sales Inc., New Century Mortgage Corp. and Cameron Financial Group Inc. with each party to bear its own fees and costs. No other Defendants remain in this action. All pending hearings and court dates, including the Order to Show Cause hearing set for July 19, 2010 are hereby vacated.

The Clerk shall close this file.

Dated: July 13, 2010

_____
U.S. DISTRICT COURT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA – US DISTRICT COURT, N.D. OF CALIFORNIA

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Patane & Gumberg, 4 Rossi Circle, Suite 231, Salinas, California 93907.

On July 9, 2010, I served the foregoing document(s) described as:

**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF DEFENDANTS UNIVERSAL MORTGAGE & SALES INC., NEW CENTURY MORTGAGE CORP. AND CAMERON FINANCIAL GROUP INC. UNDER FRCP 41(a)(1)(A)(i)**

( )   BY FACSIMILE - By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date from 4 Rossi Circle, Suite 231, Salinas, California 93907. The transmitting facsimile machine telephone number is 831-755-1477. A transmission report was properly issued by the transmitting facsimile machine, and a copy of said transmission report is attached hereto.

( )   BY MAIL - By placing the documents listed above in a sealed envelope, addressed as set forth below. I am readily familiar with the firm's practice for the collection and processing of correspondence. Under that practice it would be deposited with U.S. POSTAL SERVICE on that same day with postage thereon fully prepaid at Salinas, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X)   BY ELECTRONIC TRANSMISSION: by transmitting the documents above listed via the Court's electronic filing system to the persons at the emails and contact information set forth herein. The transmission was completed without error before 5:00 pm.

**[SEE ATTACHED LIST].**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 9, 2010 at Salinas, California.

_____
ANN REGNIER

Case No. C07 05698 (JW)                     3
NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF DEFENDANTS UNIVERSAL MORTGAGE & SALES INC., NEW CENTURY MORTGAGE CORP. AND CAMERON FINANCIAL GROUP INC. UNDER FRCP 41(a)(1)(A)(i)

<u>SERVICE MAILING LIST</u>
Gonzalez v. VCH Salinas I, LLC, et al., U.S. Dist. Ct., N.D. Cal. Case No. C0705698 JW

Sanford Shatz, Esq.
Countrywide Homes Loans, Inc.
Countrywide Financial Corp.
5220 Las Virgenes Rd. Mail Stop AC-11
Calabasas, CA 91302
Sandy_Shatz@countrywide.com